IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a<br>Delaware limited liability company,<br><br>Debtor and Debtor-in-Possession. | Case No. 09-11078<br><br>Chapter 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

I, Len Mayer, an individual authorized to act on behalf of Humboldt Creamery, LLC, a Delaware limited liability company, named as the debtor in this case, declare under penalty of perjury that I have read the attached list and that it is true and correct to the best of my information and belief.

Dated: April 21, 2009

HUMBOLDT CREAMERY, LLC,
a Delaware limited liability company

By /s/ Len Mayer
Name: LEN MAYER
Title: Manager

# HUMBOLDT CREAMERY, LLC

## TOP 20 UNSECURED CREDITORS

| | Name of creditor and complete mailing address including zip code | Name, telephone number and facsimile number of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[1] | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | CA DAIRIES<br>2000 N. Plaza Dr.<br>Visalia, CA 93291 | Joe Heffington<br>559-625-2200<br>550-625-5433 fax<br>jheffington@californiadairies.com | Trade | | $1,245,943.36 |
| 2 | RUMIANO CHEESE COMPANY<br>Non-Member Milk MFG #28049<br>P.O. Box 863<br>Willows, CA 95988 | Baird Rumiano<br>707-465-1535<br>707-465-4141 fax<br>rbrumo@hotmail.com | Trade | | $1,180,561.79 |
| 3 | CA STATE DEPT OF FOOD & AGRIC<br>Bureau of Milk Pooring<br>1220 N Street, Room A230<br>SACRAMENTO, CA 95814 | John Lee<br>916-341-5901<br>916-341-5995 fax<br>jlee@cdfa.ca.gov | Government | | $645,553.15 |
| 4 | ORGANIC VALLEY FAMILY OF FARMS<br>Cropp Dairy<br>Dept 7041<br>Carol Stream, IL 60122-7041 | Mike Bedessem<br>608-625-2602<br>608-625-2600 fax<br>mike.bedessem@organicvalley.com | Trade | | $544,344.54 |
| 5 | RICH GHILARDUCCI<br>144 Grayland Hts<br>Rio Dell, CA 95562 | Elliot Peters, Esq.<br>415-391-5400<br>415-397-7188<br>epeters@kvn.com | | Disputed | $369,533.47 |
| 6 | PACIFIC GAS & ELECTRIC<br>2555 Myrtle Avenue<br>Eureka, CA 95501 | Ivan Marruffo<br>707-445-5631<br>707-445-5528 fax<br>IxM2@pge.com | Utilities | | $329,725.53 |
| 7 | BINGHAM MCCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111 | Stephen Zovickian<br>415-393-2382<br>415-393-2286 fax<br>stephen.zovickian@bingham.com | Legal Fees | | $316,839.35 |

---

[1] The Debtor believes that many of the claims shown are subject to setoff. However, a complete analysis of setoffs has yet to be completed. The Debtor reserves its right to setoff against any claim listed.

Case: 09-11078   Doc# 3   Filed: 04/21/09   Entered: 04/21/09 09:52:55   Page 2 of 4

HUMBOLDT CREAMERY, LLC

**TOP 20 UNSECURED CREDITORS**

| | Name of creditor and complete mailing address including zip code | Name, telephone number and facsimile number of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[1] | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 8 | OCCIDENTAL ENERGY MKT INC<br>P.O. Box 842292<br>Dallas, TX 75284-2292 | Susan Venegas<br>713-215-7359<br>susan_venegas@oxy.com | Trade | | $308,872.92 |
| 9 | SWEETENER PRODUCTS INC (N.CA)<br>P.O. Box 58426<br>Vernon, CA 90058 | Carol Stapleton<br>323-234-2200<br>213-232-3608 fax<br>carol@spvw.com | Trade | | $250,979.09 |
| 10 | WESTFARM FOODS<br>P.O. Box 24404<br>Seattle, WA 98124 | John Kenley<br>206-286-6725<br>john.kenley@darigold.com | Trade | | $199,824.61 |
| 11 | HUHTAMAKI PACKAGING<br>7884 Collections Center<br>Chicago, IL 60693 | Lori Savner<br>913-583-8745<br>913-583-8660 fax<br>Lori.Savner@us.huhtamaki.com | Trade | | $173,093.89 |
| 12 | DREISBACH ENTERPRISES<br>P.O. Box 7509<br>Oakland, CA 94601 | Doretta Carrion<br>510-533-6600<br>510-533-7468 fax<br>doretta@dreisbach.com | Trade | | $168,589.00 |
| 13 | MASS MARKETING SERVICES<br>7851 Mission Cntr. Ct. #115<br>San Diego, CA 92108 | John Carlson<br>619-297-0203<br>619-297-0449 fax<br>john.carlson@sbcglobal.net | Trade | | $138,842.87 |
| 14 | WESTERN CONF OF TEAMSTERSPension Trust-DPT#39031P.O. Box 39000San Francisco, CA 94139 | Jim Helmers<br>650-570-7300<br>650-488-2129 fax<br>jhelmers@nwadmin.com | Labor | | $130,410.91 |
| 15 | STEVE WILLS TRUCKING LLC<br>P.O. Box 335<br>Fortuna, CA 95540 | Steve Wills<br>707-768-3781<br>707-768-3784 fax<br>WILLSSHOP@aol.com | Trade | | $116,891.07 |
| 16 | VARESOURCES, INC.<br>P.O. Box 6434<br>Carol Stream, IL 60197 | Lars Ahlgrim<br>972-755-8265<br>972-755-8210 fax<br>lahlgrim@varesources.ocm | Trade | | $112,112.85 |

## TOP 20 UNSECURED CREDITORS

| | Name of creditor and complete mailing address including zip code | Name, telephone number and facsimile number of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[1] | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 17 | BERRY PLASTICS CORPORATION<br>101 Oakley Street<br>Evansville, IN 47710 | Jo Anne Stiso<br>708-293-3821<br>708-293-3899 fax<br>JoAnneStiso@berryplastics.com | Trade | | $103,350.83 |
| 18 | CERTIFIED FREIGHT LOGISTICS<br>P.O. Box 5819<br>Santa Maria, CA 93456-5819 | Chuck Alloway<br>805-925-9900<br>805-346-7810<br>calloway@cfl-usa.com | Trade | | $97,377.43 |
| 19 | INTERNATIONAL PAPER CO<br>P.O. Box 31001-0780<br>Pasadena, CA 91110-0780 | Cleanne Dunn<br>503-361-3365<br>503-763-3234 fax<br>cleanne.dunn@cbpr.ipaper.com | Trade | | $92,323.03 |
| 20 | NORSE DAIRY SYSTEMS<br>P.O. Box 1869<br>Columbus, OH 43216 | Elaine Roof<br>614-421-5241<br>614-421-5458 fax<br>Eroof@norse.com | Trade | | $83,732.55 |