SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947

Proposed Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC,<br><br>Debtor.<br><br>Tax ID: 87-0736033 | Case No. 09-<br><br>Chapter 11<br><br>**DECLARATION OF DENNIS LEONARDI IN SUPPORT OF MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF 503(B)(9) CLAIM**<br><br>Date:   April 22, 2009<br>Time:  10:00 a.m.<br>Place:  99 South E. Street<br>            Santa Rosa, CA 95404<br>Judge:  Hon. Alan Jaroslovsky |

I, Dennis Leonardi, declare as follows:

1. I am a third generation dairy farmer in Humboldt County. I have been in the dairy business for 31 years. I hold a Bachelor of Science degree in Dairy Science from California Polytechnic State University. I make this declaration in that capacity. Except for those statements made upon information and belief, the following facts are based upon my personal knowledge and if called to testify, I could and would competently testify to such facts. As to those statements made upon information and belief, I believe them to be true.

2. This declaration is submitted in support of the motion for allowance and immediate payment of administrative expense of the Humboldt Creamery Association ("HCA") pursuant to Section 503(b)(9) filed on behalf of the debtor and debtor in possession in the above-captioned case (the "Debtor").

3. I started my dairy business in 1977 with 30 cows. Today we milk approximately 350 cows, using aggressive innovative and sustainable agriculture practices to produce organic and conventional milk. We also double crop winter forage on some 100 acres and have permanent pasture on an additional 200 acres in Humboldt County, these crops are used as feed for our dairy cows.

4. HCA is a party to a long-term milk supply agreement with the Debtor pursuant to which most, if not substantially all, of the milk that the Debtor processes is supplied. HCA is a cooperative association consisting of dairymen who farm principally in Humboldt County. Currently, HCA has approximately 35-40 members (the "HCA Dairy Farmers").

5. I have been a member of the Board of Directors of HCA for over 20 years. I served as Chairperson of the HCA Board of Directors for 8 years.

6. Because of the Debtor's financial difficulties, the Debtor did not pay HCA about $2 million for milk supplied to the Debtor by HCA during January of 2009 and about $3.7 million for milk supplied in March of 2009 and as of now the ability to pay for April milk is still in question. As a result, HCA was unable to pay the HCA Dairy Farmers

Case: 09-11078   Doc# 10   Filed: 04/21/09   Entered: 04/21/09 10:10:53   Page 2 of 4

for much of the milk they produced and the Debtor received, processed and sold this calendar year. As a result, the HCA Dairy Farmers collectively have lost approximately $5.7 million since January 1, 2009, because of the Debtor's breach of the milk supply agreement.

7. The impact of the Debtor's failure to pay for much of the milk delivered since January 1, 2009, is enormous and cannot be overestimated. Fully 100% of the HCA Dairy Farmers are in financial distress as a result. I am informed and believed that the HCA Dairy Farmers have fallen significantly behind on their obligations to their lenders and suppliers, and many have had their credit with key vendors either cut-off or sharply reduced. In my view, the continued existence of a significant number of the HCA Dairy Farmers is threatened because the Debtor owes so much money for milk. As of April 19, 2009, in addition to approximately $60000.00 due for my January 2009 milk and approximately $ 108000.00 due for my March 2009 milk , I am owed approximately $ 70000.00 by HCA for milk which was delivered to the Debtor through April 20, 2009.

8. In my three decades in the dairy business, the local dairy industry has had good times and endured bad times. As to the latter, the dairy industry was hit hard by, but survived, several serious floods. In my opinion, the current financial situation is the worst the industry has ever experienced. I firmly believe that many, if not most, of the HCA Dairy Farmers will face serious financial consequences, including defaults to their lenders, bankruptcy and liquidation, absent immediate payment by the Debtor to HCA, and HCA to the HCA Dairy Farmers, for milk that they delivered this year.

9. At this time of the year, the HCA Dairy Farmers typically incur large expenses. First, we must buy seed, plant it and farm it in order to have feed for our cows next winter and spring. In my case, the cost for that is about $15,000-$20,000. Because I have not been paid by HCA for approximately $238000.00 of milk that my cows produced and that HCA supplied to the Debtor, I have been unable to purchase the seed I would ordinarily have purchased at this time of the year. I do not expect to be able to do so unless I receive payment for my past milk deliveries immediately. I am informed and

Case: 09-11078    Doc# 10    Filed: 04/21/09    Entered: 04/21/09 10:10:53    Page 3 of 4

believe that that plight is shared by the majority, if not every one, of the HCA Dairy Farmers. Second, during the warmer months, we incur increased costs due to the need to irrigate the land. My PG&E costs typically increase to approximately $8,000 per month from a low of about $2,500 per month at this time of year. Those costs will be difficult to pay absent immediate payment for my milk. Pacific Gas and Electric doesn't extend credit they instead pull meters for nonpayment and require several months deposit to reinstate service making it an impossible situation. I believe that other HCA Dairy Farmers are facing these exact circumstances. We are small family farmers that have been tending the land and dairying for generations, we don't have massive reserves to weather this massive economic storm and there is no bailout or stimulus money just sweat equity lost.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2009, at Ferndale California.

_____
DENNIS LEONARDI