MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone: 415.512.8600
Facsimile: 415.512.8601
randy.michelson@michelsonlawgroup.com

Attorneys for Creditor
Humboldt Creamery Association

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 09-11078 |
| HUMBOLDT CREAMERY, LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor. | REQUEST FOR SPECIAL NOTICE AND INCLUSION TO MASTER MAILING MATRIX |
| Tax ID: 87-0736033 | |

Pursuant to Bankruptcy Rule 2002, Humboldt Creamery Association ("HCA") hereby requests copies of all notices or other documents to be mailed, emailed, or telecopied to parties in interest in the above-captioned case. HCA further requests telephonic, electronic or facsimile notice of any hearings for which parties in interest are to be given such notice. HCA requests copies of any chapter 11 plan and disclosure statement to be mailed pursuant to Bankruptcy Rule 3017(a).

REQUEST FOR SPECIAL NOTICE (CASE NO. 09-11078)

1 | All materials sent (and all telephonic, electronic or facsimile notices given) should
2 | be directed as follows:

>    Randy Michelson
>    Michelson Law Group
>    150 Spear Street, Suite 1600
>    San Francisco, CA  94105
>    Telephone:   415.512.8600
>    Facsimile:    415.512.8601
>    Email:         randy.michelson@michelsonlawgroup.com

8 | DATED:  April 22, 2009         MICHELSON LAW GROUP

By:  ____/ s / Randy Michelson____
Randy Michelson
Attorneys for Creditor
Humboldt Creamery Association

REQUEST FOR SPECIAL NOTICE (CASE NO. 09-11078)

| | PROOF OF SERVICE |
|---|---|
| 1 | |
| 2 | I am over 18 years of age, not a party to this action and employed in the County |
| 3 | of San Francisco, California at 150 Spear Street, Suite 1600, San Francisco, California 94105.  I |
| 4 | am readily familiar with the practice of this office for collection and processing of |
| 5 | correspondence for mailing with the United States Postal Service and correspondence is |
| 6 | deposited with the United States Postal Service that same day in the ordinary course of business. |
| 7 | Today I served the foregoing: |
| 8 | REQUEST FOR SPECIAL NOTICE AND INCLUSION TO MASTER MAILING MATRIX |

by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

| Office of the U.S. Trustee | Michael H. Ahrens, Esq. |
|---|---|
| 235 Pine Street, Suite 700 | Steven B. Sacks, Esq. |
| San Francisco, CA  94104-3401 | Ori Katz, Esq. |
| | Sheppard, Mullin, Richter & Hampton LLP |
| | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA  94111-4109 |

I declare that this declaration was executed on April 22, 2009.

/ s / Randy Michelson
Randy Michelson

PROOF OF SERVICE (CASE NO. 09-11078)