UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 09-11078 |
| | § | |
| HUMBOLDT CREAMERY, LLC, | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, Ted W. Hight III of the Firm of Thompson, O'Brien, Kemp & Nasuti, P.C., and files this his Entry of Appearance and Demand for Service of Papers, as counsel for and on behalf of ROCK-TENN COMPANY, a creditor and party in interest in the above-styled case, and pursuant to Bankruptcy Rule 2002 and 11 U.S.C. § 1109(b) respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

Ted W. Hight III, Esq.
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Telephone: (770) 925-0111
Telecopy: (770) 925-8597
thight@tokn.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Counsel requests that it be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

Counsel additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

Dated this **29th** day of **April, 2009.**

Respectfully submitted,

THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.

By: **/s/ Ted W. Hight III**
TED W. HIGHT III
Georgia State Bar No. 352798
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Telephone: (770) 925-0111
Telecopy: (770) 925-8597
Email: thight@tokn.com

*Attorneys for Rock-Tenn Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing **Entry of Appearance and Demand for Service of Papers** was submitted through the Electronic Case Filing on April 29, 2009. By filing electronically, it was served on all parties registered with ECF in this case.

This **29th** day of **April, 2009.**

/s/ Ted W. Hight III
TED W. HIGHT III
Georgia State Bar No. 352798