MANATT, PHELPS & PHILLIPS, LLP
CARL L. GRUMER (Bar No. CA 066045)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Dairy Farmers of America

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,<br><br>Debtor.<br><br>Tax ID: 87-0736033 | Case No. 09-11078<br><br>Chapter Number: 11<br><br>REQUEST FOR NOTICE |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the within Chapter 11 case as counsel for Dairy Farmers of America, and requests that all notices given or required to be given in this case be served upon:

Carl Grumer, Esq.
Manatt, Phelps and Phillips LLP
11355 W. Olympic Boulevard
Los Angeles, California, 90064
Telephone (310) 312-4000
Facsimile (310) 312-4224
cgrumer@manatt.com

Please take further notice that this entry of appearance and request for notice shall not constitute a consent to jurisdiction of the Bankruptcy Court, including, but not limited to, the right to have final orders in non-core matters entered by a district judge, the right to trial by jury in any matter or proceeding to which this party shall have a right to jury trial, the right to have the reference withdrawn in any matter to the District Court, and any other rights, claims, actions, defenses, setoffs, or recoupments to which this party may be entitled, all of which rights are hereby expressly reserved.

Dated: May 11, 2009

MANATT, PHELPS & PHILLIPS, LLP
Carl L. Grumer

By: /s/ Carl Grumer
Carl L. Grumer
*Attorneys for Dairy Farmers of America*
DAIRY FARMERS OF AMERICA

41388340.1