

Signed: May 11, 2009

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
STEVEN B. SACKS,
Cal. Bar No. 98875
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947

Proposed Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,<br><br>Debtor.<br><br>Tax ID: 87-0736033 | Case No. 09-11078<br><br>Chapter 11<br><br>**ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR UTILITY SERVICES**<br><br>Date:  May 8, 2009<br>Time:  10:00 a.m.<br>Place:  99 South E. Street<br>          Santa Rosa, CA 95404<br>Judge: Hon. Alan Jaroslovsky |

The Court having considered the *Motion Pursuant to 11 U.S.C. § 366 for Order Determining Adequate Assurance of Payment for Utility Services* (the "Motion") filed on May 1, 2009 by the above-captioned debtor and debtor-in-possession Humboldt Creamery, LLC ("Debtor"), all pleadings and evidence filed in connection therewith, and the arguments of counsel at the hearing held on the Motion on May 8, 2009, and finding that notice of the Motion is sufficient under the circumstances, and good cause appearing therefor,

It is hereby ORDERED THAT:

1. The deposit mechanism proposed in the Motion provides adequate assurance of payment within the meaning of Bankruptcy Code Section 366, with the modification that Pacific Gas & Electric Co. shall be provided a Deposit in the amount of one month's average monthly usage, as set forth in Schedule 1 to this Order.

2. The Bond provided pre-petition to Edison constitutes adequate assurance of payment to Edison under Bankruptcy Code Section 366.

3. The Utilities are prohibited from altering, refusing, or discontinuing postpetition utility service to the Debtors without further order of this Court, except pursuant to paragraph 5 of this Order.

4. The following procedures are hereby approved:

    (a) Within five days of the Court's entry of the Utility Order, the Debtor shall serve each Utility listed on Schedule 1 with a copy of the Utility Order and a notice of the Deposit that the Debtor proposes to provide the Utility on or before the 30th day of the case, or a notice that the Debtor deems such Utility to have already received adequate assurance of payment pursuant to a Bond; provided, however, that nothing in the Utility Order shall require the Debtor to deliver such Deposits, and if such Deposits are not delivered within the 30-day period following the Petition Date, such Utility may thereafter alter, refuse or discontinue service to the Debtor;

| | (b) | The Utilities shall have ten days from the date of service of the Utility Order to both file with the Court and serve on the Debtor an Additional Assurance Request, which must be in writing, must describe the reasons why the Deposit or Bond does not constitute adequate assurance and must provide a proposal for adequate assurance of payment with the justifications therefor; |
|---|---|---|
| | (c) | Utilities that do not timely and properly serve an Additional Assurance Request and have received a Deposit or Bond shall be deemed to have received satisfactory adequate assurance of payment in accordance with Bankruptcy Code section 366(c)(1)(A)(i) and so may not alter, refuse or discontinue utility service to the Debtor; |
| | (d) | For Utilities that timely and properly file and serve an Additional Assurance Request, and if the issue underlying the Additional Assurance Request has not been consensually resolved, an Adequate Assurance Hearing will be held; and |
| | (e) | Utilities that have filed and served an Additional Assurance Request are prohibited from altering, refusing, or discontinuing service to the Debtor unless and until, after an Adequate Assurance Hearing, the Court issues an order authorizing such action. |

5.  Notwithstanding the foregoing, even if a Utility has been deemed to have received adequate assurance of payment pursuant to the procedures set forth in this Order, said Utility may alter, refuse or discontinue service to the Debtor if: (i) any postpetition payment owed by the Debtor to said Utility is more than fifteen (15) calendar days past due; and (ii) after the passage of said fifteen day period, the Utility has provided the Debtor and the Debtor's counsel with at least five (5) business days' prior written notice of its intent to alter, refuse or discontinue service as a result of said late payment, which notice shall be delivered by facsimile or overnight mail to the following addresses:

| | |
|---|---|
| 1 | To the Debtor: |
| 2 | Humboldt Creamery, LLC |
| 3 | 571 Highway 1<br>Fortuna, CA 95540 |
| 4 | Attention:   Len Mayer, CEO |
| |                Tony Titus, CFO |
| 5 | Facsimile: (707)726-7104 |
| 6 | To the Debtor's Counsel: |
| 7 | Sheppard Mullin Richter & Hampton LLP |
| 8 | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 9 | Attention:   Michael Ahrens, Esq. |
| |                Michael Lauter, Esq. |
| 10 | Facsimile:  (415) 774-2978 |
| 11 | |
| 12 | // |
| 13 | // |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |

## Schedule 1

## List of the Debtor's Utilities

| Name and Address of Utility | Type of Service | Debtor's Facility | Vendor or Account Nos. | Current Through | Proposed Deposit |
|---|---|---|---|---|---|
| California Water Service Co., P.O. Box 940001 San Jose, CA 95194-0001 | Water | Los Angeles | 7951577777 | 2/23/2009 | $2,503.50 |
| Los Angeles Dept. of Water & Power P.O. Box 30808 Los Angeles, CA 90030-0808 | Water and Electricity | Los Angeles | 1-49-44841-01400-00-0000-2-01 | 2/10/2009 | $102 |
| The Gas Company, P.O. Box C Monterey Park, CA 91756 | Gas | Los Angeles | 027 021 1303 | 2/25/2009 | $3,000 |
| Southern California Edison, P.O. Box 600 Rosemead, CA 91771-0001 | Electricity | Los Angeles | 2193206828 | 2/11/2009 (negotiated partial payment made on 2/11/2009 bill) | No Deposit. Average semi-monthly usage is $27,500; Bond in the amount of $179,100. |
| Loleta Community Services, P.O. Box 236 Loleta, CA 95551-0236 | Water | Loleta | 250. | 12/31/2008 | $8,000 |
| Pacific Gas & Electric, P.O. Box 997300 Sacramento, CA 95899-7300 ("PG&E") | 1) Electricity 2) Electricity 3) Electricity 4) Gas 5) Gas 6) Electricity | 1) Fernbridge 2) Fernbridge 3) Loleta 4) Loleta 5) Fernbridge 6) Stockton | 1) 5960096818-0 2) 8295176540-1 3) 3512176136-1 4) 3681264290-2 5) 3835111556-3 6) 8293438346-2 | 1) 12/31/08 2) 01/02/09 3) 01/02/09 4) 01/02/09 5) 12/31/08 6) 01/20/09 | 1) $170,000 2) $16 3) $725 4) $65 5) $4,050 6) $15,000 |
| DMJ Gas Marketing Consultants 7029 Dublin Blvd. #617 Dublin, CA 94568 | Gas | Fernbridge | Unknown | Present Day | $25,000 |

APPROVED AS TO FORM:

Dated: May 8, 2009

LAW OFFICES OF MARTHA J. SIMON

By _____
MARTHA J. SIMON
Attorney for PACIFIC GAS & ELECTRIC COMPANY

** END OF ORDER **

-4-