1 Randy Rogers (SBN: 95993)
  rrogers@winston.com
2 Hannah L. Blumenstiel (SBN: 214842)
  hblumenstiel@winston.com
3 WINSTON & STRAWN LLP
  101 California Street
4 San Francisco, CA 94111-5802
  Telephone: (415) 591-1000
5 Facsimile: (415) 591-1400

6 Attorneys for CoBank, ACB,
  Administrative Agent for the DIP Lenders and
7 Agent for the Pre-Petition Lenders

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| HUMBOLDT CREAMERY, LLC, a Delaware limited liability company, | **Case No. 09-11078** |
| TAX ID: 87-0736033 | **REQUEST FOR SPECIAL NOTICE AND INCLUSION TO MASTER MAILING MATRIX** |
| Debtor | |

Pursuant to Bankruptcy Rule 2002, Winston & Strawn LLP("W&S") hereby requests copies of all notices or other documents to be mailed, emailed, or telecopied to parties in interest in the above-captioned case. W&S further requests telephonic, electronic or facsimile notice of any hearings for which parties in interest are to be given such notice. W&S requests copies of any chapter 11 plan and disclosure statement to be mailed pursuant to Bankruptcy Rule 3017(a).

All materials sent (and all telephonic, electronic or facsimile notices given) should be directed as follows:

>Randy Rogers (SBN: 95993)
>WINSTON & STRAWN LLP
>101 California Street
>San Francisco, CA 94111-5802
>Telephone: (415) 591-1000
>Facsimile: (415) 591-1400
>Email: rrogers@winston.com

>Hannah L. Blumenstiel (SBN: 214842)
>WINSTON & STRAWN LLP
>101 California Street
>San Francisco, CA 94111-5802
>Telephone: (415) 591-1000
>Facsimile: (415) 591-1400
>Email: hblumenstiel@winston.com

Dated: May 12, 2009

WINSTON & STRAWN LLP

By: /s/ Randy Rogers
Randy Rogers
Attorneys for CoBank, ACB,
Administrative Agent for the DIP
Lenders and Agent for the
Pre-Petition Lenders

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

# PROOF OF SERVICE

I, Cynthia N Paulus, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California Street, San Francisco, California 94111. On the date stated below, I served true copies of

**REQUEST FOR SPECIAL NOTICE AND**

**INCLUSION TO MASTER MAILING MATRIX**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at , addressed as set forth below.

[ ] On May 12, 2009, I sent such document(s) from facsimile machine (415) 591-1400. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 591-1400 which confirms said transmission and receipt.

[ ] by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (United Parcel Service (UPS)) to the person(s) at the address(es) set forth below.

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3401

Michael H. Ahrens, Esq.
Steven B. Sacks, Esq.
Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on May 12, 2009.

/s/ Cynthia N. Paulus
Cynthia N Paulus