Entered on Docket
May 13, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 12, 2009

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
STEVEN B. SACKS,
Cal. Bar No. 98875
ORI KATZ,
Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Proposed Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,

Debtor.

Tax ID: 87-0736033

Case No. 09-11078

Chapter 11

**ORDER AUTHORIZING EMPLOYMENT OF BURR PILGER AS FINANCIAL CONSULTANTS TO THE DEBTOR**

[No Hearing Required]

The Court having considered the *Application For Order Authorizing Employment of Burr, Pilger & Mayer, LLP as Financial Consultants to the Debtor* (the "Application"), filed by Humboldt Creamery, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), all pleadings and evidence filed in connection therewith, and finding that notice of the Application is sufficient under the circumstances, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Debtor is authorized, pursuant to Bankruptcy Code Section 327 and Bankruptcy Rule 2014(a), to employ Burr, Pilger, & Mayer, LLP ("Burr Pilger") as financial and restructuring consultants to the Debtor, effective as of April 21, 2009.

2. Compensation for Burr Pilger shall be in such amounts and at such times as the Court may allow.

** END OF ORDER **