In re  **Humboldt Creamery, LLC, a Delaware limited liability company**,   Case No. **09-11078**
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

　　**7**　　continuation sheets attached

In re **Humboldt Creamery, LLC, a Delaware limited liability company**, Case No. **09-11078**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Employees Vacation & Sick Pay**<br>**See Exhibit E2 for details** | | - | **See Exhibit E2.** | | | | 270,387.92 | Unknown<br><br>Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) **270,387.92**

**0.00**
**0.00**

In re **Humboldt Creamery, LLC, a Delaware limited liability company**, Case No. **09-11078**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Operating Engineers** <br> **13191 Crossroads Parkway #205** <br> **La Puente, CA 91746-3434** | | - | Contribution to hourly employee benefit plan. | | | | 7,971.74 | Unknown / Unknown |
| Account No. <br> **Pension Plan for Salaried Employees** <br> **See Exhibit 1 for details.** | | - | Money purchase pension plan See Exhibit E1 for details | | | | 219,553.83 | Unknown / Unknown |
| Account No. <br> **Western Conference of Teamsters Pension Trust Fund** <br> **Dept #1579** <br> **Los Angeles, CA 90096-1579** | | - | Contribution for hourly employee benefit plan. | | | | 176,447.29 | Unknown / Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **2** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    403,972.86    0.00 / 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **Humboldt Creamery, LLC, a Delaware limited liability company**, Case No. **09-11078**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27-000560** <br><br> **California State Board of Equalization** <br> **P.O. Box 942879** <br> **Sacramento, CA 94279-6001** | | - | **4th Quarter 2008 Return** | | | | **4,293.00** | **Unknown** <br><br> **Unknown** |
| Account No. **27-000560** <br><br> **California State Board of Equalization** <br> **P.O. Box 942879** <br> **Sacramento, CA 94279-6001** | | - | **1st Quarter 2009 Return** | | | | **3,002.00** | **Unknown** <br><br> **Unknown** |
| Account No. **Permit 508887** <br><br> **City of Los Angeles** <br> **Dept of Public Works** <br> **200 N Spring St, Room 967** <br> **Los Angeles, CA 90012** | | - | **1st Quarter 2009 Wastewater Fee** | | | | **11,672.45** | **Unknown** <br><br> **Unknown** |
| Account No. **Permit 50888** <br><br> **City of Los Angeles** <br> **Dept of Public Works** <br> **200 N Spring St, Room 967** <br> **Los Angeles, CA 90012** | | - | **1st Quarter 2009 Wasterwater Fee** | | | | **23,035.63** | **Unknown** <br><br> **Unknown** |
| Account No. **87-0736033** <br><br> **Department of Treasury** <br> **Internal Revenue Service** <br> **Ogden, UT 84201-0005** | | - | **1st Quarter of 2009** <br><br> **Fed Unemployment Tax** | | | | **10,476.83** | **Unknown** <br><br> **Unknown** |

Sheet **3** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: **0.00**
(Total of this page) **52,479.91** **0.00**

B6E (Official Form 6E) (12/07) - Cont.

In re **Humboldt Creamery, LLC, a Delaware limited liability company**, Case No. **09-11078**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Department of Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005** | | - | 4/01//09-4/21/09<br>**Fed Unemployment Tax** | | | | 240.55 | | Unknown<br><br>Unknown |
| Account No. **87-0736033**<br>**Department of Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005** | | - | 1st Quarter Return<br>**FIT/FICA Underpayment** | | | | 7,196.46 | | Unknown<br><br>Unknown |
| Account No. **602 458 338**<br>**Departmento of Labor Relations<br>P.O. Box 34022<br>Seattle, WA 98124-1022** | | - | **WA State Worker's Comp** | | | | 103.53 | | Unknown<br><br>Unknown |
| Account No. **245-0115-7**<br>**Employment Dev Dept<br>P.O. Box 826288<br>Sacramento, CA 94230-6288** | | - | 1st Quarter of 2009<br>**State Unemployment Tas** | | | | 80,761.45 | | Unknown<br><br>Unknown |
| Account No. **245-0115-7**<br>**Employment Dev Dept<br>P.O. Box 826288<br>Sacramento, CA 94230-6288** | | - | 4/01/09 - 4/21/09<br>**State Unemployment Tax** | | | | 1,864.30 | | Unknown<br><br>Unknown |

Sheet **4** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) **90,166.29**

**0.00**

**0.00**

Case: 09-11078  Doc# 85-6  Filed: 05/27/09  Entered: 05/27/09 21:18:22  Page 5 of 18
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Humboldt Creamery, LLC, a Delaware limited liability company**, Case No. **09-11078**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 602 458 338<br><br>Employment Security Dept<br>P.O. Box 34729<br>Seattle, WA 98124-1729 | | - | WA State Unemployment Tax | | | | 89.50 | Unknown<br><br>Unknown |
| Account No. 5224-009-020<br><br>Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0027 | | - | 2nd Installment Property Tax | | | | 2,702.18 | Unknown<br><br>Unknown |
| Account No. 5224-009-021<br><br>Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0027 | | - | 2nd Installment Property Tax | | | | 51,664.14 | Unknown<br><br>Unknown |
| Account No. 143-270-540-000<br><br>San Joaquin County Tax Collector<br>P.O. Box 2169<br>Stockton, CA 95201-2169 | | - | 2nd Installment Property Tax | | | | 2,410.55 | Unknown<br><br>Unknown |
| Account No. 143-270-500-000<br><br>San Joaquin County Tax Collector<br>P.O. Box 2169<br>Stockton, CA 95201-2169 | | - | 2nd Installment Property Tax | | | | 2,163.63 | Unknown<br><br>Unknown |

Sheet **5** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) **59,030.00**

**0.00**

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Humboldt Creamery, LLC, a Delaware limited liability company**,   Case No. **09-11078**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 143-270-530-000 <br><br> San Joaquin County Tax Collector <br> P.O. Box 2169 <br> Stockton, CA 95201-2169 | | - | 2nd Installment Property Tax | | | | 18,524.61 | Unknown | Unknown |
| Account No. 200-043-008-000 <br><br> Stephen Strawn, Treasurer <br> Humboldt County Tax Collector <br> 825 Fifth St., Room 125 <br> Eureka, CA 95501-1100 | | - | 2nd Installment Property Tax | | | | 133,312.26 | Unknown | Unknown |
| Account No. 200-312-013-000 <br><br> Stephen Strawn, Treasurer <br> Humboldt County Tax Collector <br> 825 Fifth St., Room 125 <br> Eureka, CA 95501-1100 | | - | 2nd Installment Property Tax | | | | 217.34 | Unknown | Unknown |
| Account No. 309-123-002-000 <br><br> Stephen Strawn, Treasurer <br> Humboldt County Tax Collector <br> 825 Fifth St., Room 125 <br> Eureka, CA 95501-1100 | | - | 2nd Installment Property Tax | | | | 5,337.32 | Unknown | Unknown |
| Account No. 602 458 338 <br><br> Washington State Dept of Revenue <br> P.O. Box 34052 <br> Seattle, WA 98124-1052 | | - | January Revenue Tax | | | | 1,389.78 | Unknown | Unknown |

Sheet **6** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   158,781.31   0.00
0.00

In re **Humboldt Creamery, LLC, a Delaware limited liability company**, Case No. **09-11078**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 602 458 338<br>Washington State Dept of Revenue<br>P.O. Box 34052<br>Seattle, WA 98124-1052 | | - | February Revenue Tax | | | | 1,820.56 | Unknown | Unknown |
| Account No. 602 458 338<br>Washington State Dept of Revenue<br>P.O. Box 34052<br>Seattle, WA 98124-1052 | | - | March Revenue Tax | | | | 3,697.85 | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **7** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 5,518.41 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,040,336.70 | 0.00 | 0.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE E - UNSECURED PRIORITY CLAIMS
### EXHIBIT E1 - MONEY PURCHASE PENSION PLAN CONTRIBUTION PAYABLE FOR SALARIED EMPLOYEES
### 31-Dec-08

| First Name | Last Name | 2008 Company Contribution |
|---|---|---|
| MATTHEW | BETTIGA | 5,047.01 |
| PAUL | ADAMS | 5,500.00 |
| JESSE | CHITTENDEN | 5,500.00 |
| TODD | MIKKELSEN | 4,900.01 |
| JAMES | REEVES | 4,099.99 |
| TRAVIS | VICTORINE | 4,900.01 |
| KEVIIN | WRIGHT | 4,600.01 |
| ROBERT | MIRANDA | 5,500.00 |
| RICK | DEWBERRY | 5,500.00 |
| LAWRENCE | ALBIN | 5,500.00 |
| KIRSTEN | BALDWIN | 3,000.00 |
| MIKE | CALLIHAN | 5,500.00 |
| JOANN | COMALLI | 5,300.00 |
| TERRI | FISHER | 4,650.00 |
| RICH | GHILARDUCCI | 5,500.00 |
| GARY | GREEN | 5,500.00 |
| LEN | MAYER | 5,500.00 |
| RENAE | WILL | 5,500.00 |
| TRAVIS | BETTS | 5,500.00 |
| TRACY | BLACK | 3,650.00 |
| KERI | DOUGLAS | 4,920.00 |
| JACKIE | ELDRIDGE | 4,452.88 |
| ANTHONY | TITUS | 5,500.00 |
| WALTER | CHALTON | 5,500.00 |
| JOHN | MINKEMA | 5,200.02 |
| TIMOTHY | TEASLEY | 5,400.00 |
| SAUL | CANSECO | 4,300.01 |
| JESSIE | COLEMAN | 3,199.99 |
| SHEILA | CRANDELL | 5,500.00 |
| GEORGE | DEMARS | 5,500.00 |
| RALPH | GIANNINI, JR. | 5,500.00 |
| TARAH | GLEATON | 2,959.85 |
| DAVID | HAYES | 4,300.01 |
| SAILESH | NARAYAN | 5,500.00 |
| SARAH | RENNER | 5,500.00 |
| TAMI | SCHLEEF | 5,500.00 |
| JEFFREY | SUSSMAN | 5,500.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**SCHEDULE E - UNSECURED PRIORITY CLAIMS**
**EXHIBIT E1 - MONEY PURCHASE PENSION PLAN CONTRIBUTION PAYABLE FOR SALARIED EMPLOYEES**
**31-Dec-08**

| First Name | Last Name | 2008 Company Contribution |
|---|---|---|
| MANUEL | CASTANEDA | 3,428.22 |
| STEVE | CORREA | 3,449.17 |
| TIM | HERNANDEZ | 3,567.30 |
| PABLO | TORRES | 4,650.00 |
| LUIS | ARCERO | 1,432.79 |
| MARCO | MANZO | 2,024.09 |
| RICHARD | HEREDIA | 5,122.50 |
| STEVEN | LOPEZ | 5,500.00 |
| CRAIG | VEVODA | 5,500.00 |
| **GRAND TOTAL** | | **$219,553.83** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## EXHIBIT E2 - UNSECURED PRIORITY CLAIMS
### Wages, Salaries & Commissions
### Sick Pay For Employees

| NAME | 180 Day Total |
|---|---:|
| Camarillo, John | 212.21 |
| Cardona, anjelica | 72.40 |
| Casillas, Hector | 433.71 |
| Cerventes, Francisco | 41.98 |
| Cerventes, Mauricio | 111.67 |
| Coreas, Maria | 88.99 |
| Corral, Eusebio | 419.80 |
| Craig, John | 67.20 |
| Figueroa, Alfred | 391.46 |
| Garcia, Adam | 133.20 |
| Garcia, Hugo | 343.84 |
| Gomez, Edwin | 136.64 |
| Guerra, Heidy | 0.00 |
| Hickey, David | 1,206.00 |
| Hicks, Paul | 217.17 |
| Ledesma, Monica | 142.22 |
| Linares. Aurelia | 139.00 |
| Lopez, Dora | 117.12 |
| Lyness, Alan | 427.40 |
| Lyness, Herlinda | 407.20 |
| Mangrum, Elaine | 187.40 |
| Medina, Hector | 78.15 |
| Messrah, Daniel | 499.80 |
| Mosqueda, Ezequiel | 335.84 |
| Murillo, Joe | 335.84 |
| Pedroza, Joey | 195.67 |
| Rega, Mark | 261.12 |
| Rocha, Benito | 167.73 |
| Samuelson, Karen | 333.00 |
| Santillan, Irasama | 0.00 |
| Santillano, Gerardo | 0.00 |
| Topete, Ramon | 359.56 |
| Uyeno, Danny | 68.86 |
| Valdivia, Jose | 341.92 |
| Vargas, Jose | 419.80 |
| Vaynshteyn , Ruvin | 0.00 |
| Vidales, Rudy | 351.84 |
| Villanueva, Gonzalo | 433.80 |
| Viramontes, Juan | 0.00 |
| Vopata, John | 429.80 |
| Yorba, Elias | 0.00 |
| **Total** | **$9,909.34** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**EXHIBIT E2 - UNSECURED PRIORITY CLAIMS**
**Wages, Salaries & Commissions**

**VACATION PAY FOR SALARIED EMPLOYEE**

| NAME | 180 Day Total |
|---|---:|
| Adams, Paul | $3,127.31 |
| Albin, Larry | $1,830.56 |
| Baldwin, Kirsten | $980.56 |
| Bettiga, Kyle | $1,601.40 |
| Betts, Travis | $2,288.20 |
| Black, Tracy | $1,872.25 |
| Callihan, Mike | $5,459.92 |
| Chalton, Walt | $2,909.04 |
| Chittenden, Jesse | $2,452.08 |
| Coleman, Jessie | $469.71 |
| Comalli, Joann | $2,029.19 |
| Crandell, Sheila | $3,179.08 |
| Demars, George | $3,334.72 |
| Dewberry, Rick | $1,765.28 |
| Douglas, Keri | $1,870.36 |
| Eldridge, Jackie | $1,100.16 |
| Fisher, Terri | $888.97 |
| Giannini, Ralph | $2,754.39 |
| Gleaton, Tarah | $711.50 |
| Green, Gary | $2,631.12 |
| Hayes, David | $1,570.92 |
| Kevin Creviston | $2,056.52 |
| Luis Arceo | $104.00 |
| Manuel Castandeda | $737.40 |
| Marco Manzo | $136.00 |
| Mayer, Len | $4,249.32 |
| Mikkelsen, Todd | $2,258.92 |
| Minkema, John | $1,693.20 |
| Miranda, Robert | $2,857.08 |
| Narayan, Sailesh | $2,844.44 |
| Nate Ramaswamy | $2,164.59 |
| O'Sullivan, Kevin | $1,405.56 |
| Pablo Torres | $1,643.88 |
| Reeves, James | $1,340.28 |
| Renner, Sarah | $1,961.80 |
| Richard Herredia | $1,687.08 |
| Saul Canseco | $1,545.08 |
| Schleef, Tami | $1,797.24 |
| Steve Correa | $1,178.00 |
| Steve Lopez | $2,264.80 |
| Sussman, Jeff | $5,673.24 |

Salaried Vacation        Page 1 of 2        SOAL E2
Case: 09-11078   Doc# 85-6   Filed: 05/27/09   Entered: 05/27/09 21:18:22   Page 12 of 18

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**EXHIBIT E2 - UNSECURED PRIORITY CLAIMS**
**Wages, Salaries & Commissions**

**VACATION PAY FOR SALARIED EMPLOYEE**

| NAME | 180 Day Total |
|---|---|
| Teasley, Timothy | $1,765.28 |
| Tim Hernandez | $1,280.00 |
| Titus, Tony | $2,031.40 |
| Vevoda, Craig | $4,566.84 |
| Victorine, Travis | $1,789.80 |
| Will, Renae | $3,836.48 |
| Wright, Kevin | $1,680.36 |
| | |
| **SALARIED EMPLOYEE VACATION TOTAL** | **$101,375.30** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**EXHIBIT E2 - UNSECURED PRIORITY CLAIMS**
**Wages, Salaries & Commissions**

**VACATION PAY FOR HOURLY EMPLOYEE**

| NAME | 180 Day Total |
|---|---:|
| Allen, Robert | 382.46 |
| Alvarado, Martha | 1,491.85 |
| Avila, Lance | 1,285.24 |
| Baker, Derrick | $2,267.24 |
| Barella, Daniel | $1,427.52 |
| Belisle, William | 2,048.25 |
| Belli, Lawrence | 2,277.03 |
| Betancourt, Cecilia | $1,221.90 |
| Bishop, Ernie | 50.16 |
| Bishop, Grant | 0.00 |
| Blake, Kim | 710.49 |
| Bowen, Floyd | 178.84 |
| Boyd, Jim | 1,881.88 |
| Bramlett, Sterling | 32.61 |
| Branson, Jerry | 1,645.49 |
| Brazil, David | 1,285.24 |
| Brito, Ken | 1,496.12 |
| Bronnenberg, Michael | 1,360.66 |
| Bruga, Brandon | 0.00 |
| Burt, Jason | 49.90 |
| Camarillo, John | $2,099.42 |
| Cardona, anjelica | $540.80 |
| Cardoza, Andrew | 199.69 |
| Cardoza, Mark | 762.90 |
| Casillas, Hector | $1,003.74 |
| Cerventes, Francisco | $537.97 |
| Cerventes, Mauricio | $715.55 |
| Chavez, Andres | 1,529.90 |
| Cogar, David | 11.65 |
| Cook, Glen | 555.85 |
| Cook, Mike | 2,163.95 |
| Coppini, Lori | 0.00 |
| Coreas, Maria | $416.38 |
| Corral, Eusebio | $2,099.42 |
| Craig, John | $319.00 |
| Crandall, Karl | 1,191.76 |
| Crowl, Orval | 176.08 |
| Culver, Steven | 1,741.36 |
| Cuteman, Vernon | 1,741.36 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**EXHIBIT E2 - UNSECURED PRIORITY CLAIMS**
**Wages, Salaries & Commissions**

**VACATION PAY FOR HOURLY EMPLOYEE**

| NAME | 180 Day Total |
|---|---:|
| De Fazio, Timothy | 1,881.88 |
| Ditman, Thomas | 1,360.66 |
| Douangphachanh, Tony | 0.00 |
| Durrett, Russell | 1,362.00 |
| Ellebrecht, Phillip | 602.33 |
| Ellebrecht, Tristian | 0.00 |
| Emmons, Casey | 1,561.96 |
| Enos, Manuel | 692.81 |
| Farfan, Mike | 605.04 |
| Figueroa, Alfred | $1,048.87 |
| Fisher, Daren | 2,014.47 |
| Foust, Darrell | 1,226.54 |
| Franklin, Brian | 1,191.76 |
| Fregoso, Santiago | 1,621.10 |
| Freson, Mark | 1,596.11 |
| Garcia, Adam | $376.80 |
| Garcia, Baltazar | 0.00 |
| Garcia, Hugo | $2,149.43 |
| Girsback, Robert | 409.06 |
| Glover, Pati | 901.56 |
| Gomes, Thomas | 0.00 |
| Gomez, Edwin | $1,259.40 |
| Grammar, Gayle | 1,129.18 |
| Guerra, Heidy | $165.93 |
| Guerrero, Peter | 288.88 |
| Hall, Joe | 0.00 |
| Harris, Allen | 1,522.78 |
| Hays, George | 329.69 |
| Herrera, Aristeo | 440.57 |
| Herrera, Jacinto | 1,154.36 |
| Hickey, David | $723.60 |
| Hicks, Paul | $2,187.44 |
| Holt, Leonard | 1,369.66 |
| Jambois, David | 76.24 |
| Katri, Robert | 1,433.16 |
| Kendall, Eric | 621.05 |
| La Gasse, Aaron | 0.00 |
| Land, Ken | 1,326.82 |
| Ledesma, Monica | $267.05 |
| Lenardo, Jeff | 1,912.43 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**EXHIBIT E2 - UNSECURED PRIORITY CLAIMS**
**Wages, Salaries & Commissions**

**VACATION PAY FOR HOURLY EMPLOYEE**

| NAME | 180 Day Total |
|---|---|
| Letter, Ven | 2,442.26 |
| Letterman, Dee | 1,216.47 |
| Linares. Aurelia | $359.00 |
| Lopez, Dora | $2,099.42 |
| Lourenco, Jorge | 1,798.79 |
| Lyness, Alan | $880.44 |
| Lyness, Herlinda | $2,239.60 |
| Mangrum, Elaine | $432.00 |
| Matyshock, Rick | 1,191.76 |
| Mc Covey, William | 0.00 |
| McDonald, Phil | 968.44 |
| Medina, Hector | $0.00 |
| Medina, Trina | 422.41 |
| Messrah, Daniel | $2,499.50 |
| Miller, Doyle | 1,033.33 |
| Miller, Keith | 1,312.24 |
| Monson, Timothy | 1,011.54 |
| Morais, Jeremy | 1,623.61 |
| Mosqueda, Ezequiel | $1,557.04 |
| Mullins, Kenneth | 631.35 |
| Murillo, Joe | $794.05 |
| Neiva, Bryce | 0.00 |
| Nelson, Nathan | 1,175.12 |
| Newman, Grant | 708.87 |
| Ngiratehekii, Fred | 0.00 |
| Nuñez, Eric | 0.00 |
| Ober, Kurtiss | 1,221.05 |
| Olsen, Shawn | 1,360.66 |
| Oros, Ryan | 1,121.64 |
| Pedrotti, Grant | 1,982.16 |
| Pedrotti, Nicholas | 1,575.84 |
| Pedrotti, Sidney | 2,184.72 |
| Pedroza, Joey | $0.00 |
| Phanhsavang, Kit | 0.00 |
| Phillips, Brendan | 380.97 |
| Pinedo, Richard | 1,191.76 |
| Poletski, Robert | 2,050.78 |
| Potter, Terry | 701.95 |
| Powers, Cap | 1,193.63 |
| Purvis, Michael | 219.71 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**EXHIBIT E2 - UNSECURED PRIORITY CLAIMS**
**Wages, Salaries & Commissions**

**VACATION PAY FOR HOURLY EMPLOYEE**

| NAME | 180 Day Total |
|---|---:|
| Rega, Mark | $2,099.42 |
| Rocha, Benito | $0.00 |
| Rodriguez, Cecilia | 897.16 |
| Ruff, Nick | 1,175.12 |
| Saechao, Kao | 875.75 |
| Saechao, Lay | 473.82 |
| Samuelson, Karen | $262.40 |
| Sanchez, Dan | 1,115.25 |
| Santillan, Irasama | $122.20 |
| Santillano, Gerardo | $1,941.11 |
| Sellers, Joel | 0.00 |
| Seniff, Robert | 973.38 |
| Shimabukuro, Dave | 1,362.00 |
| Solano, Neft | 225.89 |
| Spaulding, Jerry | 567.57 |
| Sutsch, John | 805.80 |
| Thurlby, Scott | 524.86 |
| Tirsbeck, Dennis | 1,881.88 |
| Titus, Ron | 2,443.51 |
| Togentti, Chris | 549.93 |
| Topete, Ramon | $2,099.42 |
| Toroni, Brian | 1,920.98 |
| Tucker, Lonnie | 186.14 |
| Uselton, Athan | 1,234.80 |
| Uyeno, Danny | $496.32 |
| Valdivia, Jose | $1,025.76 |
| Vargas, Jose | $1,709.85 |
| Vaynshteyn , Ruvin | $742.96 |
| Vidales, Rudy | $2,199.44 |
| Villanueva, Gonzalo | $1,734.77 |
| Viramontes, Juan | $0.00 |
| Vopata, John | $1,289.40 |
| Ward, Jacob | 1,293.10 |
| Warriner, David | 1,380.80 |
| Waters, Kevin | 0.00 |
| White, James | 0.00 |
| Wicke, Robert | 148.60 |
| Wilson, Burleigh | 19.19 |
| Wilson, Robert | 1,713.66 |
| Wohlwend, Dale | 579.67 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**EXHIBIT E2 - UNSECURED PRIORITY CLAIMS**
**Wages, Salaries & Commissions**

**VACATION PAY FOR HOURLY EMPLOYEE**

| NAME | 180 Day Total |
|---|---|
| Wolff, Stephen | 0.00 |
| Wright, Michael | 1,326.88 |
| Yadao, Scott | 1,219.68 |
| Yates, Courtney | 710.49 |
| Yorba, Elias | $481.92 |
| **HOURLY EMPLOYEE VACATION TOTAL** | **$159,103.28** |