In re **Humboldt Creamery, LLC, a Delaware limited liability company**, Case No. **09-11078**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bon Suisse Inc.**<br>1250 Prospect St., Suite O-2<br>La Jolla, CA 92037 | | - | Various dates<br>Marketing Expense in Mexico | X | X | | 170,000.00 |
| Account No.<br><br>**California Dairies, Inc.**<br>P.O. Box 513767<br>Los Angeles, CA 90051 | | - | Various dates<br>Non-AP Unsecured<br>Tolled Powder / Cream | X | X | | 1,245,943.36 |
| Account No.<br><br>**Dairy Farmers of America**<br>170 N. Maple St., Suite B-106<br>Corona, CA 92880 | | - | Various dates<br>Non-AP Unsecured<br>Tolled Powder/Cream | X | X | | 533,938.56 |
| Account No.<br><br>**Humboldt Creamery Association**<br>572 Highway 1<br>Fortuna, CA 95540 | | - | Various dates<br>Member Milk<br>Non-AP Unsecured<br>See Exhibit F1 for details | X | X | | 5,886,089.60 |

__1__ continuation sheets attached

Subtotal (Total of this page)  7,835,971.52

In re **Humboldt Creamery, LLC, a Delaware limited liability company**, Case No. **09-11078**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Humboldt Creamery Association**<br>572 Highway 1<br>Fortuna, CA 95540 | | - | Various dates<br>Non-AP Unsecured<br>Non-member milk<br>See Exibit F1 for details | X | X | | 57,520.61 |
| Account No.<br>**Investors**<br>See Exhibit F1 for Details<br>And Address Information | | - | Various Dates<br>Investers in the Debtor<br>See Exhibit F2 for details | | | | 3,615,659.63 |
| Account No.<br>**Organic Valley**<br>507 W Main Street<br>La Farge, WI 54639 | | - | Various dates<br>Non-AP Unsecured<br>Tolled Powder / Cream | X | X | | 146,256.77 |
| Account No.<br>**Vendors and Trade Creditors** | | - | Various dates<br>Trade debt<br>See Exhibit F3 for details | | | | 18,190,670.86 |
| Account No. | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **22,010,107.87**

Total (Report on Summary of Schedules)    **29,846,079.39**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F-UNSECURED NONPRIORITY CLAIMS
## EXHIBIT F1

| Creditor | Type | Amount owed as of Petition Date | Pre Petition debt paid post petition |
|---|---|---|---|
| Humboldt Creamery Assn.<br>572 Highway 1<br>Fortuna, CA 95540 | member milk | $5,886,089.60 | $1,410,000.00 |
| Humboldt Creamery Assn.<br>572 Highway 1<br>Fortuna, CA 95540 | non-member milk | $57,520.61 | $13,000.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**SCHEDULE F-UNSECURED NONPRIORITY CLAIMS**
**EXHIBIT F2 - INVESTORS**

| Note Date | Maturity Date | Note # | | Noteholder | 2/20/09 Balance |
|---|---|---|---|---|---|
| 3/3/05 | 3/3/10 | CC | 3028 | ACTC- Anna Holgersen IRA<br>5231 Tompkins Hill Road<br>Loleta, CA 95551 | 4,860.07 |
| 5/18/04 | 5/18/09 | CC | 3015 | ACTC- Curtin Holgersen IRA<br>5231 Tompkins Hill Road<br>Loleta, CA 95551 | 34,554.27 |
| 3/3/05 | 3/3/10 | CC | 3027 | ACTC- Curtin Holgersen IRA<br>5231 Tompkins Hill Road<br>Loleta, CA 95551 | 4,860.07 |
| 4/26/04 | 4/26/09 | CC | 3013 | ACTC- Dennis Leonardi IRA<br>1901 Christensen Lane<br>Ferndale, CA 95536 | 1,494.77 |
| 10/17/07 | 10/17/12 | CC | 3078 | ACTC- D.Leonardi IRA<br>1901 Christensen Lane<br>Ferndale, CA 95536. | 10,541.04 |
| 7/29/04 | 7/29/09 | CC | 3017 | ACTC- Gary Belli IRA<br>2707 Centerville Rd<br>Ferndale, CA 95536 | 23,139.04 |
| 3/15/06 | 3/15/11 | CC | 3040 | ACTC- Gary Belli IRA<br>2707 Centerville Rd<br>Ferndale, CA 95536 | 5,716.90 |
| 2/12/07 | 2/12/12 | CC | 3063 | ACTC- Gary Belli IRA<br>2707 Centerville Rd<br>Ferndale, CA 95536 | 5,869.28 |
| 5/20/05 | 5/20/10 | CC | 3030 | ACTC- Gary Nicholson IRA<br>2126 Made River Road<br>Arcata, CA 95521 | 12,970.93 |
| 12/14/04 | 12/14/09 | CC | 3022 | ACTC- John Vevoda IRA<br>225 Price Creek School Road<br>Ferndale, CA 95536 | 6,549.22 |
| 3/1/05 | 3/1/10 | CC | 3026 | ACTC- James Renner IRA<br>P.O. Box 699<br>Loleta, CA 95551 | 13,892.29 |
| 2/14/08 | 2/14/13 | CC | 3085 | ACTC- James Renner IRA<br>P.O. Box 699<br>Loleta, CA 95551 | 21,529.51 |
| 11/20/08 | 11/20/13 | CC | 3104 | ACTC- James Renner IRA<br>P.O. Box 699<br>Loleta, CA 95551 | 34,911.76 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**SCHEDULE F-UNSECURED NONPRIORITY CLAIMS**
**EXHIBIT F2 - INVESTORS**

| Note Date | Maturity Date | Note # | | Noteholder | 2/20/09 Balance |
|---|---|---|---|---|---|
| 1/8/04 | 1/8/09 | CC | 3010 | ACTC- Joseph Renner IRA<br>3840 Tompkins Hill Road<br>Loleta, CA 95551 | 70,572.14 |
| 5/8/03 | 5/8/13 | D | 2063 | ACTC- Kathleen Leonardi IRA<br>1901 Christensen Lane<br>Ferndale, CA 95536 | 5,401.00 |
| 12/14/04 | 12/14/09 | CC | 3023 | ACTC- Kristin Vevoda IRA<br>225 Price Creek School Road<br>Ferndale, CA 95536 | 6,116.82 |
| 10/30/07 | 10/30/12 | CC | 3080 | ACTC- L Ghilarducci IRA<br>144 Grayland Heights<br>Rio Dell, CA 95562 | 22,555.33 |
| 10/30/07 | 10/30/12 | CC | 3079 | ACTC- R Ghilarducci IRA<br>144 Grayland Heights<br>Rio Dell, CA 95562 | 22,762.08 |
| 2/14/08 | 2/14/13 | CC | 3086 | ACTC-Mary Jo Renner IRA<br>P.O. Box 699<br>Loleta, CA 95551 | 10,764.75 |
| 11/20/08 | 11/20/13 | CC | 3105 | ACTC-Mary Jo Renner IRA<br>P.O. Box 699<br>Loleta, CA 95551 | 27,153.59 |
| 1/6/06 | 1/6/11 | CC | 3037 | Charles & Helen Gersbach<br>600 Westgate Drive<br>Eureka, CA 95501 | 12,903.42 |
| 9/26/06 | 9/26/09 | BB | 3048 | Charles & Helen Gersbach<br>600 Westgate Drive<br>Eureka, CA 95501 | 23,520.92 |
| 9/26/07 | 9/26/10 | BB | 3075 | Charles & Helen Gersbach<br>600 Westgate Drive<br>Eureka, CA 95501 | 11,651.06 |
| 4/8/05 | 4/8/10 | CC | 3029 | Charles & Pam Zana<br>859 13th Street<br>Fortuna, CA 95540 | 22,033.52 |
| 1/24/07 | 1/24/12 | CC | 3062 | Charles & Pam Zana<br>859 13th Street<br>Fortuna, CA 95540 | 29,012.54 |
| 2/28/08 | 2/28/13 | CC | 3089 | Clifford Sorensen<br>1290 Alder Grove Road<br>Arcata, CA 95521 | 26,825.82 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**SCHEDULE F-UNSECURED NONPRIORITY CLAIMS**
**EXHIBIT F2 - INVESTORS**

| Note Date | Maturity Date | Note # | Noteholder | 2/20/09 Balance |
|---|---|---|---|---|
| 12/22/08 | 12/22/13 CC | 3111 | Clifford Sorensen<br>1290 Alder Grove Road<br>Arcata, CA 95521 | 25,000.00 |
| 9/25/06 | 9/25/11 CC | 3046 | California Milk Advisory Board<br>Dist 1 Dairy Princ<br>1544 Rose Avenue<br>Ferndale, CA 95536 | 6,021.70 |
| 9/25/08 | 9/25/13 CC | 3102 | California Milk Advisory Board<br>Dist 1 Dairy Princ<br>1544 Rose Avenue<br>Ferndale, CA 95536 | 15,741.14 |
| 7/16/06 | 7/16/11 CC | 3042 | Dennis Leonardi<br>1901 Christensen Lane<br>Ferndale, CA 95536 | 19,027.23 |
| 8/3/06 | 8/3/11 CC | 3043 | Dennis Leonardi<br>1901 Christensen Lane<br>Ferndale, CA 95536 | 18,944.68 |
| 9/17/06 | 9/17/11 CC | 3045 | Dennis Leonardi<br>1901 Christensen Lane<br>Ferndale, CA 95536 | 9,367.68 |
| 12/19/06 | 12/19/11 CC | 3055 | Dennis Leonardi<br>1901 Christensen Lane<br>Ferndale, CA 95536 | 56,281.05 |
| 10/10/07 | 10/10/12 CC | 3077 | Dennis Leonardi<br>1901 Christensen Lane<br>Ferndale, CA 95536 | 8,552.43 |
| 12/19/06 | 12/19/11 CC | 3054 | Dave & Mary Ann Renner<br>1312 Pleasant Point Rd<br>Ferndale, CA 95536 | 12,000.00 |
| 6/17/05 | 6/17/10 CC | 3033 | Davis Family Trust<br>170 Grayland Heights<br>Rio Dell, CA 95562 | 100,000.00 |
| 9/7/05 | 9/7/10 CC | 3034 | Davis Family Trust<br>170 Grayland Heights<br>Rio Dell, CA 95562 | 100,000.00 |
| 12/20/06 | 12/20/11 CC | 3056 | Davis Family Trust<br>170 Grayland Heights<br>Rio Dell, CA 95562 | 10,000.00 |
| 12/22/08 | 12/22/13 CC | 3110 | Diane and Leon Porter<br>1179 Singley Hill Road<br>Loleta, CA 95551 | 15,389.72 |

**SCHEDULE F-UNSECURED NONPRIORITY CLAIMS**
**EXHIBIT F2 - INVESTORS**

| Note Date | Maturity Date | Note # | Noteholder | 2/20/09 Balance |
|---|---|---|---|---|
| 12/13/06 | 12/13/11 CC | 3053 | Diane and Leon Porter<br>1179 Singley Hill Road<br>Loleta, CA 95551 | 14,087.77 |
| 6/20/08 | 6/20/13 CC | 3092 | Dona Mendes Family Trust<br>P.O. Box 84<br>Ferndale, CA 95536 | 70,000.00 |
| 12/28/06 | 12/28/11 CC | 3058 | Donna Sorensen<br>1040 Alder Grove Ra<br>Arcata, CA 95521 | 35,586.56 |
| 12/28/07 | 12/28/12 CC | 3082 | Donna Sorensen<br>1040 Alder Grove Ra<br>Arcata, CA 95521 | 23,180.34 |
| 2/26/08 | 2/26/09 AA | 3087 | Donna Sorensen<br>1040 Alder Grove Ra<br>Arcata, CA 95521 | 50,000.00 |
| 1/18/09 | 1/18/14 AA | 3113 | Donna Sorensen/G. Bernardi<br>1040 Alder Grove Ra<br>Arcata, CA 95521 | 53,250.00 |
| 12/16/08 | 12/16/09 AA | 3109 | Gary Bernardi<br>1040 Alder Grove Ra<br>Arcata, CA 95521 | 50,000.00 |
| 1/30/09 | 1/30/10 AA | 3115 | Gary Bernardi<br>1040 Alder Grove Ra<br>Arcata, CA 95521 | 25,000.00 |
| 9/7/07 | 9/7/12 CC | 3073 | Elizabeth Leonardi<br>1901 Christensen Ln<br>Ferndale, CA 95536-9555 | 13,707.02 |
| 9/25/08 | 9/25/13 CC | 3103 | F & S Leonardo Dairy, Inc<br>1544 Rose Ave<br>Ferndale, CA 95536-9745 | 22,824.65 |
| 7/10/08 | 7/10/13 CC | 3099 | Fernando Lourenco<br>1414 Fisher Road<br>Mckinlevyville, CA 95519 | 150,000.00 |
| 8/6/08 | 8/6/13 CC | 3100 | Frank & Cecilia Ormonde<br>2401 Nickle Avenue<br>Eureka, CA 95531 | 25,844.52 |
| 3/29/07 | 3/29/12 CC | 3065 | George and Tina Toste<br>890 Dillon Rd<br>Ferndale, CA 95536 | 5,808.81 |

Case: 09-11078   Doc# 85-7   Filed: 05/27/09   Entered: 05/27/09 21:18:22   Page 7 of 10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F-UNSECURED NONPRIORITY CLAIMS
### EXHIBIT F2 - INVESTORS

| Note Date | Maturity Date | Note # | Noteholder | 2/20/09 Balance |
|---|---|---|---|---|
| 9/19/08 | 9/19/13 CC | 3101 | George and Tina Toste<br>890 Dillon Rd<br>Ferndale, CA 95536 | 10,229.32 |
| 12/13/06 | 12/13/11 CC | 3052 | Gerald and Marilyn Genzoli<br>149 Arington Avenue<br>Ferndale, CA 95536 | 25,992.21 |
| 11/21/08 | 11/21/13 CC | 3106 | Gerald and Marilyn Genzoli<br>149 Arington Avenue<br>Ferndale, CA 95536 | 15,512.28 |
| 3/12/08 | 3/12/13 CC | 3090 | Goldstar-Silverio Fernandes IRA<br>1650 Parkway Drive<br>Crescent City, CA 95531 | 92,275.98 |
| 7/10/07 | 7/10/12 CC | 3069 | HCT- Callihan<br>572 Highway 1<br>Fortuna, CA 95540 | 97,071.29 |
| 7/10/07 | 7/10/12 CC | 3068 | HCT- Ghilarducci<br>572 Highway 1<br>Fortuna, CA 95540 | 13,482.13 |
| 7/10/07 | 7/10/12 CC | 3070 | HCT- Lewis<br>572 Highway 1<br>Fortuna, CA 95540 | 137,517.62 |
| 11/23/04 | 11/23/09 CC | 3020 | James & Carole O'Neil<br>P.O. Box 323<br>Loleta, CA 95551 | 72,514.52 |
| 2/12/07 | 2/12/12 CC | 3064 | Jane Renner<br>1100 St. Joseph Drive<br>Fortuna, CA 95540 | 27,773.00 |
| 3/15/07 | 3/15/10 BB | 3066 | Kathy Leonardi<br>1291 Waddington Road<br>Ferndale, CA 95536 | 40,000.00 |
| 10/17/06 | 10/17/11 CC | 3049 | Linda Nicholson<br>19 MacLeod Way<br>Scotts Valley, CA 95066 | 60,357.10 |
| 1/17/08 | 1/17/13 CC | 3091 | Linda Nicholson<br>19 MacLeod Way<br>Scotts Valley, CA 95066 | 54,168.03 |
| 11/26/08 | 11/26/13 CC | 3107 | Linda Nicholson<br>19 MacLeod Way<br>Scotts Valley, CA 95066 | 50,308.22 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**SCHEDULE F-UNSECURED NONPRIORITY CLAIMS**
**EXHIBIT F2 - INVESTORS**

| Note Date | Maturity Date | Note # | | Noteholder | 2/20/09 Balance |
|---|---|---|---|---|---|
| 2/1/06 | 2/1/11 | CC | 3039 | Loretta Alexandre<br>P.O. Box 1155<br>Ferndale, CA 95536 | 200,000.00 |
| 1/8/07 | 1/8/12 | CC | 3059 | Loretta Alexandre<br>P.O. Box 1155<br>Ferndale, CA 95536 | 200,000.00 |
| 12/1/08 | 12/1/09 | AA | 3108 | Martin and Barbara Lang<br>1444 Tanglewood Court<br>San Luis Obispo, CA 93401 | 22,688.29 |
| 6/26/08 | 6/26/13 | CC | 3098 | Mary Ann Renner<br>1312 Pleasant Point Rd<br>Ferndale, CA 95536 | 6,000.00 |
| 8/19/08 | 8/19/13 | CC | 3095 | Penny Renner<br>9104 Blue Slide Road<br>Ferndale, CA 95536 | 85,000.00 |
| 1/23/04 | 1/23/09 | CC | 3011 | Phyllis L. Nicholson<br>2126 Made River Rd<br>Arcata, CA 95521-9691 | 3,079.08 |
| 4/23/04 | 4/23/09 | CC | 3012 | Phyllis L. Nicholson<br>2126 Made River Rd<br>Arcata, CA 95521-9691 | 11,966.50 |
| 6/3/08 | 6/3/13 | CC | 3094 | Phyllis L. Nicholson<br>2126 Made River Rd<br>Arcata, CA 95521-9691 | 5,247.81 |
| 2/22/07 | 2/22/12 | CC | 3074 | Rich Ghilarducci<br>144 Grayland Heights<br>Rio Dell, CA 95562 | 35,135.03 |
| 2/6/08 | 2/6/11 | BB | 3096 | Rich Ghilarducci<br>144 Grayland Heights<br>Rio Dell, CA 95562 | 213,073.77 |
| 9/7/07 | 9/7/12 | CC | 3072 | Rich Ghilarducci<br>144 Grayland Heights<br>Rio Dell, CA 95562 | 26,575.28 |
| 8/6/07 | 8/6/12 | CC | 3071 | Richard Phillis<br>448 Camp Weott Road<br>Ferndale, CA 95536 | 23,795.58 |
| 5/3/06 | 5/3/09 | BB | 3041 | Rick & Rebecca Santos<br>12315 New Avenue<br>San Martin, CA 95046 | 188,236.28 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F-UNSECURED NONPRIORITY CLAIMS
### EXHIBIT F2 - INVESTORS

| Note Date | Maturity Date | | Note # | Noteholder | 2/20/09 Balance |
|---|---|---|---|---|---|
| 6/11/07 | 6/11/10 | BB | 3067 | Rick & Rebecca Santos<br>12315 New Avenue<br>San Martin, CA 95046 | 118,170.47 |
| 5/3/08 | 5/3/11 | BB | 3097 | Rick & Rebecca Santos<br>12315 New Avenue<br>San Martin, CA 95046 | 162,887.00 |
| 1/20/05 | 1/20/10 | CC | 3025 | Robert & Mary Johnson<br>1641 Vancil St.<br>Fortuna, CA 95540 | 20,762.59 |
| 1/23/06 | 1/23/11 | CC | 3038 | Robert & Mary Johnson<br>1641 Vancil St.<br>Fortuna, CA 95540 | 64,268.07 |
| 1/21/07 | 1/21/12 | CC | 3060 | Robert & Mary Johnson<br>1641 Vancil St.<br>Fortuna, CA 95540 | 13,980.85 |
| 10/10/07 | 10/10/12 | CC | 3076 | Sharon Richardson<br>2736 Kirby St.<br>Fortuna, CA 95540 | 13,174.46 |
| 2/28/08 | 2/28/13 | CC | 3088 | Silverio & Sandra Fernandes<br>1650 Parkway Drive<br>Crescent City, CA 95531 | 16,095.49 |
| 1/20/08 | 1/20/11 | BB | 3084 | Susan Johnson<br>117 Hackberry Ave<br>Manhattan, KS 66502 | 10,626.85 |
| 1/21/07 | 1/21/12 | CC | 3061 | Tom Renner<br>1100 St. Joseph Drive<br>Fortuna, CA 95540 | 13,980.85 |
| 4/4/08 | 4/4/13 | CC | 3093 | Tom Renner<br>1100 St. Joseph Drive<br>Fortuna, CA 95540 | 53,217.81 |
| 6/3/05 | 6/3/10 | CC | 3032 | Tyson Boynton<br>610 Dillon Rd<br>Ferndale, CA 95536-9505 | 2,718.43 |

| **GRAND TOTAL** | | | | | **$3,615,659.63** |
|---|---|---|---|---|---|

Case: 09-11078   Doc# 85-7   Filed: 05/27/09   Entered: 05/27/09 21:18:22   Page 10 of 10