UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

EXHIBIT 3B

PAYMENTS TO CREDITORS WITHIN THE LAST 90 DAYS

II. Salaried Payroll Check Register

05 Payroll Account

| -------- EMPLOYEE -------- | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| 61 - 1352 LUIS A ARCEO | 1/23/09 | 209.96 | 26455 |
| | TOTAL | 209.96 * | |

SUMMARY

| BEGINNING CHECK NUMBER | 0000026455 |
|---|---|
| ENDING CHECK NUMBER | 26455 |
| NUMBER OF CHECKS ISSUED | 1 |
| NUMBER OF VOID CHECKS | 0 |
| NUMBER TOTAL AMOUNT ISSUED | $209.96 |

05 Payroll Account

| | EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|---|
| 60 - | | | | |
| 91 | LAWRENCE W ALBIN | 1/23/09 | 1,425.10 | 26360 |
| 59 | KIRSTEN C BALDWIN | 1/23/09 | 959.13 | 26361 |
| 1336 | TRAVIS E BETTS | 1/23/09 | 2,178.19 | 26362 |
| 4 | TRACY L BLACK | 1/23/09 | 2,105.29 | 26363 |
| 21 | MICHAEL CALLIHAN | 1/23/09 | 3,223.07 | 26364 |
| 1343 | KERI D DOUGLAS | 1/23/09 | 1,751.98 | 26365 |
| 24 | JACKIE D ELDRIDGE | 1/23/09 | 1,523.36 | 26366 |
| 66 | TERRI B FISHER | 1/23/09 | 1,546.87 | 26367 |
| 3 | ROBERT GHILARDUCCI | 1/23/09 | 5,667.44 | 26368 |
| 121 | GARY W GREEN | 1/23/09 | 2,395.94 | 26369 |
| 1347 | LEN A MAYER | 1/23/09 | 4,107.26 | 26370 |
| 1355 | NATHSAN RAMASWAMY | 1/23/09 | 3,019.84 | 26371 |
| 5 | ANTHONY J TITUS | 1/23/09 | 2,723.70 | 26372 |
| 27 | CRAIG P VEVODA | 1/23/09 | 1,811.80 | 26373 |
| 28 | RENAE M WILL | 1/23/09 | 2,819.39 | 26374 |
| | | TOTAL | 37,848.36 | * |
| 61 - | | | | |
| 1352 | LUIS A ARCEO | 1/23/09 | 553.17 | 26375 |
| 1349 | SAUL O CANSECO | 1/23/09 | 1,306.69 | 26376 |
| 48 | SHEILA CRANDELL | 1/23/09 | 2,714.61 | 26377 |
| 57 | GEORGE C DEMARS | 1/23/09 | 3,153.96 | 26378 |
| 47 | ORLANDO R GIANNINI, JR | 1/23/09 | 923.40 | 26379 |
| 140 | TODD E HAYES | 1/23/09 | 149.98 | 26380 |
| 153 | MARCO F MANZO | 1/23/09 | 110.97 | 26381 |
| 184 | SAILESH NARAYAN | 1/23/09 | 3,117.97 | 26382 |
| 1354 | KEVIN M O'SULLIVAN | 1/23/09 | 1,444.89 | 26383 |
| 1348 | SARAH J RENNER | 1/23/09 | 1,582.88 | 26384 |
| 1346 | JEFFREY M SUSSMAN | 1/23/09 | 4,583.31 | 26385 |
| | | TOTAL | 21,550.94 | * |
| 62 - | | | | |
| 11 | JESSIE R COLEMAN | 1/23/09 | 982.55 | 26386 |
| 1351 | SARAH J GLEATON | 1/23/09 | 941.69 | 26387 |
| 12 | TAMI J SCHLEEF | 1/23/09 | 1,758.59 | 26388 |
| | | TOTAL | 3,682.83 | * |
| 63 - | | | | |
| 93 | WALTER J CHALTON | 1/23/09 | 2,147.79 | 26389 |
| 41 | JOHN T MINKEMA | 1/23/09 | 1,524.45 | 26390 |
| 46 | TIMOTHY T TREASLEY | 1/23/09 | 1,992.06 | 26391 |
| | | TOTAL | 5,664.30 | * |
| 66 - | | | | |
| 1337 | KIMBERLY BLAKE | 1/23/09 | 994.96 | 26392 |
| 26 | PATTI L GLOVER | 1/23/09 | 951.50 | 26393 |
| 1345 | CATRINA N MEDINA | 1/23/09 | 912.76 | 26394 |
| 1342 | CHRISTINE M TOGNETTI | 1/23/09 | 904.44 | 26395 |
| 1338 | COURTNEY A YATES | 1/23/09 | 896.92 | 26396 |
| | | TOTAL | 4,660.58 | * |

05 Payroll Account

| EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| 66 — | | | |
| 69 — | | | |
| 51 PAUL ADAMS | 1/23/09 | 2,288.11 | 26397 |
| 119 MATTHEW K BETTIGA | 1/23/09 | 2,326.70 | 26398 |
| 30 JESSE CHITTENDEN | 1/23/09 | 2,248.27 | 26399 |
| 83 JOANN L COMALLI | 1/23/09 | 1,393.65 | 26400 |
| 9 RICK D DEWBERRY | 1/23/09 | 1,809.32 | 26401 |
| 68 TODD M MIKKELSEN | 1/23/09 | 1,448.95 | 26402 |
| 18 ROBERT H MIRANDA | 1/23/09 | 1,611.79 | 26403 |
| 113 JAMES E REEVES | 1/23/09 | 1,258.15 | 26404 |
| 138 TRAVIS M VICTORINE | 1/23/09 | 1,578.79 | 26405 |
| 1335 KEVIN L WRIGHT | 1/23/09 | 1,508.48 | 26406 |
| | TOTAL | 16,278.21 * | |
| 70 — | | | |
| 718 MANUEL R CASTANEDA | 1/23/09 | 1,075.91 | 26407 |
| 716 STEVE R CORREA | 1/23/09 | 1,133.82 | 26408 |
| 706 TIM HERNANDEZ | 1/23/09 | 1,008.33 | 26409 |
| 705 PABLO M TORRES | 1/23/09 | 1,599.20 | 26410 |
| | TOTAL | 4,817.26 * | |
| 80 — | | | |
| 1356 KEVIN D CREVISTON | 1/23/09 | 2,624.84 | 26411 |
| 73 RICHARD M HEREDIA | 1/23/09 | 1,411.33 | 26412 |
| 1350 STEVEN D LOPEZ | 1/23/09 | 2,013.18 | 26413 |
| | TOTAL | 6,049.35 * | |

SUMMARY

BEGINNING CHECK NUMBER    0000026360
ENDING CHECK NUMBER           26413
NUMBER OF CHECKS ISSUED       54
NUMBER OF VOID CHECKS         0
TOTAL AMOUNT ISSUED      $100,551.83

SALARIED PAYROLL CHECK REGISTER      PPE DATE 01/31/09                    PR1700R          2/06/09  PAGE  1
                                                                                                    11:18:26

05 Payroll Account

| ----------- EMPLOYEE ----------- | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
| --- | --- | --- | --- |
| 62  - 1351 TARAH D GLEATON | | | |
| | 2/10/09 | 205.38 | 26629 |
| | TOTAL | 205.38  * | |

SUMMARY

BEGINNING CHECK NUMBER    0000026629
ENDING CHECK NUMBER          26629
NUMBER OF CHECKS ISSUED         1
NUMBER OF VOID CHECKS           0
        TOTAL AMOUNT ISSUED            $205.38

Humboldt Creamery

PAYROLL VOID CHECK REGISTER     PR2110R     RUN DATE  2/12/09 14.20.52     PAGE     1

| EMP# | EMPLOYEE NAME | ORIGINAL CHECK DATE | CHECK AMOUNT | CHECK NUMBER | | VOID CHECK DATE |
|------|---------------|---------------------|--------------|--------------|--------|-----------------|
| 11 | JESSIE R COLEMAN | 2/10/09 | 982.55- | 0000026569 | *VOID* | 2/10/09 |
| | | *** TOTAL *** | 982.55-* | | | |

Humboldt Creamery            SALARIED PAYROLL CHECK REGISTER      PFE DATE 02/15/09

05 Payroll Account

| ------ EMPLOYEE ------ | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| 62 - 11 JESSIE R COLEMAN | 2/13/09 | 809.40 | 26719 |
| | TOTAL | 809.40 * | |

SUMMARY

BEGINNING CHECK NUMBER      0000026719
ENDING  CHECK NUMBER             26719
NUMBER OF CHECKS ISSUED             1
NUMBER OF VOID CHECKS              0
       TOTAL AMOUNT ISSUED     $809.40

SALARIED PAYROLL CHECK REGISTER        PPE DATE 02/28/09

05 Payroll Account

------------------ EMPLOYEE ------------------

| | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| 69 - 83 JOANN L COMALLI | 2/20/09 | 1,393.65 | 26895 |
| | TOTAL | 1,393.65 * | |

SUMMARY

| | | |
|---|---|---|
| BEGINNING CHECK NUMBER | 0000026895 | |
| ENDING CHECK NUMBER | 26895 | |
| NUMBER OF CHECKS ISSUED | 1 | |
| NUMBER OF VOID CHECKS | 0 | |
| TOTAL AMOUNT ISSUED | $1,393.65 | |

Humboldt Creamery                    SALARIED PAYROLL CHECK REGISTER           PPE DATE 01/31/09                              PR1700R          2/25/09  PAGE   1
                                                                                                                                                        13:21:24
                                     05 Payroll Account

-------------- EMPLOYEE ----------------                          CHECK              CHECK               CHECK
                                                                 DATE                AMOUNT              NUMBER
--------------                       ----------------

83 JOANN L COMALLI                                               2/10/09            1,393.65-            26583  *VOID*
                                                   TOTAL                                .00  *

   SUMMARY          BEGINNING CHECK NUMBER          000002658
                    ENDING CHECK NUMBER                  26583
                    NUMBER OF CHECKS ISSUED                  0
                    NUMBER OF VOID CHECKS                   1
                            TOTAL AMOUNT ISSUED            $.00
                            TOTAL AMOUNT VOIDED      $1,393.65-
                                  FINAL TOTAL       $1,393.65-

05 Payroll Account

| | EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|---|
| 60 – | | | | |
| 91 | LAWRENCE W ALBIN | 2/10/09 | 1,425.10 | 26544 |
| 59 | KIRSTEN C BALDWIN | 2/10/09 | 959.13 | 26545 |
| 1336 | TRAVIS E BETTS | 2/10/09 | 2,178.19 | 26546 |
| 4 | TRACY L BLACK | 2/10/09 | 3,223.07 | 26547 |
| 21 | MICHAEL CALLIHAN | 2/10/09 | 1,827.57 | 26548 |
| 1343 | KERI D DOUGLAS | 2/10/09 | 1,523.36 | 26549 |
| 24 | JACKIE D ELDRIDGE | 2/10/09 | 1,546.87 | 26550 |
| 66 | TERRI D FISHER | 2/10/09 | 577.44 | 26551 |
| 3 | RICH D GHILARDUCCI | 2/10/09 | 5,395.94 | 26552 |
| 121 | GARY W GREEN | 2/10/09 | 3,924.37 | 26553 |
| 1347 | LEN A MAYER | 2/10/09 | 2,250.56 | 26554 |
| 1355 | NATESAN RAMASWAMY | 2/10/09 | 2,723.70 | 26555 |
| 27 | ANTHONY J TITUS | 2/10/09 | 3,811.39 | 26556 |
| 28 | CRAIG P VEVODA | 2/10/09 | | 26557 |
| | RENAE M WILL | 2/10/09 | | 26558 |
| | | TOTAL | 36,971.78 * | |
| 61 – | | | | |
| 1349 | SAUL O CANSECO | 2/10/09 | 1,306.61 | 26559 |
| 48 | SHEILA CRANDELL | 2/10/09 | 941.59 | 26560 |
| 59 | GEORGE C DEMARS | 2/10/09 | 3,153.96 | 26561 |
| 47 | ORLANDO R GIANNINI, JR | 2/10/09 | 923.40 | 26562 |
| 1340 | DAVID K HAYES | 2/10/09 | 926.71 | 26563 |
| 1353 | MARCO P MANZO | 2/10/09 | 1,055.65 | 26564 |
| 84 | SRINIVESH NARAYAN | 2/10/09 | 3,477.97 | 26565 |
| 154 | KEVIN M O'SULLIVAN | 2/10/09 | 1,444.89 | 26566 |
| 1348 | SARAH J RENNER | 2/10/09 | 1,582.88 | 26567 |
| 1346 | JEFFREY M SUSSMAN | 2/10/09 | 4,583.31 | 26568 |
| | | TOTAL | 20,810.07 * | |
| 62 – | | | | |
| 11 | JESSIE R COLEMAN | 2/10/09 | 982.55 | 26569 |
| 1351 | TARAH D GLEATON | 2/10/09 | 941.59 | 26570 |
| 12 | TAMI J SCHLEEF | 2/10/09 | 1,758.69 | 26571 |
| | | TOTAL | 3,682.83 * | |
| 63 – | | | | |
| 93 | WALTER J CHALTON | 2/10/09 | 2,147.79 | 26572 |
| 41 | JOHN T MINKEMA | 2/10/09 | 1,524.45 | 26573 |
| 46 | TIMOTHY T TEASLEY | 2/10/09 | 1,991.06 | 26574 |
| | | TOTAL | 5,664.30 * | |
| 66 – | | | | |
| 1337 | KIMBERLY BLAKE | 2/10/09 | 928.56 | 26575 |
| 26 | BRETT L GLOVER | 2/10/09 | 889.44 | 26576 |
| 1345 | CATRINA N MEDINA | 2/10/09 | 899.44 | 26577 |
| 1342 | CHRISTINE M TOGNETTI | 2/10/09 | 870.96 | 26578 |
| 1338 | COURTNEY A YATES | 2/10/09 | 776.26 | 26579 |
| | | TOTAL | 4,365.67 * | |

05 Payroll Account

| | | -------- EMPLOYEE ------- | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|---|---|
| 66 | - | | | | |
| 69 | - | | | | |
| | 51 | PAUL ADAMS | 2/10/09 | 2,288.11 | 26580 |
| | 119 | MATTHEW K BETTIGA | 2/10/09 | 1,296.70 | 26581 |
| | 30 | JESSE CHITTENDEN | 2/10/09 | 2,248.27 | 26582 |
| | 83 | JOANN L COWALLI | 2/10/09 | 1,393.65 | 26583 |
| | 9 | RICK D DEWBERRY | 2/10/09 | 1,809.32 | 26584 |
| | 68 | TODD M MIKKELSEN | 2/10/09 | 1,448.79 | 26585 |
| | 118 | ROBERT T MIRANDA | 2/10/09 | 1,457.95 | 26586 |
| | 113 | JAMES E REEVES | 2/10/09 | 1,451.15 | 26587 |
| | 138 | TRAVIS M VICTORINE | 2/10/09 | 1,578.79 | 26588 |
| | 1335 | KEVIN L WRIGHT | 2/10/09 | 1,508.48 | 26589 |
| | | | TOTAL | 16,278.21 * | |
| 70 | - | | | | |
| | 718 | MANUEL R CASTANEDA | 2/10/09 | 1,028.50 | 26590 |
| | 716 | STEVE R CORREA | 2/10/09 | 1,089.23 | 26591 |
| | 706 | TIM HERNANDEZ | 2/10/09 | 988.96 | 26592 |
| | 705 | PABLO M TORRES | 2/10/09 | 1,599.20 | 26593 |
| | | | TOTAL | 4,705.89 * | |
| 80 | - | | | | |
| | 1356 | KEVIN D CREVISTON | 2/10/09 | 2,259.48 | 26594 |
| | 73 | RICHARD M HEREDIA | 2/10/09 | 1,411.33 | 26595 |
| | 1350 | STEVEN D LOPEZ | 2/10/09 | 1,807.85 | 26596 |
| | | | TOTAL | 5,478.66 * | |

SUMMARY

BEGINNING CHECK NUMBER        0000026544
ENDING CHECK NUMBER              26596
NUMBER OF CHECKS ISSUED            53
NUMBER OF VOID CHECKS               0
         TOTAL AMOUNT ISSUED       $97,957.41

05 Payroll Account

| EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| 60 - | | | |
| 91 LAWRENCE W ALBIN | 2/25/09 | 1,425.10 | 26720 |
| 59 KIRSTEN C BALDWIN | 2/25/09 | 959.13 | 26721 |
| 1336 TRAVIS E BETTS | 2/25/09 | 580.19 | 26722 |
| 4 TRACY L BLACK | 2/25/09 | 2,105.29 | 26723 |
| 21 MICHAEL CALLIHAN | 2/25/09 | 3,223.07 | 26724 |
| 1343 KERI D DOUGLAS | 2/25/09 | 1,827.57 | 26725 |
| 24 JACKIE D ELDRIDGE | 2/25/09 | 1,523.36 | 26726 |
| 65 KERRI J FISHER | 2/25/09 | 1,716.35 | 26727 |
| 3 RICKI D GHILARDUCCI | 2/25/09 | 5,717.78 | 26728 |
| 121 GARY W GREEN | 2/25/09 | 2,395.94 | 26729 |
| 1347 LEN A MAYER | 2/25/09 | 3,924.37 | 26730 |
| 1355 NATESAN RAMASWAMY | 2/25/09 | 3,019.84 | 26731 |
| 5 ANTHONY J TITUS | 2/25/09 | 2,783.20 | 26732 |
| 27 CRAIG P VEVODA | 2/25/09 | 3,860.24 | 26733 |
| 28 RENAE M WILL | 2/25/09 | 2,319.39 | 26734 |
| | TOTAL | 37,978.98 * | |
| 61 - | | | |
| 1349 SAUL O CANSECO | 2/25/09 | 1,306.69 | 26735 |
| 48 SHEILA CRANDELL | 2/25/09 | 2,714.61 | 26736 |
| 57 GEORGE C DEMARS | 2/25/09 | 3,153.96 | 26737 |
| 47 ORLANDO R GIANNINI, JR | 2/25/09 | 923.40 | 26738 |
| 1340 DAVID F HAYES | 2/25/09 | 926.71 | 26739 |
| 152 DAVID K MANZO | 2/25/09 | 1,117.97 | 26740 |
| 84 SAILESH NARAYAN | 2/25/09 | 1,444.89 | 26741 |
| 1354 KEVIN M O'SULLIVAN | 2/25/09 | 1,582.88 | 26742 |
| 1348 SARAH J RENNER | 2/25/09 | 4,583.31 | 26743 |
| 1346 JEFFREY M SUSSMAN | 2/25/09 | | 26744 |
| | TOTAL | 20,897.25 * | |
| 62 - | | | |
| 11 JESSIE R COLEMAN | 2/25/09 | 488.02 | 26745 |
| 1351 TARAH D GLEATON | 2/25/09 | 1,087.41 | 26746 |
| 12 TAMI J SCHLEBF | 2/25/09 | 1,758.69 | 26747 |
| | TOTAL | 3,334.12 * | |
| 63 - | | | |
| 93 WALTER J CHALTON | 2/25/09 | 2,147.79 | 26748 |
| 1 JOHN T MINKEMA | 2/25/09 | 1,594.45 | 26749 |
| 46 TIMOTHY T TEASLEY | 2/25/09 | 1,922.06 | 26750 |
| | TOTAL | 5,664.30 * | |
| 66 - | | | |
| 1337 KIMBERLY BLAKE | 2/25/09 | 912.35 | 26751 |
| 26 PATI L GLOVER | 2/25/09 | 899.75 | 26752 |
| 1345 CATRINA N MEDINA | 2/25/09 | 832.93 | 26753 |
| 1342 CHRISTINE M TOGNETTI | 2/25/09 | 824.85 | 26754 |
| 1338 COURTNEY A YATES | 2/25/09 | 782.62 | 26755 |
| | TOTAL | 4,252.78 * | |

05 Payroll Account

| ------- EMPLOYEE ------- | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| **66 -** | | | |
| **69 -** | | | |
| 51 PAUL ADAMS | 2/25/09 | 2,288.11 | 26756 |
| 119 MATTHEW K BETTIGA | 2/25/09 | 2,326.70 | 26757 |
| 30 JESSE CHITTENDEN | 2/25/09 | 2,248.27 | 26758 |
| 83 JOANN L COMALLI | 2/25/09 | 1,393.65 | 26759 |
| 9 RICK D DEWBERRY | 2/25/09 | 1,809.32 | 26760 |
| 68 TODD M MIKKELSEN | 2/25/09 | 1,448.79 | 26761 |
| 18 ROBERT T MIRANDA | 2/25/09 | 1,411.95 | 26762 |
| 113 JAMES E REEVES | 2/25/09 | 1,258.15 | 26763 |
| 138 TRAVIS M VICTORINE | 2/25/09 | 1,578.79 | 26764 |
| 1335 KEVIN L WRIGHT | 2/25/09 | 1,508.48 | 26765 |
| | TOTAL | 16,278.21 * | |
| **70 -** | | | |
| 718 MANUEL R CASTANEDA | 2/25/09 | 1,054.84 | 26766 |
| 716 STEVE R CORREA | 2/25/09 | 966.94 | 26767 |
| 706 TIM HERNANDEZ | 2/25/09 | 867.48 | 26768 |
| 705 PABLO M TORRES | 2/25/09 | 599.20 | 26769 |
| | TOTAL | 4,488.46 * | |
| **80 -** | | | |
| 1356 KEVIN D CREVISTON | 2/25/09 | 2,624.84 | 26770 |
| 73 RICHARD M HEREDIA | 2/25/09 | 1,411.33 | 26771 |
| 1350 STEVEN D LOPEZ | 2/25/09 | 1,807.85 | 26772 |
| | TOTAL | 5,844.02 * | |

SUMMARY

| | |
|---|---|
| BEGINNING CHECK NUMBER | 0000026720 |
| ENDING CHECK NUMBER | 26772 |
| NUMBER OF CHECKS ISSUED | 53 |
| NUMBER OF VOID CHECKS | 50 |
| TOTAL AMOUNT ISSUED | 0    $98,738.12 |

05 Payroll Account

| ----------- EMPLOYEE ----------- | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| 3 RICH D GHILARDUCCI | 3/10/09 | 5,757.44- | 27035   *VOID* |
| | TOTAL | .00 * | |

SUMMARY

| | |
|---|---|
| BEGINNING CHECK NUMBER | 0000027035 |
| ENDING CHECK NUMBER | 27035 |
| NUMBER OF CHECKS ISSUED | 0 |
| NUMBER OF VOID CHECKS | 1 |
| TOTAL AMOUNT ISSUED | $.00 |
| TOTAL AMOUNT VOIDED | $5,757.44- |
| FINAL TOTAL | $5,757.44- |

| | EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|---|
| 60 - | | | | |
| 91 | LAWRENCE W ALBIN | 3/10/09 | 1,425.10 | 27027 |
| 59 | KIRSTEN C BALDWIN | 3/10/09 | 959.13 | 27028 |
| 1336 | TRAVIS E BETTS | 3/10/09 | 2,108.19 | 27029 |
| 4 | TRACY L BLACK | 3/10/09 | 1,105.12 | 27030 |
| 21 | MICHAEL CALLIHAN | 3/10/09 | 1,223.07 | 27031 |
| 1343 | KERI D DOUGLAS | 3/10/09 | 1,827.57 | 27032 |
| 24 | JACKIE D ELDRIDGE | 3/10/09 | 1,523.36 | 27033 |
| 66 | PERRI E FISHER | 3/10/09 | 1,756.35 | 27034 |
| 3 | RICH D GILARDUCCI | 3/10/09 | 5,771.44 | 27035 |
| 121 | GARY W GREEN | 3/10/09 | 2,395.94 | 27036 |
| 1347 | LEN A MAYER | 3/10/09 | 3,924.37 | 27037 |
| 1355 | NATESAN RAMASWAMY | 3/10/09 | 3,019.84 | 27038 |
| 5 | ANTHONY J TITTUS | 3/10/09 | 2,783.70 | 27039 |
| 27 | CRAIG P VEVODA | 3/10/09 | 3,883.24 | 27040 |
| 28 | RENAE M WILL | 3/10/09 | 2,319.39 | 27041 |
| | | TOTAL | 37,978.98 * | |
| 61 - | | | | |
| 1349 | SAUL O CANSECO | 3/10/09 | 1,306.69 | 27042 |
| 48 | SHEILA CRANDELL | 3/10/09 | 2,714.61 | 27043 |
| 57 | GEORGE C DEMARS | 3/10/09 | 153.96 | 27044 |
| 147 | ORLANDO R GIANNINI, JR | 3/10/09 | 923.40 | 27045 |
| 1340 | DAVID K HAYES | 3/10/09 | 926.71 | 27046 |
| 153 | MARCO P MANZO | 3/10/09 | 96.64 | 27047 |
| 84 | SATLESH NARAYAN | 3/10/09 | 3,117.97 | 27048 |
| 1354 | KEVIN M O'SULLIVAN | 3/10/09 | 1,444.89 | 27049 |
| 1348 | SARAH J RENNER | 3/10/09 | 1,582.88 | 27050 |
| 1346 | JEFFREY M SUSSMAN | 3/10/09 | 4,583.31 | 27051 |
| | | TOTAL | 20,731.06 * | |
| 62 - | | | | |
| 11 | JESSIE R COLEMAN | 3/10/09 | 488.02 | 27052 |
| 1351 | TARAH D GLEATON | 3/10/09 | 1,087.41 | 27053 |
| 12 | TAMI J SCHLEBF | 3/10/09 | 1,758.69 | 27054 |
| | | TOTAL | 3,334.12 * | |
| 63 - | | | | |
| 93 | WALTER J CHALTON | 3/10/09 | 2,147.79 | 27055 |
| 41 | JOHN T MINKEMA | 3/10/09 | 1,994.06 | 27056 |
| 46 | TIMOTHY T TEASLEY | 3/10/09 | 1,522.45 | 27057 |
| | | TOTAL | 5,664.30 * | |
| 66 - | | | | |
| 1337 | KIMBERLY BLAKE | 3/10/09 | 875.41 | 27058 |
| 1326 | PATTI L GLOVER | 3/10/09 | 841.40 | 27059 |
| 1345 | CATRINA N MEDINA | 3/10/09 | 813.49 | 27060 |
| 1342 | CHRISTINE M TOGNETTI | 3/10/09 | 785.53 | 27061 |
| 1338 | COURTNEY A YATES | 3/10/09 | 740.63 | 27062 |
| | | TOTAL | 4,056.46 * | |

05 Payroll Account

|  | EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|---|
| 66 - | | | | |
| 69 - | | | | |
| 51 | PAUL ADAMS | 3/10/09 | 2,288.11 | 27063 |
| 119 | MATTHEW K BETTIGA | 3/10/09 | 1,226.70 | 27064 |
| 30 | JESSE CHITTENDEN | 3/10/09 | 2,248.27 | 27065 |
| 83 | JOANN L COMALLI | 3/10/09 | 1,393.65 | 27066 |
| 9 | RICK D DEWBERRY | 3/10/09 | 1,809.32 | 27067 |
| 68 | TODD M MIKKELSEN | 3/10/09 | 1,448.79 | 27068 |
| 18 | ROBERT T MIRANDA | 3/10/09 | 1,417.95 | 27069 |
| 113 | JAMES E REEVES | 3/10/09 | 1,258.15 | 27070 |
| 138 | TRAVIS M VICTORINE | 3/10/09 | 1,578.79 | 27071 |
| 1335 | KEVIN L WRIGHT | 3/10/09 | 1,508.48 | 27072 |
| | | TOTAL | 16,278.21 * | |
| 70 - | | | | |
| 718 | MANUEL R CASTANEDA | 3/10/09 | 1,065.98 | 27073 |
| 716 | STEVE R CORREA | 3/10/09 | 1,138.14 | 27074 |
| 706 | TIM HERNANDEZ | 3/10/09 | 895.71 | 27075 |
| 705 | PABLO M TORRES | 3/10/09 | 1,559.20 | 27076 |
| | | TOTAL | 4,659.03 * | |
| 80 - | | | | |
| 1356 | KEVIN D CREVISTON | 3/10/09 | 2,624.84 | 27077 |
| 73 | RICHARD M HEREDIA | 3/10/09 | 1,411.33 | 27078 |
| 1350 | STEVEN D LOPEZ | 3/10/09 | 1,807.85 | 27079 |
| | | TOTAL | 5,844.02 * | |

SUMMARY

BEGINNING CHECK NUMBER      0000027027
ENDING CHECK NUMBER          27079
NUMBER OF CHECKS ISSUED        53
NUMBER OF VOID CHECKS          0
       TOTAL AMOUNT ISSUED     $98,586.18

| | EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|---|
| 60 | | | | |
| 91 | LAWRENCE W ALBIN | 3/25/09 | 1,425.10 | 28140 |
| 59 | KIRSTEN C BALDWIN | 3/25/09 | 959.13 | 28141 |
| 1336 | TRAVIS E BETTS | 3/25/09 | 2,178.19 | 28142 |
| 4 | TRACY L BLACK | 3/25/09 | 2,103.29 | 28143 |
| 24 | MICHAEL CALLIHAN | 3/25/09 | 1,223.07 | 28144 |
| 1343 | KERI D DOUGLAS | 3/25/09 | 1,827.57 | 28145 |
| 24 | JACKIE D ELDRIDGE | 3/25/09 | 1,523.36 | 28146 |
| 66 | TERRI E FISHER | 3/25/09 | 1,716.35 | 28147 |
| 121 | GARY W GREEN | 3/25/09 | 2,324.94 | 28148 |
| 1347 | LEN A MAYER | 3/25/09 | 2,324.37 | 28149 |
| 1355 | NATESAN RAMASWAMY | 3/25/09 | 3,019.84 | 28150 |
| 5 | ANTHONY J TITUS | 3/25/09 | 2,723.70 | 28151 |
| 27 | CRAIG P VEVODA | 3/25/09 | 3,880.24 | 28152 |
| 28 | RENAE M WILL | 3/25/09 | 2,319.39 | 28153 |
| | | TOTAL | 32,221.54 * | |
| 61 | | | | |
| 1349 | SAUL O CANSECO | 3/25/09 | 1,306.69 | 28154 |
| 48 | SHEILA CRANDELL | 3/25/09 | 2,714.61 | 28155 |
| 57 | GEORGE C DEMARS | 3/25/09 | 3,353.40 | 28156 |
| 1341 | ORLANDO R GIANNINI, JR | 3/25/09 | 926.71 | 28157 |
| 1340 | DAVID K HAYES | 3/25/09 | 963.68 | 28158 |
| 1353 | MARCO P MANZO | 3/25/09 | 3,117.97 | 28159 |
| 84 | SAILESH NARAYAN | 3/25/09 | 1,542.89 | 28160 |
| 1354 | KEVIN M O'SULLIVAN | 3/25/09 | 1,583.88 | 28161 |
| 1344 | SARAH J RENNER | 3/25/09 | 4,583.31 | 28162 |
| 1346 | JEFFREY M SUSSMAN | 3/25/09 | | 28163 |
| | | TOTAL | 20,718.10 * | |
| 62 | | | | |
| 11 | JESSIE R COLEMAN | 3/25/09 | 409.72 | 28164 |
| 1351 | TARAH D GLEATON | 3/25/09 | 1,087.41 | 28165 |
| 12 | TAMI J SCHLEEF | 3/25/09 | 1,758.69 | 28166 |
| | | TOTAL | 3,255.82 * | |
| 63 | | | | |
| 93 | WALTER J CHALTON | 3/25/09 | 2,147.79 | 28167 |
| 41 | JOHN T MINKEMA | 3/25/09 | 1,524.45 | 28168 |
| 46 | TIMOTHY T TEASLEY | 3/25/09 | 1,992.06 | 28169 |
| | | TOTAL | 5,664.30 * | |
| 66 | | | | |
| 1337 | KIMBERLY BLAKE | 3/25/09 | 915.75 | 28170 |
| 26 | PATI L GLOVER | 3/25/09 | 887.09 | 28171 |
| 1345 | CATRINA N MEDINA | 3/25/09 | 909.07 | 28172 |
| 1342 | CHRISTINE M TOGNETTI | 3/25/09 | 819.48 | 28173 |
| 1338 | COURTNEY A YATES | 3/25/09 | 775.01 | 28174 |
| | | TOTAL | 4,306.40 * | |
| 69 | | | | |
| 51 | PAUL ADAMS | 3/25/09 | 2,288.11 | 28175 |

13 Coast Central - P/R

| | EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|---|
| 69 - | | | | |
| 119 | MATTHEW K BETTIGA | 3/25/09 | 1,326.70 | 28176 |
| 30 | JESSE CHITTENDEN | 3/25/09 | 2,248.27 | 28177 |
| 83 | JOANN L COMALLI | 3/25/09 | 1,339.65 | 28178 |
| 9 | RICK D DEBERRY | 3/25/09 | 1,893.32 | 28179 |
| 68 | TODD M MIKKELSEN | 3/25/09 | 1,448.79 | 28180 |
| 18 | ROBERT T MIRANDA | 3/25/09 | 1,417.95 | 28181 |
| 113 | JAMES B REEVES | 3/25/09 | 1,258.15 | 28182 |
| 138 | TRAVIS M VICTORINE | 3/25/09 | 1,578.79 | 28183 |
| 1335 | KEVIN L WRIGHT | 3/25/09 | 1,578.48 | 28184 |
| | | TOTAL | 16,278.21 * | |
| 70 - | | | | |
| 718 | MANUEL R CASTANEDA | 3/25/09 | 1,024.08 | 28185 |
| 716 | STEVE R CORREA | 3/25/09 | 1,014.79 | 28186 |
| 706 | TIM HERNANDEZ | 3/25/09 | 1,092.39 | 28187 |
| 705 | PABLO M TORRES | 3/25/09 | 1,599.20 | 28188 |
| | | TOTAL | 4,730.46 * | |
| 80 - | | | | |
| 1356 | KEVIN D CREVISTON | 3/25/09 | 2,624.84 | 28189 |
| 73 | RICHARD M HEREDIA | 3/25/09 | 1,411.33 | 28190 |
| 1350 | STEVEN D LOPEZ | 3/25/09 | 1,807.85 | 28191 |
| | | TOTAL | 5,844.02 * | |

SUMMARY

| | |
|---|---|
| BEGINNING CHECK NUMBER | 0000028140 |
| ENDING CHECK NUMBER | 28191 |
| NUMBER OF CHECKS ISSUED | 52 |
| NUMBER OF VOID CHECKS | 0 |
| TOTAL AMOUNT ISSUED | $93,018.85 |

Humboldt Creamery          SALARIED PAYROLL CHECK REGISTER          PPE DATE 03/31/09

13 Coast Central - P/R

------- EMPLOYEE -------

|  | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| 1335 KEVIN L WRIGHT | 4/10/09 | 1,493.48- | 28394 *VOID* |
|  | TOTAL | .00 * |  |

SUMMARY

| BEGINNING CHECK NUMBER | 0000028394 |
| ENDING CHECK NUMBER | 28394 |
| NUMBER OF CHECKS ISSUED | 0 |
| NUMBER OF VOID CHECKS | 1 |
| TOTAL AMOUNT ISSUED | $.00 |
| TOTAL AMOUNT VOIDED | $1,493.48- |
| TOTAL FINAL TOTAL | $1,493.48- |

13 Coast Central - P/R

| ---------- EMPLOYEE ---------- | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| 69  -  1335 KEVIN L WRIGHT | 4/10/09 | 1,508.49 | 28402 |
|  | TOTAL | 1,508.49 * |  |

SUMMARY

| BEGINNING CHECK NUMBER | 0000028402 |
| ENDING CHECK NUMBER | 28402 |
| NUMBER OF CHECKS ISSUED | 1 |
| NUMBER OF VOID CHECKS | 0 |
| TOTAL AMOUNT ISSUED | $1,508.49 |

13 Coast Central - P/R

| EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| **60 -** | | | |
| 91 LAWRENCE W ALBIN | 4/10/09 | 1,425.10 | 28349 |
| 59 KIRSTEN C BALDWIN | 4/10/09 | 959.13 | 28350 |
| 1336 TRAVIS E BETTS | 4/10/09 | 2,105.19 | 28351 |
| 4 TRACY L BLACK | 4/10/09 | 1,105.29 | 28352 |
| 21 MICHAEL CALLIHAN | 4/10/09 | 3,223.07 | 28353 |
| 1343 KERI D DOUGLAS | 4/10/09 | 1,827.57 | 28354 |
| 24 JACKIE D KELDRIDGE | 4/10/09 | 1,615.85 | 28355 |
| 65 GABRIEL D FISHER | 4/10/09 | 2,736.94 | 28356 |
| 121 GARY W GREEN | 4/10/09 | 1,736.34 | 28357 |
| 1347 LEN A MAYER | 4/10/09 | 3,924.37 | 28358 |
| 1355 NATESAN RAMASWAMY | 4/10/09 | 3,019.84 | 28359 |
| 5 ANTHONY J TITUS | 4/10/09 | 2,723.70 | 28360 |
| 27 CRAIG P VEVODA | 4/10/09 | 2,810.39 | 28361 |
| 28 RENAE M WILL | 4/10/09 | 2,611.33 | 28362 |
| TOTAL | | 32,314.03 * | |
| **61 -** | | | |
| 1352 LUIS A ARCEO | 4/10/09 | 1,028.38 | 28363 |
| 1349 SAUL O CANSECO | 4/10/09 | 1,306.69 | 28364 |
| 48 SHEILA CRANDELL | 4/10/09 | 2,714.61 | 28365 |
| 57 GEORGE C DEMARS | 4/10/09 | 3,153.96 | 28366 |
| 147 ORLANDO R GIANNINI, JR | 4/10/09 | 923.40 | 28367 |
| 1340 DAVID K HAYES | 4/10/09 | 1,534.12 | 28368 |
| 1353 MARCO P MANZO | 4/10/09 | 1,275.07 | 28369 |
| 84 SAILESH NARAYAN | 4/10/09 | 3,117.97 | 28370 |
| 1354 KEVIN M O'SULLIVAN | 4/10/09 | 1,444.89 | 28371 |
| 1348 SARAH J RENNER | 4/10/09 | 1,582.88 | 28372 |
| 1336 JEFFREY M SUSSMAN | 4/10/09 | 4,583.51 | 28373 |
| TOTAL | | 22,665.51 * | |
| **62 -** | | | |
| 11 JESSIE R COLEMAN | 4/10/09 | 686.29 | 28374 |
| 1351 TARAH D GLEATON | 4/10/09 | 1,987.41 | 28375 |
| 12 TAMI J SCHLEEF | 4/10/09 | 858.69 | 28376 |
| TOTAL | | 3,532.39 * | |
| **63 -** | | | |
| 93 WALTER J CHALTON | 4/10/09 | 2,147.79 | 28377 |
| 41 JOHN T MINKEMA | 4/10/09 | 1,524.45 | 28378 |
| 46 TIMOTHY T TEASLEY | 4/10/09 | 1,992.06 | 28379 |
| TOTAL | | 5,664.30 * | |
| **66 -** | | | |
| 1337 KIMBERLY BLAKE | 4/10/09 | 1,046.46 | 28380 |
| 26 PATI L GLOVER | 4/10/09 | 945.43 | 28381 |
| 1345 CATRINA N MEDINA | 4/10/09 | 1,035.33 | 28382 |
| 1342 CHRISTINE M TOGNETTI | 4/10/09 | 946.61 | 28383 |
| 1338 COURTNEY A YATES | 4/10/09 | 913.97 | 28384 |
| TOTAL | | 4,897.80 * | |

Humboldt Creamery
SALARIED PAYROLL CHECK REGISTER
PPE DATE 03/31/09
PR1700R
4/08/09   PAGE   2
13:45:14

13 Coast Central - P/R

| EMPLOYEE | CHECK DATE | CHECK AMOUNT | CHECK NUMBER |
|---|---|---|---|
| **66 -** | | | |
| **69 -** | | | |
| 51  PAUL ADAMS | 4/10/09 | 2,288.11 | 28385 |
| 119  MATTHEW K BETTIGA | 4/10/09 | 1,326.70 | 28386 |
| 30  JESSE CHITTENDEN | 4/10/09 | 2,248.27 | 28387 |
| 83  JOANN L COMALLI | 4/10/09 | 1,393.65 | 28388 |
| 9  RICK D DEWBERRY | 4/10/09 | 1,809.32 | 28389 |
| 68  TODD M MIKKELSEN | 4/10/09 | 1,448.77 | 28390 |
| 8  ROBERT M MIRANDA | 4/10/09 | 1,417.95 | 28391 |
| 113  JAMES E REEVES | 4/10/09 | 1,258.15 | 28392 |
| 138  TRAVIS M VICTORINE | 4/10/09 | 1,578.79 | 28393 |
| 1335  KEVIN L WRIGHT | 4/10/09 | 1,493.48 | 28394 |
| | TOTAL | 16,263.21  * | |
| **70 -** | | | |
| 718  MANUEL R CASTANEDA | 4/10/09 | 1,171.36 | 28395 |
| 716  STEVE R CORREA | 4/10/09 | 1,255.81 | 28396 |
| 706  TIM HERNANDEZ | 4/10/09 | 1,085.26 | 28397 |
| 705  PABLO M TORRES | 4/10/09 | 1,599.20 | 28398 |
| | TOTAL | 5,111.63  * | |
| **80 -** | | | |
| 1355  KEVIN D CREVISTON | 4/10/09 | 2,624.84 | 28399 |
| 73  RICHARD M HEREDIA | 4/10/09 | 1,411.33 | 28400 |
| 1350  STEVEN D LOPEZ | 4/10/09 | 1,807.85 | 28401 |
| | TOTAL | 5,844.02  * | |

SUMMARY

BEGINNING CHECK NUMBER      0000028349
ENDING CHECK NUMBER              28401
NUMBER OF CHECKS ISSUED             53
NUMBER OF VOID CHECKS                0
        TOTAL AMOUNT ISSUED     $96,282.89