Signed: June 05, 2009



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

_____

```
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
STEVEN B. SACKS,
Cal. Bar No. 98875
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Proposed Attorneys for HUMBOLDT
CREAMERY, LLC
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,<br><br>            Debtor.<br><br>Tax ID: 87-0736033 | Case No. 09-11078<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AS BANKRUPTCY REORGANIZATION COUNSEL**<br><br>[No hearing required] |

The Court having considered *Debtor's Application For Order Authorizing Employment Of Sheppard, Mullin, Richter & Hampton LLP As Bankruptcy Reorganization Counsel* (the "Application"), filed by the above-captioned debtor Humboldt Creamery, LLC, the debtor and debtor-in-possession in this case (the "Debtor"), and finding that notice of the Application was proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Debtor is authorized, pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a), to employ as its bankruptcy reorganization and general insolvency counsel, effective as of April 21, 2009, the law firm of Sheppard, Mullin, Richter & Hampton LLP, including its partners, associate attorneys, attorneys of counsel and legal assistants.

2. Compensation for Sheppard, Mullin, Richter & Hampton LLP shall be in such amounts and at such times as the Court may allow.

**\*\* END OF ORDER \*\***