Entered on Docket
June 11, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 11, 2009



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
STEVEN B. SACKS,
Cal. Bar No. 98875
ORI KATZ,
Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,

          Debtor.

Tax ID: 87-0736033

Case No. 09-11078

Chapter 11

**ORDER APPROVING AMENDED APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF DUFF & PHELPS AS INVESTMENT BANKER TO THE DEBTOR**

[No Hearing Required]

The Court having considered the *Amended Application For Order Authorizing Employment Of Duff & Phelps As Investment Banker To The Debtor* [Docket #98] (the "Application"), filed by Humboldt Creamery, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), all pleadings and evidence filed in connection therewith, and finding that notice of the Application is sufficient under the circumstances, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. Pursuant to Bankruptcy Code Section 327 and Bankruptcy Rule 2014(a), the Debtor is authorized to employ, effective as of April 21, 2009, Chanin Capital Partners, LLC and Duff & Phelps Securities, LLC (collectively, "Duff & Phelps") as the Debtor's exclusive investment banker and financial to provide the services described in the Application and on the terms and conditions set forth in the Application.

**\*\* END OF ORDER \*\***