```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431


Attorneys for Creditor, WESTERN
CONFERENCE OF TEAMSTERS PENSION
TRUST FUND
```

FILED
2009 JUN 10  AM 10: 18

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SANTA ROSA, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | NO. 09-11078 |
| HUMBOLDT CREAMERY, LLC, a Delaware limited liability company | Chapter 11 |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS |
| Tax ID: 87-0736033 | |

    Please take notice that the undersigned appears for the WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, a creditor and party in interest in these proceedings, and, pursuant to all applicable provisions of the Bankruptcy Code, the Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, requests that all notices given or required to be given be served on the undersigned.

Dated: June 9, 2009    ERSKINE & TULLEY
                              A PROFESSIONAL CORPORATION

                              By: _____
                                 Michael J. Carroll
                                 Attorneys for Creditor

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On June 9, 2009 I served the within NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS on the debtor's attorneys in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Sheppard, Mullin, Richter & Hampton
Michael H. Ahrens, Esq.
Steven B. Sacks, Esq.
Ori Katz, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2009 at San Francisco, California.

*Diane Andrade*
Diane Andrade