```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
 2    Including Professional Corporations
    MICHAEL H. AHRENS, Cal. Bar No. 44766
 3  STEVEN B. SACKS, Cal. Bar No. 98875
    ORI KATZ, Cal. Bar No. 209561
 4  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
 5  Telephone:    415-434-9100
    Facsimile:    415-434-3947
 6
    Attorneys for HUMBOLDT CREAMERY, LLC
 7
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-11078 |
| HUMBOLDT CREAMERY, LLC, a Delaware limited liability company | Chapter 11 |
| Debtor. | **SUPPLEMENT TO SCHEDULE F** |
| Tax ID: 87-0736033 | |

Humboldt Creamery, LLC, the debtor in the above-captioned case (the "Debtor") files this Supplement to Schedule F.  On May 27, 2009, the Debtor filed its statement of financial affairs and schedules of assets and liabilities.  Among other claims, Schedule F shows the total amount of the claims for the Debtor's vendors and trade creditors and refers to an exhibit titled as "Exhibit F3" for further details on these claims.  However, Exhibit F3 was inadvertently omitted when the Debtor's schedules were filed.  Accordingly, the Debtor files this supplement to which Exhibit F3 is attached.

Dated: June 17, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Ori Katz
ORI KATZ

Attorneys for debtor
HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS
## EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| A.E.P. CUSTOM FILMS, INC | $ 31,930.80 |
| A-1 SWEEPERS | $ 280.00 |
| AAA LEASES LLC | $ 55.00 |
| AARTMAN, JIM INC | $ 2,090.06 |
| ACTIVE RECYCLING CO, INC | $ 766.25 |
| ADCO SERVICES INC | $ 1,700.00 |
| ADT SECURITY SERVICES IN | $ 1,190.11 |
| ADVANTAGE WORKERS COMP I | $ 64,142.40 |
| AICCO | $ 16,364.12 |
| AIRGAS DRY ICE | $ 1,731.04 |
| AIRGAS SAFETY PRODUCTS | $ 745.67 |
| AKPHARMA INC | $ 116.80 |
| ALAMEDA INDUSTRIAL | $ 264.00 |
| ALEXANDRE, BLAKE | $ 400.00 |
| ALEXANDRE, LORETTA | $ 2,100.00 |
| ALL NATION SECURITY SERV | $ 29,827.20 |
| ALLSTAR DAIRY ASSOCIATIO | $ 125,005.28 |
| AMERI-SEAL INC | $ 9,038.93 |
| AMERICAN AGCREDIT | $ 17,407.68 |
| AMERICAN CHAIN & GEAR CO | $ 519.61 |
| AMERICAN HUMANE ASSOCIAT | $ 13,932.60 |
| AMERIPRIDE UNIFORM SERVI | $ 964.88 |
| ANDRONICO'S | $ 400.00 |
| APOLLO COMPUTER SYSTEMS | $ 2,546.71 |
| APPLIED INDUSTRIAL TECH | $ 8,080.30 |
| ARROWHEAD | $ 434.46 |
| ARROWHEAD PROMOTION | $ 4,257.27 |
| ARYA ICE CREAM DISTRIBUT | $ 2,486.00 |
| AT&T | $ 11,025.83 |
| AT&T INTERNET SERVICES | $ 1,074.40 |
| AT&T LONG DISTANCE | $ 1,118.03 |
| BARKER, GILBERT | $ 540.00 |
| BARTOW'S JEWELRY | $ 275.63 |
| BASIC CHEMICAL SOLUTIONS | $ 5,636.03 |
| BELTMANN GROUP INC | $ 636.81 |
| BERKELEY FARMS | $ 9,197.51 |
| BERRY PLASTICS CORPORATI | $ 137,146.64 |
| BEST WESTERN COUNTRY INN | $ 2,193.40 |
| BICOASTAL MEDIA GROUP | $ 150.00 |
| BINGHAM MCCUTCHEN LLP | $ 321,011.12 |
| BLIMLING & ASSOCIATES IN | $ 3,000.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS
## EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| BLOOMFIELD BAKERS | $ 17,640.00 |
| BOLD IMAGES | $ 291.51 |
| BOLMAN, WAYNE DIST | $ 4,294.95 |
| BOLMAN, WAYNE DIST | $ 8,723.01 |
| BROOKS, KAREN | $ 3,560.80 |
| BURR, PILGER & MAYER LLP | $ 24,317.00 |
| CA CERTIFIED ORGANIC FAR | $ 10,724.78 |
| CA CUSTOM CONTROLS | $ 305.00 |
| CA CUSTOM FRUITS & FLAVO | $ 6,928.70 |
| CA DAIRIES INC | $ 17,080.35 |
| CA DAIRY ENVIRONMENTAL | $ 1,837.71 |
| CA DEPT OF PUBLIC HEALTH | $ 3,485.00 |
| CA STATE BOARD OF EQUALI | $ 8,265.00 |
| CA STATE DEPT OF FOOD & | $ 1,368,857.12 |
| CA WATER SERVICE CO | $ 5,605.94 |
| CAFFE CLASSICO FOODS LLC | $ 9,090.00 |
| CAL CHAMBER OF COMMERCE | $ 176.56 |
| CAPITOL VIAL INC | $ 1,888.71 |
| CARGILL INC | $ 7,740.00 |
| CARY'S OF OREGON | $ 2,364.90 |
| CASHIER, DEPT OF FOOD & | $ 150.00 |
| CASHIER, FLD | $ 36.00 |
| CDFA 90102-A | $ 26,974.64 |
| CATALINA BALLAST & BULB, | $ 1,228.77 |
| CBIZ ACTUARIAL & BENEFIT | $ 2,200.00 |
| CCI-COOL CURTAIN | $ 641.10 |
| CEM CORPORATION | $ 2,149.80 |
| CENTRO PRINT SOLUTIONS | $ 112.38 |
| CENTURY MILL SUPPLY LTD | $ 919.95 |
| CERTIFIED FREIGHT LOGIST | $ 120,565.19 |
| CHALLENGE DAIRY PRODUCTS | $ (152.29) |
| CHALLENGE DAIRY - DUBLIN | $ 1,110.74 |
| CHEMICAL TRANSFER CO. IN | $ 834.38 |
| CHEP USA | $ 9,914.88 |
| CHINA BASIN BALLPARK CO. | $ 7,500.00 |
| CHOUINARD MYHRE INC | $ 1,915.36 |
| CITY OF HOPE | $ 10,000.00 |
| CLARION CONSTRUCTION INC | $ 330.00 |
| CLEANCOM, INC. | $ 1,195.05 |
| CLEANNET OF SOUTHERN CA, | $ 717.95 |
| CO-SALES SOUTHERN CALIFO | $ 20,264.28 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS

### EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| COAST CENTRAL CREDIT UNI | $ 175.70 |
| COASTAL BUSINESS SYSTEMS | $ 1,569.03 |
| COBANK | $ 2,500.00 |
| COBRA FIRE PROTECTION | $ 699.75 |
| COMPACTOR RENTAL SERVICE | $ 2,560.61 |
| COMPLETE WELDING & CUTTI | $ 278.32 |
| CON-WAY FREIGHT INC. | $ 263.32 |
| CONCORD DIVISION/TRI SAL | $ 2,451.40 |
| CONSOLIDATED CONTAINER C | $ 40,501.53 |
| CONSOLIDATED DISPOSAL SV | $ 4,328.97 |
| CONSULTANT ENVIRONMENTAL | $ 525.00 |
| COOK FLAVORING COMPANY | $ 4,032.00 |
| COVANCE | $ 422.00 |
| COVINGTON & BURLING | $ 145.67 |
| CREVISTON, KEVIN | $ 124.19 |
| CROWN EQUIPMENT CORPORAT | $ 89.67 |
| CRYSTAL SPRINGS WATER | $ 3,154.36 |
| CUSTOM SPRAYING INC | $ 1,400.00 |
| CUSTOMER TRUCK SERVICE | $ 67,623.60 |
| CUTTER LUMBER PRODUCTS | $ 10,456.53 |
| DAIRY FARMERS OF AMERICA | $ 8,531,737.20 |
| DAMERON HOSPITAL ASSOCIA | $ 63.50 |
| DANISCO USA | $ 20,422.80 |
| DAQOTA SYSTEMS INC | $ 15,806.29 |
| DAVIS FAMILY REVOCABLE | $ 1,050.00 |
| DAWN PRODUCTS INC | $ 7,222.22 |
| DAYMON WORLDWIDE | $ 11,744.56 |
| DCI BUILDERS | $ 3,737.73 |
| DE LAGE LANDEN FINANCIAL | $ 3,386.36 |
| DEJARNETT SALES INC | $ 37,778.50 |
| DEL REY CHEMICAL CO | $ 485.29 |
| DELL COMMERCIAL CREDIT | $ 309.88 |
| DENALI INGREDIENTS, LLC | $ 50,784.60 |
| DESIGN SERVICES | $ 1,253.84 |
| DMV RENEWAL | $ 1,682.00 |
| DOMINO AMJET INC | $ 4,682.67 |
| DON'S RENT ALL INC | $ 38.49 |
| DONA E. MENDES FAMILY TR | $ 350.00 |
| DQCI SERCVICES | $ 893.75 |
| DR BOBS HANDCRAFTED ICE | $ 5,636.00 |
| DREISBACH ENTERPRISES | $ 10,704.98 |

Case: 09-11078   Doc# 119   Filed: 06/17/09   Entered: 06/17/09 11:35:14   Page 5 of 15

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS

### EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| DREISBACH ENTERPRISES IN | $ 187,441.00 |
| DUN & BRADSTREET | $ 554.34 |
| E & L ELECTRIC INC | $ 2,471.68 |
| ECOLAB | $ 1,001.13 |
| ECOVAL DAIRY TRADE, INC. | $ 70,547.20 |
| EDGAR A WEBER & CO | $ 7,281.18 |
| EEL RIVER DISPOSAL CO | $ 517.62 |
| EEL RIVER DISPOSAL CO | $ 11,092.71 |
| EEL RIVER DISPOSAL CO | $ 1,688.75 |
| EMPLOYMENT DEVELOPMENT D | $ 9,947.51 |
| EOE BUSINESS SYSTEMS | $ 1,747.91 |
| ERGOMART | $ 453.60 |
| ESHA RESEARCH | $ 1,200.00 |
| EUREKA CHAMBER COMMERCE | $ 150.00 |
| EUREKA HUMBOLDT FIRE | $ 712.16 |
| EUREKA NATURAL FOODS | $ 240.00 |
| EUREKA OXYGEN COMPANY | $ 2,839.70 |
| EUREKA RUBBER STAMP | $ 9.76 |
| EVANS MECHANICAL INC | $ 4,427.24 |
| EVER FRESH FRUIT COMPANY | $ 19,708.15 |
| EXAMINETICS, INC. | $ 2,180.00 |
| EXOPACK - BAGS | $ 69,291.01 |
| EXPONENT, INC. | $ 64,217.91 |
| EXPRESSWAY TRANSPORT INC | $ 9,150.00 |
| FAR WEST DISTRIBUTORS | $ 10,660.93 |
| FARMER BROTHERS COMPANY | $ 909.11 |
| FEDEX | $ 7,310.64 |
| FIRMENICH INC | $ 31,482.98 |
| FISCH DRILLING | $ 7,774.00 |
| FLEETWASH INC | $ 659.40 |
| FLORAL SUPPLY SYNDICATE | $ 288.64 |
| FORBUSCO LUMBER COMPANY | $ 603.54 |
| FORD MOTOR CREDIT COMPAN | $ 2,104.52 |
| FORTUNA AUTO & TRUCK PAR | $ 97.54 |
| FORTUNA FAMILY MEDICAL G | $ 40.00 |
| FORTUNA FLORIST | $ 71.46 |
| FORTUNA HARDWARE | $ 287.54 |
| FORTUNA IRON CORPORATION | $ 204.00 |
| FORTUNA PARKS & RECREATI | $ 290.00 |
| FOSS NORTH AMERICA INC | $ 304.52 |
| FRESON, MARK | $ 630.50 |

Case: 09-11078   Doc# 119   Filed: 06/17/09   Entered: 06/17/09 11:35:14   Page 6 of 15

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS

### EXHIBIT F3

| VENDOR | TOTAL |
|---|---|
| GARBERVILLE DAIRY | $ 9,977.02 |
| GARON PRODUCTS, INC | $ 1,045.41 |
| GAS COMPANY | $ 7,658.51 |
| GAUGER & ASSOCIATES INC | $ 42,467.55 |
| GAYNOR TELEPHONE SYSTEMS | $ 1,796.62 |
| GEA PROCESS ENGINEERING | $ 13,720.97 |
| GELATO MASSIMO | $ 30,016.56 |
| GELINAS JAMES, INC. | $ 1,050.00 |
| GERKENS COCOA | $ 7,740.09 |
| GERTRUDE HAWK INGREDIENT | $ 4,591.38 |
| GHIDINELLI, TOM | $ 400.00 |
| GHILARDUCCI, RICHARD | $ 42,250.45 |
| GHILARDUCCI, RICH & LANA | $ 2,769.32 |
| GLOEGGLER, FRANK X, CPA | $ 6,725.00 |
| GORDON & REES, LLP | $ 2,019.45 |
| GOSELIN TRANSPORTATION | $ 11,796.80 |
| GOSSNER FOODS INC | $ 18,895.90 |
| GRAINGER | $ 685.35 |
| GRAM EQUIPMENT OF AMERIC | $ 24,844.74 |
| GREAT AMERICAN PACKAGING | $ 4,661.95 |
| GREATLAND FOODS, INC | $ 1,353.00 |
| GREEN, GARY | |
| GUARD SYSTEMS, INC. | $ 4,616.64 |
| GULICK TRUCKING INC. | $ 26,548.25 |
| GXS | $ 235.07 |
| HAGGEN INC | $ 1,478.50 |
| HANSEN WIRE ROPE INC | $ 868.73 |
| HARBOR WHOLESALE GROCERY | $ 175.55 |
| HAWAII FOOD INDUSTRY ASS | $ 500.00 |
| HEMPHILL GREEN & ASSOC L | $ 2,637.41 |
| HENKEL | $ 4,035.80 |
| HENSON PARTNERS, INC. | $ 20,000.00 |
| HERITAGE FOODS LLC | $ 17,665.18 |
| HILL BROTHERS CHEMICAL C | $ 4,159.94 |
| HOLLAND ENTERPRISES INC | $ 78,456.05 |
| HOME DEPOT CREDIT SERVIC | $ 499.30 |
| HONEYWELL INTERNATIONAL | $ 621.90 |
| HOSE-MAN INC | $ 133.28 |
| HUHTAMAKI PACKAGING | $ 123,233.89 |
| HUHTAMAKI PLASTICS, INC | $ 12,790.25 |
| HUMBOLDT CO FAIR ASSN | $ 350.00 |

Case: 09-11078   Doc# 119   Filed: 06/17/09   Entered: 06/17/09 11:35:14   Page 7 of 15

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS

### EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| HUMBOLDT STATE ATHLETICS | $ 3,750.00 |
| HUMMEL TIRE & WHEEL | $ 1,699.22 |
| IBEX DO BRASIL LTDA | $ 310.00 |
| IBEX TECHNOLOGIES LIMITE | $ 2,980.00 |
| ICDS | $ (85.56) |
| IDEAL MACHINING AND SUPP | $ 1,039.20 |
| IFM EFECTOR INC | $ 526.22 |
| INDUSTRIAL BELT SUPPLY | $ 546.89 |
| INDUSTRIAL ELECTRIC | $ 769.32 |
| INDUSTRIAL CONSULTANTS, | $ 5,931.67 |
| INDUSTRIAL ELECTRIC MACH | $ 337.74 |
| INSIGHT | $ 5,842.49 |
| INSIGHT DIRECT | $ 1,754.49 |
| INTEC USA LLC | $ 1,509.44 |
| INTERMEC | $ 452.20 |
| INTERNATIONAL PAPER CO | $ 118,118.95 |
| INTERPRESS TECHNOLOGIES | $ 625.00 |
| INTL BUSINESS SYSTEMS | $ 18,671.75 |
| IRON SPRINGS TRANSPORTAT | $ 4,725.00 |
| JET SALES, INC. | $ 19,158.72 |
| JJ KELLER & ASSOCIATES I | $ 184.87 |
| JOE BEAN | $ 1,776.00 |
| JOHN B SANFILIPPO & SON | $ 1,267.87 |
| JOHN MATZNER TRANSPORT | $ 618.92 |
| JOHNSON LIFT / HYSTER | $ 4,621.63 |
| KEET-TV CHANNEL 13 | $ 85.00 |
| KEHILLA KOSHER | $ 8,000.00 |
| KENT H. LANDSBERG CO. | $ 4,827.20 |
| KERNEN CONSTRUCTION | $ 1,356.02 |
| KERRY INGREDIENTS & FLAV | $ 80,633.27 |
| KEY INDUSTRIAL | $ 4,572.23 |
| KLEEN KRAFT SERVICES | $ 8,592.31 |
| KN & SK, LLC | $ 3,191.79 |
| KRAFT FOODS | $ 6,121.05 |
| KVS TRUCKING, INC. | $ 5,436.50 |
| LA DEPT OF WATER & POWER | $ 417.22 |
| LAB SAFETY SUPPLY | $ 1,672.98 |
| LABELTRONIX | $ 4,014.74 |
| LEONARDI, DENNIS | $ 300.00 |
| LEONARDO, FRANK | $ 800.00 |
| LEWIS REDWOOD PRODUCTS | $ 42.90 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS

### EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| LOCHHEAD MANUFACTURING C | $ 3,083.89 |
| LOCK DOKTOR II | $ 265.79 |
| LOLETA COMMUNITY SERVICE | $ 435.85 |
| LOS ANGELES COUNTY FIRE | $ 3,125.00 |
| LOS ANGELES CTY TAX COLL | $ 54,366.32 |
| LOS ANGELES, CITY OF | $ 34,708.08 |
| LOST COAST COMMUNICATION | $ 250.00 |
| LOURENCO, FERNANDO & JOR | $ 750.00 |
| LUNARDI'S | $ 8.17 |
| M&M REFRIGERATION INC | $ 121.81 |
| MAC'S REFRIGERATION SERV | $ 278.63 |
| MALNOVE INCORPORATED OF | $ 62,419.58 |
| MANAGED MOBILE INC. | $ 4,454.68 |
| MAPLES PLUMBING SERVICE | $ 320.35 |
| MARCO'S TRAILER REPAIR | $ 771.54 |
| MARK FABIANI LLC | $ 5,063.80 |
| MASS MARKETING SERVICES | $ 160,094.87 |
| MASTERTASTE, INC | $ 14,201.83 |
| MATSON INTEGRATED LOGIST | $ 74,247.40 |
| MCCONNELLS ICE CREAM | $ 949.96 |
| VERIZON BUSINESS (MCI) | $ 298.85 |
| MCMASTER-CARR | $ 9,884.80 |
| MEPCO LABEL SYSTEMS | $ 8,863.72 |
| MERAS ENGINEERING | $ 6,842.15 |
| MILLWOOD LOGISTICS | $ 3,400.00 |
| MISSION LINEN | $ 18,968.59 |
| MOBILE MINI, LLC | $ 926.81 |
| MOLLIE STONES MARKETS | $ 1,600.00 |
| MOMENTIVE PERFORMANCE | $ 486.04 |
| MONTAGUE PARTNERS | $ 15,518.75 |
| MONTGOMERY LITTLE SORAN& | $ 2,626.36 |
| MORNINGSTAR FOODS | $ 774.61 |
| MULLEN, DAN | $ 40.00 |
| MULLIGAN SALES INC | $ 52,501.35 |
| MUNNELL & SHERRILL INC | $ 68.23 |
| MURPHY'S MARKET | $ 650.00 |
| MUTUAL FLAVORS | $ 2,880.00 |
| MYRTLE AVENUE MARKET | $ 60.00 |
| NATIONAL MILK PRODUCERS | $ 3,480.90 |
| NATIONAL RAM BUSINESS SY | $ 168.46 |
| NATURAL PRODUCTS EXPO WE | $ 4,480.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS
## EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| NELSON-JAMESON INC | $ 1,522.66 |
| NEOGEN CORPORATION | $ 80.00 |
| NEVADA STATE DAIRY COM | $ 45.60 |
| NICHOLSON, GARY | $ 800.00 |
| NIELSEN-MASSEY VANILLAS | $ 7,670.40 |
| NILSEN COMPANY | $ 2,427.58 |
| NISHIHARA WILKINSON DESI | $ 26,198.03 |
| NMHG FINANCIAL SERVICES, | $ 3,260.74 |
| NORCAL PACLEASE | $ 5,192.23 |
| NORSE DAIRY SYSTEMS | $ 83,732.55 |
| NORTH COAST LABORATORIES | $ 440.00 |
| NORTHCOAST EXTERMINATORS | $ 555.00 |
| NORTHEAST DISTRIBUTERS, | $ 661.77 |
| NORTHERN CALIFORNIA MILK | $ 1,750.00 |
| NSF INTERNATIONAL | $ 1,774.26 |
| NU-CON | $ 13,584.94 |
| NU/TECH REFRIGERATION | $ 4,725.77 |
| O.S.T.S., INC | $ 1,200.00 |
| O'DELL, PATRICK | $ 7,530.53 |
| O'NEIL, JIM | $ 400.00 |
| OAK HARBOR FREIGHT LINES | $ 3,742.64 |
| OAK PARK LABORATORY, INC | $ 240.00 |
| OCCIDENTAL ENERGY MKT IN | $ 328,163.38 |
| OLKIN, PHILIP L. M.D. | $ 510.50 |
| OLYMPIAN | $ 3,565.02 |
| ONE STOP LOGISTICS LLC | $ 4,599.50 |
| OPERATING ENGINEERS LOCA | $ 113.98 |
| OREGON CHERRY GROWERS | $ 3,969.00 |
| ORGANIC VALLEY FAMILY OF | $ 544,344.54 |
| OSCAR LARSON & ASSOCIATE | $ 3,900.00 |
| OTIS ELEVATOR CO | $ 1,654.00 |
| OVERHEAD DOOR CO OF STOC | $ 1,547.54 |
| PACIFIC GAS & ELECTRIC | $ 108,413.85 |
| PACIFIC GAS & ELECTRIC | $ 283,386.36 |
| PACIFIC PAPER CO | $ 9,150.36 |
| PAKSENSE | $ 1,258.57 |
| PAPE MATERIAL HANDLING | $ 15,306.55 |
| PARAMOUNT PEST CONTROL | $ 920.00 |
| PARTY PLACE, THE | $ 558.77 |
| PEAVEY PERFORMANCE SYSTE | $ 6,765.00 |
| PENSKE TRUCK LEASING CO | $ 10,680.61 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS
## EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| PERFECT STIX | $ 6,072.00 |
| PERMACOLD ENGINEERING IN | $ 14,918.02 |
| PITNEY BOWES | $ 1,009.63 |
| PITNEY BOWES PURCHASE PO | $ 5,511.34 |
| PLM TRAILER LEASING | $ 11,202.27 |
| PLUMBING & INDUSTRUAL SU | $ 478.32 |
| PNEUMATIC SCALE | $ 1,089.08 |
| PRAXAIR DISTRIBUTION INC | $ 13,743.87 |
| PRECISION REFRIGERATION | $ 4,786.88 |
| PRESCIENT | $ 235.00 |
| PRIME PUMPING, INC. | $ 4,810.00 |
| PRIMERA FOODS CORPORATIO | $ 2,711.88 |
| PRINTING EXPRESSIONS | $ 3,227.05 |
| PROFESSIONAL COOLING INC | $ 3,052.00 |
| QUALITY CONTAINER CORPOR | $ 20,196.00 |
| QUALITY PACKAGING SUPPLY | $ 1,757.30 |
| QUEST DIAGNOSTICS | $ 13.50 |
| QUILL CORPORATION | $ 300.70 |
| RAINBOW SALES AND MARKET | $ 4,827.40 |
| RAM SAFETY & JANITORIAL | $ 1,293.78 |
| RANDY JONES TRUCKING | $ 5,310.00 |
| RANGER BLADE MFG | $ 4,888.40 |
| RAY'S FOOD PLACE #47 | $ 825.13 |
| RECORD PLASTICS | $ 22,050.00 |
| REDWOOD COAST MUSIC FEST | $ 500.00 |
| REDWOOD ELECTRONICS CORP | $ 218.52 |
| REFRIGIWEAR INC | $ 4,849.36 |
| REMBRANDT ENTERPRISES, I | $ 98,647.20 |
| RENNER PETROLEUM | $ 17,853.26 |
| RENNER, DAVE | $ 405.00 |
| RENNER, JIM | $ 1,600.00 |
| RENNER, PENNY L. | $ 425.00 |
| RESTIF CLEANING SERVICES | $ 1,595.00 |
| RICHARDS, KEITH M , TRUS | |
| RIVER LODGE CONF CENTER | $ 2,290.00 |
| ROADRUNNER DAWES | $ 865.08 |
| ROBERT CHERMAK & ASSOCIA | $ 1,950.74 |
| ROCK-TENN CO | $ 7,527.34 |
| ROGERS MACHINERY COMPANY | $ 9,330.21 |
| ROSAUERS | |
| ROSEMOUNT/UNILOC | $ 1,383.44 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS
## EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| ROYAL WHOLESALE ELECTRIC | $ 2,120.15 |
| RUMIANO CHEESE COMPANY | $ 574,993.54 |
| RUMIANO CHEESE COMPANY | $ 5,010.63 |
| RUMIANO CHEESE COMPANY | $ 600,557.62 |
| RYAN'S HOOD RIVER JUICE | $ 1,350.00 |
| S&M TRUCK LINE INC. | $ 8,050.00 |
| SACRAMENTO CONTAINER COR | $ 15,058.87 |
| SAFETY-KLEEN CORPORATION | $ 1,075.67 |
| SAFEWAY TRUCKING INC | $ 16,000.00 |
| SAFEWAY, INC. | $ 4,734.12 |
| SAN JOAQUIN COUNTY | $ 429.00 |
| SAN JOAQUIN CTY TAX COLL | $ 23,148.79 |
| SANTOS, DOMINGO | $ 500.00 |
| SCHAEFFER MFG CO | $ 175.29 |
| SCHAPIRO, LARRY | $ 100.00 |
| SCOTTY'S CUTTERS EDGE | $ 80.33 |
| SCS LOGISTICS LLC | $ 25,760.61 |
| SCS REFRIGERATED SERVICE | $ 43,666.83 |
| SEAVIEW CARE CENTER | $ 68.07 |
| SELTZER CHEMICALS INC | $ 10,822.31 |
| SENSIENT FLAVORS INC | $ 5,021.41 |
| SENSORY EFFECTS FLAVOR C | $ 5,170.99 |
| SEPARATORS INC | $ 23,267.54 |
| SEQUOIA GAS COMPANY | $ 371.14 |
| SHANNON BROTHERS CO | $ 40,550.50 |
| SHEERBLISS ICE CREAM | $ 4,111.76 |
| SHEPARD BROS INC | $ 1,839.70 |
| SHN CONSULTING ENGINEERS | $ 20,389.34 |
| SIGNATURE FLEXIBLE PACKA | $ 18,840.30 |
| SILLIKER INC | $ 11,028.32 |
| SIMPLEXGRINNELL | $ 222.61 |
| SINGLE SOURCE TRANSPORTA | $ 26,232.05 |
| SONOMA PACIFIC COMPANY | $ 15,504.40 |
| SOUTHERN CALIFORNIA EDIS | $ 95,260.45 |
| SOUTHWEST ADMINISTRATORS | $ 4,257.49 |
| SPECIALIZED DAIRY SERVIC | $ 214.82 |
| SPERLE SCALES INC | $ 225.00 |
| SPRAYING SYSTEMS CO | $ 6,220.50 |
| SPRINT | $ 113.28 |
| SPS COMMERCE INC | $ 704.37 |
| STACY MEDICAL CENTER | $ 225.34 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS
## EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| STANLEY CONVERGENT SECUR | $ 383.97 |
| STANPAC INC | $ 1,554.00 |
| STAPLES | $ 2,016.88 |
| STAR MARKETS, LTD | $ 30.00 |
| STATCO ENGINEERING | $ 8,556.84 |
| STERITECH GROUP, INC | $ 5,127.00 |
| STEVE WILLS TRUCKING LLC | $ 213,306.97 |
| STILL MECHANICAL SERVICE | $ 2,567.48 |
| STOCKTON EAST WATER DIST | $ 37.50 |
| STOCKTON PIPE & SUPPLY | $ 3,550.27 |
| STOMBERG PACKAGING | $ 3,435.66 |
| SUNNY EXPRESS INC | $ 20.04 |
| SUPERIOR ELECTRIC MOTOR | $ 1,461.33 |
| SWEET OVATIONS LLC | $ 49,759.00 |
| SWEETENER PRODUCTS INC ( | $ 270,654.60 |
| SWEETENER PRODUCTS CO (S | $ 40,283.43 |
| SYSTEM TRANSPORT, INC | $ 2,800.00 |
| TANK SUPPLY CO | $ 562.00 |
| TATE & LYLE CUSTOM INGRE | $ 24,594.00 |
| TD SAWVEL CO INC | $ 254.68 |
| TELEDYNE ISCO INC. | $ 1,293.14 |
| TEN BERGE BROKERS, INC | $ 65,780.74 |
| TERRY'S PUMPS & FILTERS | $ 487.30 |
| TETRA PAK INC | $ 20,176.74 |
| THRIFTY SUPPLY COMPANY | $ 3,953.27 |
| THYSSENKRUPP ELEVATOR | $ 16,442.32 |
| TIMES PRINTING COMPANY, | $ 9,396.65 |
| TIMES SUPER MARKET, LTD | $ 867.80 |
| TITUS, ANDREW | $ 533.30 |
| TJS LEASING & HOLDING CO | $ 1,750.00 |
| TMV PACKAGING INC | $ 2,142.72 |
| TOMBLIN, CHAZ | $ 2,634.32 |
| TOPCO ASSOCIATES LLC | $ 32,085.00 |
| TRANS-SYSTEM LOGISTICS, | $ 14,450.00 |
| TRANSILWRAP COMPANY INC | $ 32,684.18 |
| TRAVELCARD COMMERCIAL FU | $ 6,105.95 |
| TRI-DIM FILTER CORP | $ 380.28 |
| ULINE | $ 3.11 |
| UNIDEX GROUP, INC. | $ 23,904.00 |
| UNIFIED WESTERN GROCERS | $ 495.31 |
| UNIFIED WESTERN GROCERS | $ 67,461.74 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

## SCHEDULE F - UNSECURED NONPRIORITY CLAIMS
### EXHIBIT F3

| VENDOR | TOTAL |
|---|---:|
| UNITED RENTALS INC | $ 751.46 |
| UNITED SITE SERVICES, IN | $ 290.61 |
| UNIVERSAL MARKETING | $ 2,888.58 |
| UNIVERSITY CENTER | $ 5,387.37 |
| UPS STORE, THE | $ 136.10 |
| US BANK/VISA | $ 5,450.90 |
| US COLD STORAGE LP | $ 480.12 |
| US DAIRY EXPORT COUNCIL | $ 7,500.00 |
| USDA - VETERINARY SERVIC | $ 480.00 |
| USF REDDAWAY | $ 110.95 |
| VANGUARD CLEANING SYSTEM | $ 721.50 |
| VANTREO INSURANCE BROKER | $ 12,909.00 |
| VARESOURCES, INC. | $ 120,433.97 |
| VARSITY ICE CREAM | $ 6,148.16 |
| VARSITY ICE CREAM | $ 3,608.66 |
| VERIZON WIRELESS | $ 5,990.07 |
| VIDEOJET TECHNOLOGIES IN | $ 6,379.37 |
| VMG ENGINEERING, INC. | $ 447.00 |
| VOITH TURBO INC | $ 7,948.53 |
| VWR SCIENTIFIC | $ 1,892.04 |
| WALNUT INDUSTRIES INC | $ 1,107.73 |
| WASHINGTON STATE | $ 6,908.18 |
| WASTE MANAGEMENT | $ 888.31 |
| WATERBROOK INTERNATIONAL | $ 387.21 |
| WATTS EQUIPMENT CO INC | $ 2,822.04 |
| WBCO ELECTRIC SERVICE | $ 18,257.37 |
| WCR INC | $ 9,112.60 |
| WEBER SCIENTIFIC | $ 2,316.11 |
| WEIR/ANDREWSON ASSC, INC | $ 2,273.45 |
| WELLS FARGO BANK | $ 14.37 |
| WENDT CONSTRUCTION | $ 10,914.94 |
| WEST COAST SCALES | $ 3,815.65 |
| WEST-LINK CORPORATION | $ 2,368.64 |
| WESTERN BURNER CO | $ 11,578.96 |
| WESTERN FAMILY FOODS | $ 26,205.11 |
| WESTERN PIPING PRODUCTS | $ 697.06 |
| WESTFARM FOODS | $ 199,824.61 |
| WESTIN BONAVENTURE HOTEL | $ 174.60 |
| WESTMARK INDUSTRIES | $ 6,071.33 |
| WINZER CORPORATION | $ 569.26 |
| WYCKOFF'S | $ 144.63 |

Case: 09-11078   Doc# 119   Filed: 06/17/09   Entered: 06/17/09 11:35:14   Page 14 of 15

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Humboldt Creamery, LLC
Case No. 09-11078

**SCHEDULE F - UNSECURED NONPRIORITY CLAIMS**

**EXHIBIT F3**

| VENDOR | TOTAL |
|---|---:|
| 1-800-CONFERENCE | $ 2,945.48 |
| 3M LGZ9400 | $ 9,902.80 |
| ALLURA DAIRY | $ 9.90 |
| BIRITE | $ 4,172.75 |
| COSTCO WHOLESALE UK LTD | $ 1,883.70 |
| FULLER MARKET BASKET, IN | $ 8.58 |
| H-E-B | $ 99.55 |
| JON'S MARKET #15 | $ 7.98 |
| JONS MARKET | $ 138.15 |
| KEVAN D. ACORD, P.A. | $ 240.50 |
| LAWRENCE RAGAN COMMUNICA | $ 139.00 |
| MANUFACTURERS' NEWS, INC | $ 134.00 |
| MR. GLEN MESSECAR | $ 13.18 |
| NEWMAN, GRANT | $ 38.00 |
| NICOLE GHIDINELLI | $ 14.00 |
| NORTH COAST COOPERATIVE | $ 100.00 |
| OCCUPATIONAL HEALTH CENT | $ 95.00 |
| PRAIRIE CTR RED APPLE MA | $ 8.00 |
| RON BURGER | $ 10.37 |
| SBMS BOOSTER CLUB | $ 100.00 |
| SHELTMAN, AMANDA | $ 100.00 |
| SHERM'S THUNDERBIRD MARK | $ 4.98 |
| SHOP'N KART | $ 10.84 |
| ST. JOSEPH HOSPITAL FOUN | $ 100.00 |
| STEIN'S FAMILY FOODS | $ 6.98 |
| STEIN'S MARKET | $ 9.38 |
| STEIN'S MARKET #3 | $ 8.40 |
| TWIN CITIES OCCUPATIONAL | $ 80.00 |
| **GRAND TOTAL** | **$ 18,190,670.86** |