Stephen P. Arnot (CSB#170245)
The Arnot Law Firm
121 SW Morrison St., 11th Floor
Portland, OR 97204
Telephone: (503) 227-5093
Facsimile: (503) 227-3442
arnotlaw@sbcglobal.net

Attorney for Rick Santos and Linda Nicholson

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 09-11078 |
| HUMBOLDT CREAMERY, LLC. | Chapter 11 |
| Debtor | REQUEST FOR SPECIAL NOTICE BY CREDITORS RICK SANTOS AND LINDA NICHOLSON |

TO THE DEBTOR, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that The Arnot Law Firm, Inc., is the attorney for Rick Santos and Linda Nicholson and hereby requests special notice of all events relevant to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

//

//

Page - 1- REQUEST FOR SPECIAL NOTICE

The Arnot Law Firm, Inc., requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> Stephen P. Arnot
> The Arnot law Firm, Inc.
> 121 SW Morrison, 11th Floor
> Portland, OR 97204
> arnotlaw@sbcglobal.net

Dated this 7th day of July 2009

> The Arnot Law Firm, Inc.
>
> **By:** */s/ Stephen P. Arnot*
> Stephen P. Arnot, Attorney for
> Creditors, Rick Santos and Linda Nicholson

Page - 2- REQUEST FOR SPECIAL NOTICE