SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-11078 |
| HUMBOLDT CREAMERY, LLC, a Delaware limited liability company, | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |
| Tax ID: 87-0736033 | |

I am employed in the County of San Francisco; I am over the age of 18 years and not a party to the within entitled action, and my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On July 7, 2009, I served the following documents described as:

**MOTION TO (1) ESTABLISH BID AND SALE PROCEDURES IN CONNECTION WITH THE DEBTOR'S SALE OF ITS CREAMERY ASSETS AND (2) APPROVE BREAK-UP FEE**

**DECLARATION OF KENNETH NOFZIGER IN SUPPORT OF MOTION TO (1) ESTABLISH BID AND SALE PROCEDURES IN CONNECTION WITH THE DEBTOR'S SALE OF ITS CREAMERY ASSETS AND (2) APPROVE BREAK-UP FEE**

**[PROPOSED] ORDER APPROVING MOTION TO (1) ESTABLISH BID AND SALE PROCEDURES IN CONNECTION WITH THE DEBTOR'S SALE OF ITS CREAMERY ASSETS AND (2) APPROVE BREAK-UP FEE**

**NOTICE OF HEARING ON MOTION TO (1) ESTABLISH BID AND SALE PROCEDURES IN CONNECTION WITH THE DEBTOR'S SALE OF ITS CREAMERY ASSETS AND (2) APPROVE BREAK-UP FEE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 7, 2009**, at San Francisco, California.

/s/ Kathryn Campion
Kathryn Campion

## SERVICE LIST

| **United States Trustee** | **Debtor** |
|---|---|
| Office of the U.S. Trustee<br>Donna S. Tamanaha, Assistant US Trustee<br>Patricia A. Cutler, Trial Attorney<br>235 Pine Street, Suite 700<br>San Francisco, CA  94104<br>Fax:  (415) 705-3379<br>Email: patricia.cutler@usdoj.gov | Humboldt Creamery, LLC<br>Attention:  Len Mayer<br>572 Highway 1<br>Fortuna, CA  95540<br>Fax:  (707) 725-6186<br>Email:  lmayer@humboldtcreamery.com |

**Secured Lenders**

| | |
|---|---|
| CoBank, ACB<br>P.O. Box 5110<br>Denver, CO  80217<br>Fax:  (303) 224-2553 | CoBank, ACB<br>5500 South Quebec Street<br>Greenwood Village, CO  80111<br>Fax:  (303) 224-2553 |
| American AgCredit, FLCA<br>5560 South Broadway<br>Eureka, CA  95503<br>Fax:  (707) 442-1268 | American AgCredit, PCA<br>5560 South Broadway<br>Eureka, CA  95503<br>Fax:  (707) 442-1268 |
| Winston & Strawn LLP<br>Randy R. Rogers, Esq.<br>Hannah L. Blumenstiel<br>101 California Street<br>San Francisco, CA  94111-5802<br>Fax:  (415) 591-1400<br>Email:  rrogers@winston.com<br>Email: hblumenstiel@winston.com | |

**Equity Holders**

| | |
|---|---|
| Humboldt Creamery Association<br>Michelson Law Group<br>Attention: Randy Michelson, Esq.<br>150 Spear Street, Suite 1600<br>San Francisco, CA  94105<br>Fax:  (415) 512-8601<br>Email: randy.michelson@michelsonlawgroup.com | Humboldt Creamery Association<br>572 Highway 1<br>Fortuna, CA  95540<br>Fax:  (707) 725-6186 |
| Dairy Farmers of America, Inc.<br>Attention:  David A. Geisler<br>10220 North Ambassador Drive<br>Kansas City, MO  64153<br>Fax:  (816) 801-6441 | Dairy Farmers of America, Inc.<br>Manatt, Phelps & Phillips, LLP<br>Attn: Carl L. Grumer, Esq.<br>11355 West Olympic Boulevard<br>Los Angeles, CA  90064<br>Fax: (310) 312-4224<br>E-mail: cgrumer@manatt.com |

**Committee of Unsecured Creditors**

| | |
|---|---|
| CA Dairies, Inc.<br>Attn: Ray Gutierrec<br>Attn: Joe Heffington<br>2000 North Plaza Drive<br>Visalia, CA 93291<br>Fax: (550) 625-5433<br>Email: ray@challengedairy.com<br>E-mail: jheffington@challengedairy.com | Rumiano Cheese Company<br>Non-Member Milk MFG #28049<br>Attention: Baird Rumiano<br>P.O. Box 863<br>Willows, CA 95988<br>Fax: (707) 465-4141<br>Email: baird@rumianocheese.com |
| Sweetener Productions Inc.<br>Jim Boltinghouse<br>PO Box 58426<br>2050 E. 38th St.<br>Vernon, CA 90058<br>Fax: (213) 232-3608<br>Email: jim@spvw.com | Certified Freight Logistics<br>Scott Cramer<br>PO Box 5819<br>Santa Maria, CA 93456-5819<br>Fax: (805) 346-7810<br>Email: scramer@cfl-usa.com |
| Mass Marketing Services<br>John Carlson<br>7851 Mission Cntr. Ct. #115<br>San Diego, CA 92108<br>Fax: (619) 297-0449<br>Email: john.carlson@massmarketingservices.com | Berry Plastics Corporation<br>Ronda Hale<br>101 Oakley Street<br>Evansville, IN 47710<br>Email: Rondahale@berryplastics.com |
| Steve Wills Trucking<br>P.O. Box 335<br>Fortuna, CA 95540<br>Email: swillstruck@aol.com | Pachulski Stang Ziehl & Jones LLP<br>Attention: John D. Fiero, Esq.<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500<br>Fax: (415) 263-7010<br>Email: jfiero@pszjlaw.com<br>Email: mlitvak@pszjlaw.com |

**Other Parties In Interest**

| | |
|---|---|
| Cold Storage Manufacturing, Inc.<br>Attn: Law Offices of Ron E. Rayes<br>4 West Fourth Avenue, Suite 508<br>San Mateo, CA 94402 | Attys for Wells Fargo Financial Leasing Inc.<br>Jeffrey Grant<br>Lathrop & Gage LLP<br>1888 Century Park East, Suite 1000<br>Los Angeles, CA 90067<br>Fax: (310) 789-4601<br>Email: jgrant@lathropgage.com |
| TFC Equipment Finance, Inc.<br>11100 Wayzata Boulevard, Suite 801<br>Minnetonka, MN 55305 | Varesources, Inc.<br>2330 Interstate 30<br>Mesquite, TX 75150 |

| | | |
|---|---|---|
| 1 | Norse Dairy Systems<br>PO Box 1869<br>Columbus, OH  43216 | Berry Plastics Technical Services, Inc.<br>1371 South Chillicothe Road<br>Aurora, OH  44202 |
| 2 | | |
| 3 | | |
| 4 | NMHG Financial Services, Inc.<br>10 Riverview Drive<br>Danbury, CT  06810 | Karen Smith<br>Eel River Disposal<br>PO Box 266<br>Fortuna, CA 95540 |
| 5 | | |
| 6 | Elliot R. Peters, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Fax:  (415) 397-7188<br>Email: erp@kvn.com | Michael J. Carroll<br>Erskine & Tulley<br>220 Montgomery Street, Ste 303<br>San Francisco, CA 94104<br>Fax:  (415) 392-1978<br>Email: Michael@erskinetulley.com |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | John Winzler, Esq.<br>Winzler & Kelly<br>633 Third Street<br>Eureka, CA  95501<br>Fax:  (707) 444-8330<br>Email: johnwinzler@w-and-k.com | Pamela R. Davis, Esq.<br>Orrick, Herrington & Sutcliffe<br>405 Howard St.<br>San Francisco, CA 94105<br>Fax:  (415) 278-1411<br>Email: pdavis@orrick.com |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Thomas Becker, Esq.<br>Law Offices of Thomas Becker<br>721 7th Street, Suite A<br>Eureka, CA 95501<br>Fax: (707) 441-9172<br>Email: gator@humboldt1.com | Jackie Handy<br>Redwood Electronics Corporation<br>711 Summer St.<br>Eureka, CA 95501<br>Fax:  (707) 443-2418<br>Email: recap-ar@sonic.net |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Stacy Lewallen<br>PermaCold Engineering, Inc.<br>2945 NE Argyle St.<br>Portland, OR 97211<br>Fax:  (503) 249-8322 | Missy Gallaway<br>Customer Truck Service<br>1945 Hifiker Ln.<br>Eureka, CA 95503<br>Fax:  (707) 444-0224 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Leslie Horowitz<br>Clark & Trevithick<br>800 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90017<br>Fax:  (213) 624-9441<br>Email: lhorowitz@clarktrev.com | Mepco Label systems<br>Mary Jo Gonzales<br>29 North Aurora St.<br>Stockton, CA 95292<br>Fax:  (209) 946-0164<br>Email: maryjo@mepcolabel.com |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | The Peavey Corporation<br>Carole Saunders<br>10749 West 84th Terrace<br>Lenexa, KS 66214 | SCS Refrigerated Services LLC<br>Jane Larson<br>502 10th Ave. North<br>Algona, WA 98001 |
| 27 | | |
| 28 | | |

Case: 09-11078    Doc# 145    Filed: 07/07/09    Entered: 07/07/09 18:29:56    Page 5 of 7

| # | | |
|---|---|---|
| 1 | SCS Logistics LLC<br>Chris Kettman<br>502 10th Ave. North<br>Algona, WA 98001 | SCS Refrigerated Services LLC<br>Carl Byrnes<br>502 10th Ave. North<br>Algona, WA 98001<br>Fax: (253) 833-0118<br>Email: carl.byrnes@scs-ref.com |
| 2 | Thompson, O'brien, Kemp & Nasuti<br>Ted W. Hight III, Esq.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092<br>Fax: (770) 925-8597<br>Email: thight@tokn.com | Henson Partners, Inc.<br>Jeff Henson<br>16733 E Palisades Blvd., Suite 101<br>Fountain Hills, AZ 85268<br>Fax: (866)-898-9911<br>Email: jrh@hensonpartners.com |
| 3 | Caffe Classico Foods LLC<br>Lawrence Leser<br>2500 Annalisa Dr.<br>Concord, CA 94520 | Toste Dairy<br>George and Tina Toste<br>890 Dillon Rd.<br>Ferndale, CA 95536 |
| 4 | Nossaman LLP<br>John T. Hansen<br>50 California St., 34th Floor<br>San Francisco, CA 94111<br>Fax: (415) 298-2438<br>Email: jhansen@nossaman.com | Commonwealth Land Title Insurance Co.<br>Sharon Yarber<br>801 South Figueroa St., suite 870<br>Los Angeles, CA 90017<br>Fax: (213) 330-3084<br>Email: syarber@ltic.com |
| 5 | Robert D. Boynton<br>PO Box 3265<br>Winter Park, CO 80482-3265<br>Email: rdboynton@comcast.net | Linda Nicholson<br>19 MacLeod Way<br>Scotts Valley, CA 95066<br>Email: lmntda@pacbell.net |
| 6 | Garberville Dairy, Inc.<br>Linda K. Brodersen<br>PO Box 505<br>Garberville, CA 95542 | Book & Book LLP<br>Brian M. Kandel<br>1414 Soquel Ave., Suite 203<br>Santa Cruz, CA 95062<br>Fax: (831) 427-5135<br>Email: Brian.kandel@bookandbook.com |
| 7 | John Mason<br>3364 Foster Ave.<br>Arcata, CA 95521 | Donna Sorensen<br>1040 Alder Grove Rd.<br>Arcata, CA 95521 |

| | | |
|---|---|---|
| 1 | Attys for Wells Fargo Financial Leasing Inc.<br>Randall Scherck | Department of Food & Agriculture<br>Financial Services/Accounts Receivable Unit |
| 2 | Lathrop & Gage LLP | Nicole L. Wilkerson |
| 3 | Pierre Laclede Center<br>7701 Forsyth Blvd., Suite 400 | 1220 N Street, Suite 140<br>Sacramento, CA 95814 |
| 4 | Clayton, MO 63105<br>Fax: (314) 613-2801 | Fax: (916) 654-6269<br>Email: nwilkerson@cdfa.ca.gov |
| 5 | Email: rscherck@lathropgage.com | |
| 6 | Creditors Bureau USA | Malnove Incorporated of Utah |
| 7 | Valerie L. Ezell<br>757 L Street | Tim Gzehoviak<br>13434 F Street |
| 8 | Fresno, CA 93721 | Omaha, NE 68137<br>Fax: (402) 334-4963 |
| 9 | Parkinson Phinney | Attys for Northern CA General Teamsters Sec. |
| 10 | Donna T. Parkinson<br>400 Capitol Mall, 11th Floor | Catherine E. Arostegui<br>Beeson, Tayer & Bodine |
| 11 | Sacramento, CA 95814<br>Fax: (916) 449-1440 | 520 Capital Mall, Suite 300<br>Sacramento, CA 95814 |
| 12 | Email: donna@parkinsonphinney.com | |
| 13 | Stephen P. Arnot | |
| 14 | The Arnot Law Firm<br>121 SW Morrison Street, 11th Floor | |
| 15 | Portland, OR 97204<br>Fax: (503) 227-3442 | |
| 16 | Email: arnotlaw@sbcglobal.net | |