SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,<br><br>             Debtor.<br><br>Tax ID: 87-0736033 | Case No. 09-11078<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE:**<br><br>**NOTICE OF HEARING ON MOTION TO (1) ESTABLISH BID AND SALE PROCEDURES IN CONNECTION WITH THE DEBTOR'S SALE OF ITS CREAMERY ASSETS AND (2) APPROVE BREAK-UP FEE**<br><br>Date: July 27, 2009<br>Time: 10:00 a.m.<br>Place: 99 South E. Street<br>            Santa Rosa, CA 95404<br>Judge: Hon. Alan Jaroslovsky |

I am employed in the County of San Francisco by Merrill Legal Solutions; I am over the age of 18 years and not a party to the within entitled action; my business address is 135 Main Street, 13th Floor, San Francisco, California 94105.

On **July 7, 2009**, I caused to be served the following document described as:

**NOTICE OF HEARING ON MOTION TO (1) ESTABLISH BID AND SALE PROCEDURES IN CONNECTION WITH THE DEBTOR'S SALE OF ITS CREAMERY ASSETS AND (2) APPROVE BREAK-UP FEE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY U.S. MAIL:** I caused to be deposited with the U.S. postal service on that same day with postage thereon fully prepaid for first class delivery at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in certificate.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 8, 2009**, at San Francisco, California.

_____
BROOK BRAUNSCHWEIG

-2-
W02-WEST:FEW\401650375.2            CERTIFICATE OF SERVICE