David C. Veis, Bar No. 83135
Julia V. Lee, Bar No. 252417
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Party in Interest
FIDELITY AND DEPOSIT COMPANY OF MARYLAND


FILED
JUL 17 2009
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

Humboldt Creamery LLC,

Debtor

Case No. 09-11078

Chapter 11

The Hon. Judge Alan Jaroslovsky

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS**

**TO THE DEBTOR, ITS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("F&D") hereby files this Notice of Appearance in the above-captioned case. F&D hereby requests that it be given (a) copies of all pleadings and papers filed in this case including, without limitation, all orders and notice of any application, motion, petition, pleading, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic transmission (e-filing), mail delivery, telephone, telegraph, telex, or otherwise which affects the debtor or property of the debtor; and (b) notices of all matters which require notice to creditors, a

creditors' committee or other parties in interest, including all matters described in Bankruptcy Rules 2002, 3017, 9010, and 11 USC § 1109(b).

The addresses for service are as follows:

David. C. Veis, Esq.
ROBINS, KAPLAN, MILLER & CIRESI LLP
3700 Century Park East, Suite 3400
Los Angeles, California 90067-3208
Telephone: (310) 229-5821
Facsimile: (310) 229-5800
**E-mail: dcveis@rkmc.com.**

Julia V. Lee, Esq.
ROBINS, KAPLAN, MILLER & CIRESI LLP
3700 Century Park East, Suite 3400
Los Angeles, California 90067-3208
Telephone: (310) 229-5821
Facsimile: (310) 229-5800
**E-mail: jvlee@rkmc.com.**

DATED: July 17, 2009

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ David C. Veis

**Attorneys for Party in Interest Fidelity and Deposit Company of Maryland**

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Suite 3400, 2049 Century Park East, Los Angeles, California 90067-3208. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 14, 2009, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS**

in a sealed envelope, postage fully paid, addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 14, 2009, at Los Angeles, California.

Maria G. Garcia

60301238.1

- 1 -

PROOF OF SERVICE

# SERVICE LIST

| | |
|---|---|
| PG&E<br>Credit Operations<br>Attn: Patrick R. Hazen, Bankruptcy Unit<br>PO Box 8329<br>Stockton, CA 95208 | Pacific Gas & Electric<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 |
| Pacific Gas & Electric Co.<br>c/o Martha J. Simon, Esq.<br>Law Offices of Martha 1. Simon<br>155 Montgomery Street, Suite 1004<br>San Francisco, CA 94104 | California Water Service Co.<br>Attn: Lynn H. McGhee<br>Agent for Service of Process<br>1720 North First Street<br>San Jose, CA 95112 |
| California Water Service Co.<br>Attn: Peter Nelson, President and CEO<br>1720 North First Street<br>San Jose, CA 95112 | California Water Service Co.<br>P.O. Box 940001<br>San Jose, CA 95194-0001 |
| Los Angeles Dept. of Water & Power<br>P.O. Box 30808<br>Los Angeles, CA 90030-0808 | Los Angeles Dept. of Water & Power<br>Attn: H. David Nahai,<br>CEO and General Manager<br>111 North Hope Street<br>Los Angeles, CA 90012 |
| Los Angeles Dept. of Water & Power<br>Office of the Chief Administrative Officer<br>Attention: CPRA Coordinator<br>P.O. Box 51111, Room 1520<br>Los Angeles, CA 90051-0100 | The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 |
| The Gas Company, Inc.<br>Attn: Christopher C. Sanders,<br>Agent for Service of Process<br>7510 W. Sunset Boulevard #1073<br>Los Angeles, CA 90046 | The Gas Company, Inc.<br>Centralized Correspondence<br>P.O. Box 3150<br>San Dimas, CA 91773 |
| The Gas Company<br>Attn: Debra L. Reed, President and CEO<br>555 West Fifth Street<br>Los Angeles, CA 90013-1011 | Southern California Edison<br>P.O. Box 600<br>Rosemead, CA 91771-0001 |

60301238.1

- 2 -

Case: 09-11078   Doc# 166   Filed: 07/17/09   Entered: 07/22/09 14:00:17   Page 4 of 10

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Southern California Edison Company<br>Attn: Laura A. Meyerson<br>Senior Attorney<br>2244 Walnut Grove Avenue, Suite 331<br>Rosemead, CA 91770 | Southern California Edison Company<br>Attn: Vicki Kaiser,<br>Agent for Service of Process<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770 |
| DMJ Gas Marketing Consultants<br>7029 Dublin Boulevard #617<br>Dublin, CA 94568 | DMJ Gas Marketing Consultants<br>Attn: David M. Jones<br>Agent for Service of Process<br>7027 Dublin Boulevard, Suite 617<br>Dublin, CA 94568 |
| Loleta Community Services<br>P.O. Box 236<br>Loleta, CA 95551-0236 | Loleta Community Services<br>335 Main Street<br>Loleta, CA 95551 |
| Fidelity and Deposit Company of Maryland<br>Attn: Danika L. Mott, Attorney in Fact<br>999 3rd Avenue, Suite 800<br>Seattle, WA 98104 | Fidelity and Deposit Company of Maryland<br>P.O. Box 1227<br>Baltimore, Maryland 21203 |
| Fidelity and Deposit Co. of Maryland<br>Attn: CSC - Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Ste 100<br>Sacramento, CA 95833 | Fidelity and Deposit Company of Maryland<br>Attn: Bill Cookson<br>999 3rd Avenue, Suite 800<br>Seattle, WA 98104 |
| Fidelity and Deposit Company of Maryland<br>1400 American Ln<br>Schaumburg, IL 60196 | |
| **United States Trustee**<br>Office of the U.S. Trustee<br>Donna S. Tamanaha, Assistant US Trustee<br>Patricia A. cutler, Trial Attorney<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br>Fax: (415) 705-3379<br>Email: patricia.cutler@usdoj.gov | **Debtor**<br>Humboldt Creamery, LLC<br>Attention: Len Mayer<br>572 Highway 1<br>Fortuna, CA 95540<br>Fax: (707) 725-6186<br>Email: 1mayer@humboldtcreamery.com |

60301238.1

- 3 -

SERVICE LIST

## Secured Lenders

CoBank, ACB
P.O. Box 5110
Denver, CO 80217
Fax: (303) 224-2553

CoBank, ACB
5500 South Quebec Street
Greenwood Village, CO 80111
Fax: (303) 224-2553

American AgCredit, FLCA
5560 South Broadway
Eureka, CA 95503
Fax: (707) 442-1268

American AgCredit, PCA
5560 South Broadway
Eureka, CA 95503
Fax: (707) 442-1268

Winston & Strawn LLP
Attention: Randy R. Rogers, Esq.
22 101 California Street
San Francisco, CA 94111-5802
Fax: (415) 591-1400
E-mail: rrogers@winston.com

## Equity Holders

Humboldt Creamery Association
Michelson Law Group
Attention: Randy Michelson, Esq.
150 Spear Street, Suite 1600
San Francisco, CA 94105
Fax: (4 15) 512-8601
Email: randy.michelson@michelsonlawgroup.com

Humboldt Creamery Association
572 Highway 1
Fortuna, CA 95540
Fax: (707) 725-6186

Dairy Farmers of America, Inc.
Attention: David A. Geisler
10220 North Ambassador Drive
Kansas City, MO 64153
Fax: (8 16) 801-6441

Dairy Farmers of America, Inc.
Attn: Carl L. Grumer, Esq.
11355 West Olympic Boulevard
Los Angeles, CA 90064
Fax: (310) 312-4224
E-mail: cgrumer@manatt.com

## Committee of Unsecured Creditors

CA Dairies, Inc.
Attn: Ray Gutierrec
Attn: Joe Heffington
2000 North Plaza Drive
Visalia, CA 93291
Fax: (550) 625-5433
Email: ray@challengedairy.com
E-mail: jheffington@challengedairy.com

Rumiano Cheese Company
Non-Member Milk MFG #28049
Attention: Baird Rumiano
P.O. Box 863
Willows, CA 95988
Fax: (707) 465-4141
Email: baird@rumianocheese.com

Sweetener Productions Inc.
Jim Boltinghouse
PO Box 58426
2050 E. 38th St.
Vernon, CA 90058
Fax: (213) 232-3608
Email: jim@spvw.com

Certified Freight Logistics
Scott Cramer
PO Box 5819
Santa Maria, CA 93456-5819
Fax: (805) 346-7810
Email: scramer@cfl-usa.com

Mass Marketing Services
John Carlson
7851 Mission Cntr. Ct. #115
San Diego, CA 92108
Fax: (619) 297-0449
Email: john.carlson@massmarketingservices.com

Berry Plastics Corporation
Ronda Hale
101 Oakley Street
Evansville, IN 47710
Email: Rondahale@berryplastics.com

Steve Wills Trucking
P.O. Box 335
Fortuna, CA 95540
Email: swillstruck@aol.com

Pachulski Stang Ziehl & Jones LLP
Attention: John D. Fiero, Esq.
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Fax: (4 15) 263-7010
Email: jfiero@pszlaw.com
Email: mlitvak@pszjlaw.com

## Other Parties in Interest

Cold Storage Manufacturing, Inc.
Attn: Law Offices of Ron E. Rayes
4 West Fourth Ave., Suite 508
San Mateo, CA 94402

Wells Fargo Financial Leasing Inc.
800 Walnut Street F4031-040
Des Moines, IA 50309

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| TVD Equipment Finance, Inc<br>11100 Wayzata Blvd., Suite 801<br>Minnetonka, MN 55305 | Varesources, Inc.<br>2330 Interstate 30<br>Mesquite, TX 75150 |
| Norse Dairy Systems<br>PO Box 1869<br>Columbus, OH 43216 | Berry Plastics Technical Services, Inc.<br>1371 South Chillicothe Road<br>Aurora, OH 44202 |
| NMHG Financial Services, Inc.<br>10 Riverview Drive<br>Danbury, CT 06810 | Karen Smith<br>Eel River Disposal<br>PO Box 266<br>Fortuna, CA 95540 |
| Elliot R. Peters, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Fax: (415) 397-7188<br>Email: erp@kvn.com | Michael J. Carroll<br>Erskine & Tulley<br>220 Montgomery Street, Ste 303<br>San Francisco, CA 94104<br>Fax: (415) 392-1978<br>Email: Michael@erskinetulley.com |
| John Winzler, Esq.<br>Winzler & Kelly<br>633 Third Street<br>Eureka, CA 95501<br>Fax: (707) 444-8330<br>Email: johnwinzler@w-and-k.com | Pamela R. Davis, Esq.<br>Orrick, Herrington & Sutcliffe<br>405 Howard St.<br>San Francisco, CA 94105<br>Fax: (415) 278-1411<br>Email: pdavis@orrick.com |
| Thomas Becker, Esq.<br>Law Offices of Thomas Becker<br>721 7th Street, Suite A<br>Eureka, CA 95501<br>Fax: (707) 441-9172<br>Email: gator@humboldt.com | Jackie Handy<br>Redwood Electronics Corporation<br>711 Summer St.<br>Eureka, CA 95501<br>Fax: (707) 443-2418<br>Email: recap-ar@sonic.net |
| Stacy Lewallen<br>PennaCold Engineering, Inc.<br>2945 NE Argyle St.<br>Portland, OR 97211<br>Fax: (503) 249-8322 | Missy Gallaway<br>Customer Truck Service<br>1945 Hifiker Ln.<br>Eureka, CA 95503<br>Fax: (707) 444-0224 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Leslie Horowitz<br>Clark & Trevithick | Mepco Label Systems<br>Mary Jo Gonzales |
| 3 | 800 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90017 | 29 North Aurora St.<br>Stockton, CA 95292 |
| 4 | Fax: (2 13) 624-9441<br>Email: lhorowitz@clarktrev.com | Fax: (209) 946-0164<br>Email: maryjo@mepcolabel.com |
| 5 | | |
| 6 | The Peavey Corporation<br>Carole Saunders | SCS Refrigerated Services LLC<br>Jane Larson |
| 7 | 10749 West 84th Terrace<br>Lenexa, KS 66214 | 502 10th Ave. North<br>Algona, WA 98001 |
| 8 | | |
| 9 | SCS Logistics LLC<br>Chris Kettman | SCS Refrigerated Services LLC<br>Carl Byrnes |
| 10 | 502 10th Ave. North<br>Algona, WA 98001 | 502 10th Ave. North<br>Algona, WA 98001 |
| 11 | | Fax: (253) 833-0118 |
| 12 | | Email: carl.byrnes@scs-ref.com |
| 13 | Thompson, O'brien, Kemp & Nasuti<br>Ted W. Hight III, Esq. | Henson Partners, Inc.<br>Jeff Henson |
| 14 | 40 Technology Parkway South, Suite<br>300 | 16733 E Palisades Blvd., Suite 101<br>Fountain Hills, AZ 85268 |
| 15 | Norcross, GA 30092 | Fax: (866)-898-9911 |
| 16 | Fax: (770) 925-8597<br>Email: thight@tokn.com | Email : jrh@hensonpartners.com |
| 17 | | |
| 18 | Caffe Classico Foods LLC<br>Lawrence Leser | Toste Dairy<br>George and Tina Toste |
| 19 | 2500 Annalisa Dr.<br>Concord, CA 94520 | 890 Dillon Rd.<br>Ferndale, CA 95536 |
| 20 | | |
| 21 | Nossaman LLP<br>John T. Hansen | Commonwealth Land Title Insurance<br>Co. |
| 22 | 50 California St., 34th Floor | Sharon Yarber |
| 23 | San Francisco, CA 94111<br>Fax: (415) 298-2438 | 801 South Figueroa St., Suite 870<br>Los Angeles, CA 90017 |
| 24 | Email: jhansen@nossaman.com | Fax: (213) 330-3084<br>Email: syarber@ltic.com |
| 25 | | |
| 26 | Robert D. Boynton<br>PO Box 3265 | Linda Nicholson<br>19 MacLeod Way |
| 27 | Winter Park, CO 80482-3265<br>Email: rdboynton@comcast.net | Scotts Valley, CA 95066<br>Email: lmntda@pacbell.net |
| 28 | | |

Case: 09-11078  Doc# 166  Filed: 07/17/09  Entered: 07/22/09 14:00:17  Page 9 of 10

| | | |
|---|---|---|
| 1 | Garberville Dairy, Inc. | Book & Book LLP |
| 2 | Linda K. Brodersen | Brian M. Kandel |
| 3 | PO Box 505 | 1414 Soquel Ave., Suite 203 |
| | Garberville, CA 95542 | Santa Cruz, CA 95062 |
| 4 | | Fax: (831) 427-5135 |
| 5 | | Email: brian.kandel@bookandbook.com |
| 6 | | |
| 7 | John Mason | Donna Sorensen |
| | 3364 Foster Ave. | 1040 Alder Grove Rd. |
| 8 | Arcada, CA 95521 | Arcata, CA 95521 |
| 9 | Beeson, Tayer & Bodine | |
| 10 | Catherine E. Arostegui | |
| | 520 Capital Mall, Suite 300 | |
| 11 | Sacramento, CA 95814 | |
| 12 | Fax: (916) 325-2100 | |
| | Email: carostegui@beesontayer.com | |