Entered on Docket
July 27, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 24, 2009

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
STEVEN B. SACKS,
Cal. Bar No. 98875
ORI KATZ,
Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for HUMBOLDT CREAMERY, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-11078 |
| HUMBOLDT CREAMERY, LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION REGARDING FILING OF INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES LESS THAN 120 DAYS AFTER THE PETITION DATE** |
| Tax ID: 87-0736033 | |

The Court having considered the *Stipulation Regarding Filing of Interim Applications for Compensation and Reimbursement of Expenses Less than 120 Days After the Petition Date*, filed on July 21, 2009, by and among Humboldt Creamery, LLC, the debtor and debtor-in-possession in the above-captioned case, the official committee of unsecured creditors, and CoBank, ACB, Administrative Agent for the DIP Lenders and Agent for the pre-petition lenders, all related pleadings and evidence filed in this case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The interim applications (the "<u>Fee Applications</u>") for compensation and expense reimbursement of the professionals whose employment is approved in this case may be filed prior to August 19, 2009.

2. Any Fee Applications filed prior to August 19, 2009, shall be filed and served at least 20 days prior to the date of the hearing on the Fee Applications as provided in Federal Rule of Bankruptcy Procedure 2002(a)(6).

**\*\* END OF ORDER \*\***