Arthur T. Perkins, Jr.
DELOITTE FINANCIAL ADVISORY SERVICES LLP
50 Fremont Street,
San Francisco, California 94105-2230
Telephone: 415-783-4000
Facsimile: 415-783-4329
E-mail: aperkins@deloitte.com

Financial Advisor to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>**HUMBOLDT CREAMERY, LLC,**<br>a Delaware limited liability company,<br><br>Debtor. | Case No.: 09-11078- AJ<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION FOR COMPENSATION AND REMIMBURSEMENT OF EXPENSES BY THE FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, DELOITTE FINANCIAL ADVISORY SERVICES LLP**<br><br>Date: August 21, 2009<br>Time: 10:30 a.m. PDT<br>Place: 99 South "E" Street,<br>       Santa Rosa, CA 95404<br>Judge: Honorable Alan Jaroslovsky |

The application of Deloitte Financial Advisory Services LLP ("Deloitte") respectfully represents the following:

## I.

## INTRODUCTION

Deloitte is the financial advisor to the Official Committee of Unsecured Creditors ("Committee"), having been so retained by order of this Court authorizing and approving such employment. As such, Applicant has performed various services for the Committee, the particulars

of which are set forth hereinafter.

## II.

## EMPLOYMENT AUTHORIZATION

The Committee was authorized to employ Deloitte as its financial advisor in connection with the Chapter 11 case pursuant to the ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ("Employment Order"), a copy of which is attached as Exhibit "A" and incorporated herein by reference. The Employment Order, signed on July 7, 2009, authorized the Committee to employ Deloitte as financial advisors to assist the Committee.

## III.

## APPLICATION PERIOD

This application represents Deloitte's first application for compensation in this bankruptcy case ("Application"). Pursuant to §§ 330, 331, 503 and 507 of the Bankruptcy Code, Deloitte seeks reasonable compensation for actual and necessary services rendered beginning May 26, 2009 through July 15, 2009 (the "Application Period").

## IV.

## HISTORY AND PRESENT POSTURE OF THE CASE

Details concerning the present posture of the case are set forth in the APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS scheduled to be heard concurrently on August 21, 2009.

## V.

## SUMMARY OF COMPENSATION REQUESTED

By this Application, Deloitte seeks approval of its Chapter 11 fees and expenses incurred from May 26, 2009 through July 15, 2009 on the interim basis in the amount of $26,010 and $402.29, respectively.

# VI.

## SUMMARY OF SERVICES RENDERED

Deloitte was retained to provide and has provided during the Application Period significant services, including: assisted the Committee in connection with its monitoring of the sale process for the Debtor; assisted the Committee in reviewing the financial reports, including the Schedules and Statement of Financial Affairs of the Debtor; advised the Committee in its assessment of the Debtor's contracts; assisted the Committee in evaluating claims asserted against the Debtor, including potential 503(b)(9); assisted Committee counsel in preparing for and attending Rule 2004 examinations of two individuals relating to financial matters as well as coordination of responses to numerous information requests of counsel and the Committee, and coordinating and attending regular meetings or conference calls with counsel and the Committee.

In accordance with the Compensation Guidelines, the activities of Deloitte are divided into seven (7) specific categories. Please that the standard classifications are intended to comply with the U.S. Trustee guidelines. In some instances time categorized in one category could have been set forth in a different category. Such services provided during the Application Period and the related time and charges are more fully described below:

**Category 1: Financial Analysis**

During the Application Period, Deloitte personnel assisted the Committee in reviewing the finances of the Debtor; review of the Statement of Financial Affairs; preparing requests for information; comparison of Debtor information to industry peers; review of financial statements for identification of unusual transactions; and follow up on questions from the Committee regarding the finances of the Debtor.

Fees and expenses related to this category are set forth in Exhibits "B" through Exhibits "F" hereto. The average rate, hours expended and total fees under this category are summarized as follows:

| Average Rate | Hours | Fees For Category |
|---|---|---|
| $ 464.04 | 18.7 | $8,677.50 |

**Category 2: Sell-side Consulting Services**

During the Application Period, Deloitte personnel assisted the Committee in monitoring the sale process of the debtor through review of the buyers log, identifying potential buyers and making introductions to potential buyers. These contacts were made to maximize the value of the sale.

Fees and expenses related to this category are set forth in Exhibits "B" through Exhibits "F" hereto. The average rate, hours expended and total fees under this category are summarized as follows:

| Average Rate | Hours | Fees For Category |
|---|---|---|
| $ 450 | 2.2 | $990 |

**Category 3: Prepare for and attendance at Deposition**

During the Application Period, Deloitte personnel assisted the Committee and Committee's counsel with the depositions of the Debtor's financial statement auditor and CoBank's collateral auditor through review of information relevant to the deposition; preparing counsel for the deposition; and attending the deposition of the financial statement auditor.

Fees and expenses related to this category are set forth in Exhibits "B" through Exhibits "F" hereto. The average rate, hours expended and total fees under this category are summarized as follows:

| Average Rate | Hours | Fees For Category |
|---|---|---|
| $ 507.28 | 12.7 | $6,442.50 |

**Category 4: Correspondence and communications with client, counsel, etc.**

During the Application Period, Deloitte personnel assisted the Committee through attendance of regular meetings and conference calls with the Committee and Counsel, both together and separately, this allowed Deloitte to respond to questions and give updates in an efficient manner.

Fees and expenses related to this category are set forth in Exhibits "B" through Exhibits "F" hereto. The average rate, hours expended and total fees under this category are summarized as follows:

| Average Rate | Hours | Fees For Category |
|---|---|---|
| $ 494.32 | 11 | $5,437.50 |

**Category 5: Case Management & Administration**

During the Application Period, Deloitte personnel had meetings, conference calls and e-mail correspondence with the Committee's counsel; reviewed e-mails and attachments relevant to our role in the case. These case updates and status meetings were held to (i) identify, prioritize and assign tasks among appropriate personnel, (ii) track progress against all assigned task, and (iii) ensure the case was moving forward. Deloitte personnel also provided advice to and agreed with the Committee and Committee counsel on scope of services; drafted, negotiated and finalized the engagement agreement; and drafted and finalized Deloitte's declaration of disinterestedness.

Fees and expenses related to this category are set forth in Exhibits "B" through Exhibits "F" hereto. The average rate, hours expended and total fees under this category are summarized as follows:

| Average Rate | Hours | Fees For Category |
|---|---|---|
| $ 525 | 5.4 | $2,835 |

**Category 6 – Travel time**

During the Application Period, Deloitte personnel traveled to a deposition. Consistent with

Deloitte's internal guidelines, the Committee was not charged for the first hour any one way travel. Time in excess of the initial first hour for any one way travel was charged to the Committee at 50% of the applicable hourly rates charged for other time.

Fees and expenses related to this category are set forth in Exhibits "B" through Exhibits "F" hereto. The average rate, hours expended and total fees under this category are summarized as follows:

| Average Rate | Hours | Fees For Category |
|---|---|---|
| $ 262.50 | 6.2 | $1,627.50 |

**Category 7 – Reimbursement of expenses**

Deloitte also incurred expenses in the sum of $402.29 between May 26, 2009 and July 15, 2009 as itemized in Exhibit "B" attached hereto. Applicant charges ordinary and customary expenses as follows:

| Description | Amount |
|---|---|
| Auto and Tolls | $ 216.30 |
| Conference Calls | 9.17 |
| Hotels / Lodging | 176.82 |
| Total | $402.29 |

## VII.

## PRIOR COMPENSATION

Within one year immediately preceding the commencement of this case, Deloitte received no compensation and provided no services to the Debtor. This is Deloitte's first interim application for compensation in the bankruptcy case.

## VIII.

## 2016 (a) STATEMENT

Deloitte does not have any agreement to share its compensation received or to be received for services rendered in, or in connection with, this case, with any non-affiliated entity. The source of the compensation to be paid is funds held by the Debtor, and no agreement exists for Deloitte to be paid from any other source.

**WHEREFORE**, Deloitte, prays for the Court to enter its Order (i) approving all advisory fees incurred by Deloitte in its assistance of the Committee during the Application Period in the sum of $26,010 on an interim basis; (ii) approving all expenses incurred by Deloitte in its assistance of the Committee during the Application Period in the sum of $402.29 on an interim basis; (iii) authorizing the Debtor to pay Deloitte the sum of $26,412.29, for services rendered and expenses incurred during the Application Period; and (iv) for such other and further relief as the Court deems just and proper.

Dated: July 31, 2009

DELOITTE FINANCIAL ADVISORY SERVICES LLP

By _____
Arthur T. Perkins, Jr.
Financial Advisor to the Official Committee of Unsecured Creditors

# CERTIFICATION RE COMPLIANCE WITH GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS

I, Arthur T. Perkins, Jr., am the professional designated by Deloitte Financial Advisory Services LLP ("Deloitte") with the responsibility in this case for compliance with the Guidelines for Compensation and Expense Reimbursement of Professionals (the "Guidelines") promulgated by the Court effective on December 1, 2004, and I hereby certify that:

(1) I have read the foregoing application for compensation;

(2) To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought herein is in conformity with the Guidelines;

(3) The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by Deloitte and generally accepted by Deloitte's clients;

(4) All of the time records attached to this application are accurate and were recorded in the regular and ordinary course of business contemporaneously with the services provided;

(5) All summaries to this application are true and accurate; and

(6) I have served a copy of the Application on the Committee with the required transmittal letter, a copy of which is attached hereto as Exhibit "G".

I hereby certify under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge, information and belief formed after reasonable inquiry.

Executed this 31 day of July, 2009 at San Francisco, California.