SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,<br><br>          Debtor.<br><br>Tax ID: 87-0736033 | Case No. 09-11078<br><br>Chapter 11<br><br>**SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF DUFF & PHELPS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER TO THE DEBTOR**<br><br>Date: August 21, 2009<br>Time: 10:30 a.m.<br>Place: 99 South E. Street<br>        Santa Rosa, CA 95404<br>Judge: Hon. Alan Jaroslovsky |

On July 31, 2009, Chanin Capital Partners, LLC and Duff & Phelps Securities, LLC (collectively, "Duff & Phelps") filed its first interim application (the "Application") for allowance of compensation and reimbursement of expenses incurred as investment banker and financial advisor to Humboldt Creamery, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"). Terms in initial capital letters not conforming to customary usage and not otherwise defined herein shall have the meanings ascribed to them in the Application.

In the Application, Duff & Phelps sought approval of $150,000.00 in retainer fees earned during the Application Period, $34,199.65 in expenses accrued during the Application Period, and payment of a Transaction Fee on the closing of a sale of the Debtor's assets, which Duff & Phelps stated was contemplated to occur at the end of August, 2009, all subject to final review and approval of this Court upon the filing of a final fee application.

As set forth in the Application and Duff & Phelps' amended application for employment [Dckt #98], the amount of the Transaction Fee is dependent on the amount of the purchase price obtained for the sale of the Debtor's assets. The Transaction Fee is to be an amount equal to the greater of 2.5% of the gross sale proceeds or $500,000.00, reduced by fifty percent (50%) of the Retainer Fees, provided that in no event shall the Transaction Fee paid to Duff & Phelps be less than $500,000.00.[1]

After the approval of the sale of the majority of the Debtor's assets to Foster Dairy Farms for a purchase price of $19.25 million,[2] Duff & Phelps now wishes to supplement the Application to state that, per the above formula, Duff & Phelps' Transaction Fee will be $500,000.00. As stated in the Application, the Debtor seeks this Court's approval for the payment of the Transaction Fee on the closing of a sale of the Debtor's Creamery Assets, which is now contemplated to occur on or about August 26, 2009.

Dated: August 19, 2009

By     */s/ Ken Nofziger*
KEN NOFZIGER

DUFF & PHELPS SECURITIES, LLC and
CHANIN CAPITAL PARTNERS, LLC

---

[1] *See*, Declaration of Ken Nofziger in Support of Application, ¶ 8.
[2] *See*, Order dated August 14, 2009 [Dckt #211].