

One Tower Square, 5MN
Hartford, CT 06183

ACCOUNT RESOLUTION
STACY BARAL
(860) 277-9755 (DIRECT)
(FAX)

July 22, 2009

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN RE:** HUMBOLDT CREAMERY LLC, CASE # 09-11078

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRAVELERS AND ITS AFFILIATES ("TRAVELERS"), A CREDITOR AND PARTY IN INTEREST, ENTERS ITS APPEARANCE IN THIS CASE. TRAVELERS REQUESTS THAT THE BELOW UNDERSIGNED RECEIVE ALL COPIES OF ALL MATTERS FILED OR NOTICED BY ANY PARTY HEREIN, INCLUDING BUT NOT LIMITED TO ALL PLANS AND DISCLOSURE STATEMENTS. COPIES SHOULD BE SENT TO:

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

ATTENTION: STACY BARAL
ACCOUNT RESOLUTION
(860) 277-9755 (DIRECT)
(FAX)
RESPECTFULLY SUBMITTED July 22, 2009

FILED
AUG 17 2009
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

STACY BARAL
CASE MANAGER
TRAVELERS

CC: ORI KATZ
 MARY DUFFY BOARDMAN - TRAVELERS