1 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
2
3 MICHAEL H. AHRENS,
  Cal. Bar No. 44766
4 STEVEN B. SACKS,
  Cal. Bar No. 98875
5 ORI KATZ,
  Cal. Bar No. 209561
6 Four Embarcadero Center, 17th Floor
  San Francisco, California 94111-4109
7 Telephone: 415-434-9100 Facsimile: 415-434-3947
8
  Attorneys for HUMBOLDT CREAMERY, LLC
9

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,<br><br>  Debtor.<br><br>Tax ID: 87-0736033 | Case No.<br>09-11078 Chapter 11<br><br>**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF BURR, PILGER, & MAYER, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL CONSULTANT TO THE DEBTOR**<br><br>Date: August 21, 2009<br>Time: 10:30 a.m.<br>Place: 99 South E. Street Santa Rosa, CA 95404 Judge: |

The Court having considered the *First Interim Fee Application Of Burr, Pilger, & Mayer, Llp For Allowance Of Compensation And Reimbursement Of Expenses Incurred As Financial Consultant To The Debtor* [Docket #184] (the "Application"), filed by Burr, Pilger, & Mayer, LLP ("Burr Pilger"), financial consultant to Humboldt Creamery, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), all pleadings and evidence filed in connection therewith, the arguments of the parties present at the hearing held on the Application, and finding that notice of the Application is sufficient under the circumstances, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The aggregate compensation sought in the Application totaling $112,014.90, consisting of total professional fees of $111,282.50 and expenses of $732.40, is hereby approved.

2. Burr Pilger is authorized and directed to apply the $75,683.00 pre-petition retainer held by Burr Pilger to the amounts sought in this Application.

3. The Debtor is authorized and directed to make immediate payment to Burr Pilger of the balance of all allowed and outstanding amounts remaining after the application of the aforesaid retainer.

Dated: August 21, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge