SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
STEVEN B. SACKS,
Cal. Bar No. 98875
ORI KATZ,
Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100 Facsimile: 415-434-3947

Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,

Debtor.

Tax ID: 87-0736033

Case No. 09-11078

Chapter 11

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF DUFF & PHELPS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER TO THE DEBTOR**

Date: August 21, 2009
Time: 10:30 a.m.
Place: 99 South E. Street Santa Rosa, CA 95404 Judge: Hon. Alan Jaroslovsky

The Court having considered the *First Interim Fee Application Of Duff & Phelps For Allowance Of Compensation And Reimbursement Of Expenses Incurred As Investment Banker To The Debtor* [Docket #185] (the "Application"), filed by Chanin Capital Partners, LLC and Duff & Phelps Securities, LLC (collectively, "Duff & Phelps") the investment banker and financial advisor to Humboldt Creamery, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), all pleadings and evidence filed in connection therewith, the arguments of the parties present at the hearing held on the Application, and finding that notice of the Application is sufficient under the circumstances, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The $150,000.00 in Retainer Fees earned by Duff & Phelps to date are hereby approved, and of that amount, the Debtor is authorized and directed to pay to Duff & Phelps the $25,000.00 July Retainer Fee which remains outstanding.

2. Duff & Phelps' expenses incurred during the Application Period, totaling $34,199.65, are hereby approved, and the Debtor is authorized and directed to immediately reimburse Duff & Phelps for the $9,906.00 of such expenses which have not yet been reimbursed.

3. Duff & Phelps' $500,000.00 Transaction Fee is hereby approved, and the Debtor is authorized and directed to pay said Transaction Fee to Duff & Phelps on the closing of a sale of the Debtor's Creamery Assets to Foster Dairy Farms, which is contemplated to occur on or after August 26, 2009.

Dated: August 21, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge