

Signed: August 21, 2009

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for HUMBOLDT CREAMERY, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,<br><br>Debtor.<br><br>Tax ID: 87-0736033 | Case No. 09-11078<br><br>Chapter 11<br><br>**ORDER APPROVING FIRST INTERIM APPLICATION OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS BANKRUPTCY REORGANIZATION COUNSEL FOR THE DEBTOR**<br><br>Date:    August 21, 2009<br>Time:    10:30 a.m.<br>Place:    99 South E. Street<br>            Santa Rosa, CA 95404<br>Judge:   Hon. Alan Jaroslovsky |

The Court having considered the *First Interim Application of Sheppard, Mullin, Richter & Hampton LLP for Allowance of Compensation and Reimbursement of Expenses Incurred As Bankruptcy Reorganization Counsel for the Debtor* [Docket #183] (the "Application"), filed by Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), bankruptcy counsel to Humboldt Creamery, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), all pleadings and evidence filed in connection therewith, the arguments of the parties present at the hearing held on the Application, and finding that notice of the Application is sufficient under the circumstances, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The aggregate compensation sought by Sheppard Mullin in the Application for professional legal services rendered and reimbursement of expenses incurred as counsel for the Debtor from April 21, 2009 through July 17, 2009 totaling $640,032.51, consisting of total professional fees of $621,106.00 and expenses of $18,926.51, is hereby approved.

2. The Debtor is authorized and directed to make immediate payment to Sheppard Mullin of all allowed and outstanding amounts approved and unpaid.

3. Sheppard Mullin is authorized to apply the $186,956.75 pre-petition retainer held by Sheppard Mullin to the amounts sought in the Application.

**\*\* END OF ORDER \*\***