
Entered on Docket
August 25, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 24, 2009

ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

Arthur T. Perkins, Jr.
DELOITTE FINANCIAL ADVISORY SERVICES LLP
50 Fremont Street
San Francisco, California 94105-2230
Telephone: 415-783-4000
Facsimile: 415-783-4329
E-mail: aperkins@deloitte.com

Financial Advisor to the Official Committee of Unsecured Creditors

DELOITTE FINANCIAL ADVISORY SERVICES LLP
SAN FRANCISCO, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

In re:

**HUMBOLDT CREAMERY, LLC,**
a Delaware limited liability company,

Debtor.

Case No.: 09-11078

Chapter 11

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY THE FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, DELOITTE FINANCIAL ADVISORY SERVICES LLP**

Date: August 21, 2009
Time: 10:30 a.m.
Place: 99 South E. Street
Santa Rosa, CA 95404
Judge: Hon. Alan Jaroslovsky

THIS MATTER came before the Court upon consideration of the *First Interim Application for Compensation and Reimbursement of Expenses by the Financial Advisor to the Official Committee of Unsecured Creditors, Deloitte Financial Advisory Services LLP* (the "Application"). Appearances were made as reflected in the record. Based upon the Court's review and consideration of the Application, the other records and pleadings filed in the Debtor's Chapter 11 case, and the statements of counsel at the hearing on the Application,

Case: 09-11078 Doc# 234 Filed: 08/24/09 Entered: 08/25/09 17:33:18 Page 1 of 2

THE COURT HEREBY FINDS that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient under the particular circumstances, and that no objections to the Application were timely filed or served.

It appears to the Court that good cause exists for the interim approval of the fees and expenses requested by counsel in the Application pursuant to Sections 330 and 331 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED**:

1. The Application is granted as set forth herein and the Court allows, on an interim basis, the sum of $26,412.29, which sum represents compensation for services rendered in the amount of $26,010.00 and reimbursement for expenses incurred in the amount of $402.29 for the period commencing May 26, 2009 through July 15, 2009, as reasonable compensation for actual and necessary services rendered by Deloitte Financial Advisory Services LLP ("Deloitte");

2. The Debtor is hereby authorized and directed to pay to Deloitte such allowed fees and expenses.

3. The allowance of the aforementioned interim fees and expenses are subject to Court approval on a final basis pursuant to final fee applications to be submitted for approval at the appropriate time.

**END OF ORDER**

Case: 09-11078 Doc# 234 Filed: 08/24/09 Entered: 08/25/09 17:33:18 Page 2 of 2