Entered on Docket
August 25, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 24, 2009



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
       mlitvak@pszjlaw.com
       ggreenwood@pszjlaw.com

Attorneys for Official Committee
of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

In re:

**HUMBOLDT CREAMERY, LLC,**
a Delaware limited liability company,

          Debtor.

Case No.: 09-11078

Chapter 11

**ORDER GRANTING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 28, 2009 THROUGH JUNE 30, 2009**

Date: August 21, 2009
Time: 10:30 a.m.
Place: 99 South E. Street
       Santa Rosa, CA 95404
Judge: Hon. Alan Jaroslovsky

THIS MATTER came before the Court upon consideration of the *First Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period April 28, 2009 Through June 30, 2009* (the "Application"). Appearances were made as reflected in the record. Based upon the Court's review and consideration of the Application, the other records and pleadings filed in the Debtor's Chapter 11 case, and the statements of counsel at the hearing on the Application,

THE COURT HEREBY FINDS that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient under the particular circumstances, and that no objections to the Application were timely filed or served.

It appears to the Court that good cause exists for the interim approval of the fees and expenses requested by counsel in the Application pursuant to Sections 330 and 331 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED**:

1. The Application is granted as set forth herein and the Court allows, on an interim basis, the sum of $115,102.68, which sum represents compensation for services rendered in the amount of $113,536.25 and reimbursement for expenses incurred in the amount of $1,566.43 for the period commencing on April 28, 2009, and ending on June 30, 2009 as reasonable compensation for actual and necessary services rendered by Pachulski Stang Ziehl & Jones LLP (PSZ&J);

2. The Debtor is hereby authorized and directed to pay to PSZ&J such allowed fees and expenses.

3. The allowance of the aforementioned interim fees and expenses are subject to Court approval on a final basis pursuant to final fee applications to be submitted for approval at the appropriate time.

\*\*END OF ORDER\*\*