Chrisandrea L.Turner (Kentucky Bar No. 87520)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Telephone: (859) 233-2012
Facsimile: (859) 259-0649
E-mail: Lexbankruptcy@wyattfirm.com
*Pro Hac Vice Admission Pending*

Counsel for All Star Dairy Association, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>HUMBOLDT CREAMERY, LLC,<br>a Delaware Limited Liability Company,<br><br>Debtor. | Case No. 09-11078 AJ 11<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES** |

The law firm of Wyatt, Tarrant & Combs, LLP, pursuant to Federal Rule of Bankruptcy Procedure 9010, hereby enters its appearance as attorneys for All Star Dairy Association, Inc., 1050 Monarch Street, Suite 101, Lexington, Kentucky 40513, with regard to all matters and proceedings in the above-captioned case, showing counsel's name, office mail address, electronic mail address and telephone number as follows:

> Chrisandrea L. Turner
> Wyatt, Tarrant & Combs, LLP
> 250 West Main Street, Suite 1600
> Lexington, Kentucky 40507-1746
> Telephone: (859) 233-2012
> Facsimile: (859) 259-0649
> Email: lexbankruptcy@wyattfirm.com

All Star Dairy Association, Inc., pursuant to Federal Rule of Bankruptcy Procedure 2002, hereby requests that all notices required to be given under

Rules 2002, 4001, 6004, 6006, 6007 and 9019 be given to All Star Dairy Association, Inc. by due service upon its undersigned attorneys, Wyatt, Tarrant & Combs, LLP, at the address stated above.

PLEASE TAKE FURTHER NOTICE that Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive Creditor's right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP

/s/ Chrisandrea L. Turner
Chrisandrea L. Tuner
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Telephone: (859) 233-2012
Facsimile: (859) 259-0649
E-mail: Lexbankruptcy@wyattfirm.com
*Pro Hac Vice Admission Pending*

COUNSEL FOR ALL STAR DAIRY ASSOCIATION, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance has been served this <u>18th</u> day of September, 2009, to all parties designated to receive electronic notice via the Court's CM/ECF system, and to the parties listed below via postage prepaid U.S. mail, with no further service required.

| | |
|---|---|
| Humboldt Creamery, LLC<br>Attn: Len Mayer<br>572 Highway 1<br>Fortuna, CA 95540 | U.S. Trustee<br>Office of the U.S. Trustee / SR<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| Rumiano Cheese<br>Baird Rumiano<br>P.O. Box 863<br>Willows, CA 95988 | CA Dairies<br>Ray Gutierrec<br>2000 N. Plaza Drive<br>Visalia, CA 93291 |
| Sweetener Productions Inc.<br>Jim Boltinghouse<br>P.O. Box 58426<br>Vernon, CA 90058 | Mass Marketing Services<br>John Carlson<br>7851 Mission Cntr., #115<br>San Diego, CA 92108 |
| Steve Wills Trucking<br>Steve Wills<br>P.O. Box 335<br>Fortuna, CA 95540 | Barry Plastics Corp.<br>Ronda Hale<br>101 Oakley Street<br>Evansville, IN 47710 |
| Certified Freight Logistics<br>Scott Cramer<br>P.O. Box 5819<br>Santa Maria, CA 93456 | Catherine Arostegui<br>Beeson, Taver and Bodine<br>520 Capitol Mall #300<br>Sacramento, CA 95814 |
| David C. Veis<br>Robins, Kaplan, Miller & Ciresi LLP<br>3700 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208 | Julia V. Lee<br>Robins, Kaplan, Miller & Ciresi LLP<br>3700 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208 |
| Kathryn J.Halford<br>Wohlner Kaplon Phillips Young & Cutler<br>15456 Ventura Boulevard, Suite 500<br>Sherman Oaks, CA 91403 | Dana K. Kann<br>Wohlner Kaplon Phillips Young & Cutler<br>15456 Ventura Boulevard, Suite 500<br>Sherman Oaks, CA 91403 |

| | | |
|---|---|---|
| 1 | Travelers | Matthew J. Shier |
| 2 | National Accounts | Pinnacle Law Group LLP |
|   | Attn: Stacy Baral | 425 California Street, Suite 1800 |
| 3 | 1 Tower Square – 5MN | San Francisco, CA 94104 |
|   | Hartford, CT 06183-4044 | |

/s/ Chrisandrea L. Turner
Chrisandrea L. Turner

30532983.1