# EXHIBIT B

# NON-EXCLUSIVE LIST OF

# LIQUIDATING TRUST RETAINED CLAIMS AND/OR DEFENSES

**This Exhibit is subject to all of the provisions of the Plan, including, without limitation Section 11.1, under which the Proponents reserved the right to alter, amend, or modify the Plan, including any Exhibits thereto, under Section 1127(a) of the Bankruptcy Code at any time prior to the Effective Date. Capitalized terms not defined herein shall have the meanings set forth in the Plan.**

The following is a non-exclusive list of potential or actual Causes of Action and Defenses that the Liquidating Trust may potentially assert. The Proponents reserve the right to modify this list to amend such Causes of Action and Defenses or otherwise update this list, but disclaim any obligation to do so.

1. <u>Malpractice Litigation</u>

Any and all affirmative claims of the Debtor and the Estate against the Debtor's former accountants, attorneys and other professionals, specifically including without limitation, claims for negligence, accounting malpractice, and breach of fiduciary duty against the Debtor's former auditor, Frank X. Gloeggler, are expressly preserved and may be pursued by the Liquidating Trust against such parties and any available insurance coverage. Under the Compromise Agreement, the Liquidating Trust may also bring related claims on behalf of CoBank and the Banks.

2. <u>Employee/Insider Litigation</u>

Any and all affirmative claims of the Debtor and the Estate against the Debtor's current or former officers, managers, employees, members and any other Insiders, specifically including without limitation, claims against the Humboldt Creamery Association, the Dairy Farmers Association of America and/or their respective members, are expressly preserved and may be pursued by the Liquidating Trust against such parties and any available insurance coverage. Under the Compromise Agreement, the Liquidating Trust may also bring related claims on behalf of CoBank and the Banks.

3. <u>Accounts Receivable Collection</u>

Any and all affirmative claims against parties who have not paid amounts due to the Debtor as set forth in the Debtor's books and records, to the extent that such claims belong to the Debtor or the Estate as of the Effective Date, or to the extent that such claims are discovered or accrue to the Debtor after the Effective Date.

4. Avoidance Actions

Any and all Avoidance Actions, specifically including without limitation, claims to avoid the transfers identified in the Schedules, are expressly preserved and may be pursued by the Liquidating Trust against such parties or any subsequent transferees. Creditors are urged to review the Schedules, which identify the specific transfers, including names of transferees and dates and amounts of transfers, that may be the subject of an Avoidance Action.