| | |
|---|---|
| John D. Fiero (CA Bar No. 136557)<br>Maxim B. Litvak (CA Bar No. 215852)<br>Gail S. Greenwood (CA Bar No. 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500<br>Telephone: 415/263-7000<br>Facsimile: 415/263-7010<br><br>Attorneys for Official Committee<br>of Unsecured Creditors | Michael H. Ahrens (CA Bar No. 44766)<br>Steven B. Sacks (CA Bar No. 98875)<br>Ori Katz (CA Bar No. 209561)<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Telephone: 415/434-9100<br>Facsimile: 415/434-3947<br><br>Attorneys for Humboldt Creamery, LLC |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>**HUMBOLDT CREAMERY, LLC,**<br>a Delaware limited liability company,<br><br>Debtor. | Case No.: 09-11078<br><br>Chapter 11<br><br>**NOTICE OF HEARING TO:**<br><br>**(1) CONSIDER APPROVAL OF DISCLOSURE STATEMENT IN SUPPORT OF JOINT PLAN OF LIQUIDATION; AND**<br><br>**(2) ESTABLISH TRANSMITTAL AND VOTING PROCEDURES FOR CONFIRMATION OF THE PLAN**<br><br><u>Disclosure Statement Hearing</u><br>Date: November 13, 2009<br>Time: 10:00 a.m.<br>Place: 99 South E. Street<br>       Santa Rosa, CA 95404<br>Judge: Hon. Alan Jaroslavsky |

**PLEASE TAKE NOTICE** that on November 13, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard in the United States Bankruptcy Court, located at 99 South E Street, Santa Rosa, California 95404, a hearing (the "Hearing") will be held, pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3017 of the Federal Rules of Bankruptcy Procedure, to:

(1)  consider approval of the *Disclosure Statement in Support of Joint Plan of Liquidation Proposed by the Debtor and Official Committee of Unsecured Creditors*, filed on October 9, 2009, as amended or supplemented (the "Disclosure Statement"); and

(2)  establish transmittal, voting and confirmation procedures for the *Joint Plan of Liquidation Proposed by the Debtor and Official Committee of Unsecured Creditors*, filed on October 9, 2009, as amended or supplemented (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that Humboldt Creamery, LLC and the Official Committee of Unsecured Creditors (together, the "Proponents") will request at the Hearing that the Court, among other matters:  (i) approve the Disclosure Statement as containing adequate information for purposes of section 1125 of the Bankruptcy Code; (ii) authorize the solicitation of votes to accept or reject the Plan and fix a date by which such solicitation shall take place (including a deadline for ballots to be submitted), (iii) fix a date for the hearing to consider confirmation of the Plan and approve the scope and format of the notice to be provided regarding such hearing, and (iv) address any other procedural or administrative matters relating to approval of the Disclosure Statement or solicitation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Proponents will request at the Hearing, pursuant to Rule 3017(d) of the Federal Rules of Bankruptcy Procedure, that the Court exempt the Proponents from transmitting the Plan and Disclosure Statement to unimpaired classes of creditors.

**PLEASE TAKE FURTHER NOTICE** that any party with an objection to the proposed Disclosure Statement must file such objection with the Court and serve a copy of the objection on the respective attorneys for the Proponents by no later than seven (7) days prior to the Hearing or **November 6, 2009**.  Any objection must be accompanied by any declarations, memoranda of law or other evidence that the objecting party wishes to present in support of its position.  Failure to timely file and serve an objection may be deemed approval to the form of Disclosure Statement proposed by the Proponents.

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to obtain a copy of the proposed Disclosure Statement may do so by written request to counsel for one or the other

Proponent, or by downloading the Disclosure Statement from the following website:

*http://www.pszjlaw.com/humboldtcreamery.html*.

Dated: October 9, 2009     PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Maxim B. Litvak*
John D. Fiero
Maxim B. Litvak
Gail S. Greenwood
Attorneys for the Official Committee of
Unsecured Creditors

Dated: October 9, 2009     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Michael H. Ahrens*
Michael H. Ahrens
Attorneys for Humboldt Creamery, LLC