Judy D. Thompson, Esq. (NC State Bar No. 15617)
POYNER SPRUILL LLP
301 South College Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 342-5250
Facsimile: (704) 342-5264

Attorneys for Kraft Foods

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:                                  Chapter 11

HUMBOLDT CREAMERY, LLC,                 Case No. 09-11078

            Debtor.

**REQUEST FOR PAYMENT OF ADMINISTRATIVE
CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9)**

Kraft Foods Global, Inc. ("Kraft"), hereby submits its request for payment of administrative expense ("Request") pursuant to 11 U.S.C. § 503(b) as follows:

**BACKGROUND AND REQUEST**

1. On April 21, 2009 (the "Petition Date") Humboldt Creamery, LLC (the "Debtor") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

2. The Debtor continues to operate its businesses and manage its affairs as Debtors-in-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. Kraft provided goods in the form of bulk dairy packaging ("Goods") to the Debtor and similar entities.

4. During the twenty (20) days preceding the Petition Date, Kraft delivered Goods on credit to the Debtor in the ordinary course of the Debtor's business for which Kraft has not

1

been paid. The Goods received by the Debtor during the twenty days (20) prior to the Petition Date have a value after setoff of credits due of $5,051.55. These Goods were necessary and beneficial to the Debtor in the operation of its business.

**RELIEF REQUESTED**

5. The amounts currently due and owing to Kraft for the Goods received by the Debtor are compensable as administrative claims under 11 U.S.C. § 503(b)(9) and are entitled to administrative expense priority under 11 U.S.C. §507(a)(2).

6. 11 U.S.C. §503(b)(9) provides "[a]fter notice and a hearing, there shall be allowed administrative expenses . . . including – (9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. §503(b)(9).

7. The delivery of Goods by Kraft during the twenty (20) days prior to the Petition Date at the Debtor's specific request in the manner described herein meets the statutory requirement for an 11 U.S.C. §503(b)(9) claim. Attached hereto as Exhibit "A" is a complete listing of the Goods received by the Debtor and their corresponding value during the twenty (20) days prior to the Petition Date.

8. By this Motion, Kraft seeks allowance of $5,051.55 for the Goods received by the Debtor within twenty (20) days prior to the Petition Date.

9. Attached hereto, marked "Exhibit B" and made a part hereof, are true and correct copies of all Kraft invoices to Debtor for the Goods listed in Exhibit A.

WHEREFORE, Kraft Global Foods, Inc. respectfully requests the entry of its proposed Order Allowing An Administrative Expense Claim under 11 U.S.C. §503(b)(9) in the amount of $5,051.55, and granting such other and further relief as may be just and proper.

This the 29th day of October, 2009.

2

_____
Judy D. Thompson
North Carolina State Bar No. 15617
Shannon E. Hoff
North Carolina State Bar No. 36206
Poyner Spruill LLP
301 South College Street, Suite 2300
Charlotte, North Carolina 28202
Telephone:    (704) 342-5250
Facsimile:    (704) 342-5264

Counsel for Kraft Global Foods, Inc.

3

Case: 09-11078   Doc# 288   Filed: 10/30/09   Entered: 11/03/09 15:27:32   Page 3 of 16

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Request for Allowance And Payment of Administrative Expense Pursuant to 11 U.S.C. §503(b)(9)* has been served upon the parties listed below by express mail on this the 29th day of October, 2009.

Michael H. Ahrens, Esq.
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111

U.S. Trustee
Office of the U.S. Trustee / SR
235 Pine Street, Suite 700
San Francisco, CA 94104

Humboldt Creamery, LLC
Attention: Len Mayer, CEO
572 Highway One
Fortuna, CA 95540

Gail S. Greenwood, Esq.
Pachulski Stang Ziehl and Jones
150 California Street, 15th Floor
San Francisco, CA 94111

_____
Susan Black

# EXHIBIT A

Kraft Foods Global, Inc.
Request for Payment of Administrative
Expense Under 503(b)(9)

| Invoice Number | Invoice (Ship) Date | Invoice Amount | 503(b)(9) |
|---|---|---|---|
| 1900880469 | 04/13/2009 | $3,176.36 | $3,176.36 |
| 1900854978 | 04/06/2009 | $2,944.69 | $2,944.69 |
| **SUBTOTAL** | | **$6,121.05** | **$6,121.05** |
| Credit Offset | | ($403.50) | ($403.50) |
| Credit Offset | | ($666.00) | ($666.00) |
| **TOTAL** | | **$5,051.55** | **$5,051.55** |

# EXHIBIT B

# KRAFT FOODS, INC.

**ORIGINAL INVOICE**

| FROM: | 0021 STOCKTON CA REF M | | REMIT TO: | | PAGE 1 OF 2 |
|---|---|---|---|---|---|
| | STOCKTON | | Kraft Foods | INVOICE NUMBER: | 1900880469 |
| | CA | | PO Box 100139 | P.O DATE: | 04/06/2009 |
| KF DUNS: | | | PASADENA CA 91189 | SHIP DATE: | 04/13/2009 |
| CUST: | 200503075 | | USA | RD DATE: | 04/14/2009 |
| PDT: | 04/14/2009 RAO: 491 | | | TOT DUE: | 3,176.36 |
| ORDR: | 1700759658TR: F2 | | | IF PAID BY: | 04/29/2009 |
| A/R: | 200020823 | | B/L NBR: 0006581810 | NET DUE: | |
| PP: | 3491 | | CARRIER: JRFM | TERMS: NET 15 DAYS GOOD |
| TC: | NAA8   LB: LB42 | | FRT TERMS: Prepaid | FUNDS IN BANK |
| CUST T/CLASS: 310 | | | PO #: 41264 | | |
| 04/14/2009 | | | | | |

**SHIP TO:**
HUMBOLDT CREAMERY ASSOC
572 STATE HIGHWAY 1
FORTUNA CA 95540-9705
USA

**BILL TO:**
HUMBOLDT CREAMERY ASSOC
572 STATE HIGHWAY 1
FORTUNA CA 95540-9705
USA

| ORD QTY | U O M | SHP QTY | U O M | MATL NO / CUST ITEM | DESCRIPTION | | UNIT PRICE / ALW/CHG | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | CA | 20 | CA | 499001829100 / 499001829100 | 8Z KNUD HAMP SR CRM | 12 | 11.6400 CA | 11.6400 | 232.80 |
| 39 | CA | 39 | CA | 499001827500 / 499001827500 | 1# KNUD HAMP SR CRM | 12 | 19.8000 CA | 19.8000 | 772.20 |
| 8 | CA | 8 | CA | 499001800200 / 499001800200 | 1# KNUD LT SR CRM | 12 | 19.8000 CA | 19.8000 | 158.40 |
| 4 | CA | 4 | CA | 499001829500 / 499001829500 | 1# KNUD FR SR CRM | 12 | 19.8000 CA | 19.8000 | 79.20 |
| 14 | CA | 14 | CA | 499001825900 / 499001825900 | 24Z KNUD HAMP SR CRM | 6 | 12.7800 CA | 12.7800 | 178.92 |
| 39 | CA | 39 | CA | 499003427000 / 499003427000 | 1# KNUD COT CHS SMALL CURD | 12 | 23.1600 CA | 23.1600 | 903.24 |
| 39 | CA | 39 | CA | 499003450600 / 499003450600 | 1# KNUD LF COT CHS | 12 | 23.1600 CA | 23.1600 | 903.24 |
| | | | | | Adj Freshness Allow | | | | 51.64- |

# KRAFT FOODS, INC.

ORIGINAL INVOICE

| | |
|---|---|
| PAGE | 2 OF 2 |
| INVOICE NUMBER: | 1900880469 |
| P.O DATE: | 04/06/2009 |
| SHIP DATE: | 04/13/2009 |
| RD DATE: | 04/14/2009 |
| TOT DUE: | 3,176.36 |
| IF PAID BY: | 04/29/2009 |
| NET DUE: | |
| TERMS: | NET 15 DAYS GOOD FUNDS IN BANK |

REMIT TO:
Kraft Foods
PO Box 100139
PASADENA CA 91189
USA

FROM: 0021 STOCKTON CA REF M
STOCKTON
CA

SHIP TO:
HUMBOLDT CREAMERY ASSOC
572 STATE HIGHWAY 1
FORTUNA CA 95540-9705
USA

KF DUNS:
CUST: 200503075
PDT: 04/14/2009 RAO: 491
ORDR: 1700759658 TR: F2
A/R: 200020823
PP: 3491
TC: NAA8　　1B: LB42
CUST T/CLASS: 310
04/14/2009

BILL TO:
HUMBOLDT CREAMERY ASSOC
572 STATE HIGHWAY 1
FORTUNA CA 95540-9705
USA

B/L NBR: 0006581810
CARRIER: JRFM
FRT TERMS: Prepaid
PO #: 41264

| ORD QTY | U O M | SHP QTY | U O M | MATL NO / CUST ITEM | DESCRIPTION | UNIT PRICE / ALW/CHG | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 163 | | 163 | | | | | | |

TOTAL: 3,176.36

CUSTOMER ORDER NOTES:

CSC REP NAME: CARRIE HOLLISTER
CSC PHONE NUMBER: 925/454-4527

| | | | |
|---|---|---|---|
| TOTAL GROSS WT | 1,960.60 | TOTAL DEAL AMOUNT | 0.00 |
| TOTAL NET WT | 1,794.00 | TOTAL ALLOWANCE | 51.64- |
| TOTAL CUBE ADJ | 2,089.20 | TOTAL CHARGES | 0.00 |

JR FARMS

06/10/2009　15:24　5592646040

# BILL OF LADING — Non Negotiable

SHIP DATE: 04/13/09

ATTN: MASTER B/L NO. MUST SHOW ON FREIGHT BILL
MASTER BOL: 0006581810
BOAC#: JRFM
CARRIER:
*DUPLICATE*
PAGE 1 OF 1
BCAC NAME: J & R FARMS
VEHICLE NO. 7005
SEAL NO. 0361409
FREIGHT TERMS: PREPAID

FROM 875640000 KRAFT FOODS GLOBAL, INC. at STOCKTON CA

TO STOP 1: 874940000 ZANOLINI
210738　334 DHAIA CT
SANTA ROSA CA
707-528-7614
000-000-0000

TO STOP 2: 871753000 HUMBOLDT CREAMERY ASSOC
503075　372 HWY 1
FERNBRIDGE CA

MATRICS SHIPMENT # 058-380197
56 DEGREES
SEAL #0361409

| DESCRIPTION OF ARTICLE / STCC NO. | STOP 1 PCS | STOP 1 GROSS WEIGHT | STOP 2 PCS | STOP 2 GROSS WEIGHT |
|---|---|---|---|---|
| IF SHIPMENT DELAYED OR REFUSED CALL DISPATCHER | | | | |
| 0010004 CHEP (BLUE) PALLET WEIGHT | 8 | 210.0 | | |
| 2082030 KRAFT REFRIGERATED PRODUCTS | 28 | 179.0 | 20 | 128.0 |
| 2028033 NATIONAL DAIRY PRODUCT CORP. | 114 | 1406.0 | 143 | 1836.0 |
| | 142 | 1795.0 | 163 | 1964.0 |
| TOTALS FOR EACH STOP | | 3759.0 | | |
| TOTAL NET FOR ALL STOPS | | | | |

DELIVERY TIMES: 04/14/09 APPT　04/14/09 APPT
IF UNABLE TO ARRIVE ON TIME, PHONE THE CONSIGNEE
REPORT DISCREPANCIES/REFUSED TO NATIONAL CLAIMS CENTER AT: 1-800-238-6374

SEG 1 COMMENTS — PO # 041409kn
SEG 2 COMMENTS — PO # 41264
SEG COMMENTS — Zanolini Dist. Fr. Dry 4/14/09 1 Pallet

***DRIVER PLEASE NOTE: RECORDED TURNAROUND TIME REQUIRED***
TIME IN / TIME OUT — AM/PM

FREIGHT BILLS TO: MAIL PREPAID KF(S) MAIL CODE SA-2741

KRAFT FOODS GLOBAL, INC.
PERMANENT POST OFFICE ADDRESS OF SHIPPER: 3735 IMPERIAL WAY, STOCKTON CA 95215

Carrier's Copy

Case: 09-11078　Doc# 288　Filed: 10/30/09　Entered: 11/03/09 15:27:32　Page 9 of 16





Case: 09-11078   Doc# 288   Filed: 10/30/09   Entered: 11/03/09 15:27:32   Page 11 of 16

# KRAFT FOODS, INC.

**ORIGINAL INVOICE**

| | |
|---|---|
| **SHIP TO:** HUMBOLDT CREAMERY ASSOC<br>572 STATE HIGHWAY 1<br>FORTUNA CA 95540-9705<br>USA | **REMIT TO:** Kraft Foods<br>PO Box 100139<br>PASADENA CA 91189<br>USA |
| **BILL TO:** HUMBOLDT CREAMERY ASSOC<br>572 STATE HIGHWAY 1<br>FORTUNA CA 95540-9705<br>USA | **B/L NBR:** 0006395080<br>**CARRIER:** JRFM<br>**FRT TERMS:** Prepaid<br>**PO #:** 41183 |

PAGE 1 OF 2

| | |
|---|---|
| INVOICE NUMBER: | 1900854978 |
| P.O DATE | 03/30/2009 |
| SHIP DATE: | 04/06/2009 |
| RD DATE: | 04/07/2009 |
| TOT DUE: | 2,944.69 |
| IF PAID BY: | 04/22/2009 |
| NET DUE: | |
| TERMS: | NET 15 DAYS GOOD FUNDS IN BANK |

**FROM:** 0021 STOCKTON CA REF M
STOCKTON CA
KF DUNS:
CUST: 200503075
PDT: 04/07/2009 RAQ: 491
ORDR: 1700736236TR: F2
A/R: 200020823
PP: 3491
TC: NAA8   LB LB42
CUST T/CLASS: 310
04/07/2009

| ORD QTY | U O M | SHP QTY | U O M | MATL NO / CUST ITEM | DESCRIPTION | UNIT PRICE / ALW/CHG | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 CA | | 25 CA | | 499001829100 / 499001829100 | 8Z KNUD HAMP SR CRM 12 | 11.6400 CA | 11.6400 | 291.00 |
| 52 CA | | 52 CA | | 499001827500 / 499001827500 | 1# KNUD HAMP SR CRM 12 | 19.8000 CA | 19.8000 | 1,029.60 |
| 8 CA | | 8 CA | | 499001800200 / 499001800200 | 1# KNUD LT SR CRM 12 | 19.8000 CA | 19.8000 | 158.40 |
| 4 CA | | 4 CA | | 499001829500 / 499001829500 | 1# KNUD FR SR CRM 12 | 19.8000 CA | 19.8000 | 79.20 |
| 18 CA | | 18 CA | | 499001825900 / 499001825900 | 24Z KNUD HAMP SR CRM 6 | 12.7800 CA | 12.7800 | 230.04 |
| 26 CA | | 26 CA | | 499003427000 / 499003427000 | 1# KNUD COT CHS SMALL CURD 12 | 23.1600 CA | 23.1600 | 602.16 |
| 26 CA | | 26 CA | | 499003450600 / 499003450600 | 1# KNUD LF COT CHS 12 | 23.1600 CA | 23.1600 | 602.16 |
| | | | | | Adj Freshness Allow | | | 47.87- |

# KRAFT FOODS, INC.

PAGE 2 OF 2

**ORIGINAL INVOICE**

| | |
|---|---|
| FROM: 0021 STOCKTON CA REF M | |
| STOCKTON CA | |
| KF DUNS: | |
| CUST: 200503075 | |
| PDT: 04/07/2009 RAO: 491 | |
| ORDR: 1700736236TR: F2 | |
| A/R: 200020823 | |
| PP: 3491 | |
| TC: NAA8    LB: LB42 | |
| CUST T/CLASS: 310 | |
| 04/07/2009 | |

**SHIP TO:**
HUMBOLDT CREAMERY ASSOC
572 STATE HIGHWAY 1
FORTUNA CA 95540-9705
USA

**REMIT TO:**
Kraft Foods
PO Box 100139
PASADENA CA 91189
USA

**BILL TO:**
HUMBOLDT CREAMERY ASSOC
572 STATE HIGHWAY 1
FORTUNA CA 95540-9705
USA

B/L NBR: 0006396080
CARRIER: JRFM
FRT TERMS: Prepaid
PO #: 41163

| INVOICE NUMBER: | 1900854978 |
|---|---|
| P.O DATE | 03/30/2009 |
| SHIP DATE | 04/06/2009 |
| RD DATE | 04/07/2009 |
| TOT DUE | 2,944.69 |
| IF PAID BY: | 04/22/2009 |
| NET DUE | |
| TERMS: | NET 15 DAYS GOOD FUNDS IN BANK |

| ORD QTY | U O M | SHP QTY | U O M | MATL NO / CUST ITEM | DESCRIPTION | UNIT PRICE / ALW/CHG | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 159 | | 159 | | | | | | |

TOTAL: 2,944.69

**CUSTOMER ORDER NOTES:**

CSC REP NAME: CARRIE HOLLISTER
CSC PHONE NUMBER: 925/454-4527

| | | | |
|---|---|---|---|
| TOTAL GROSS WT | 1,859.00 | TOTAL DEAL AMOUNT | 0.00 |
| TOTAL NET WT | 1,704.00 | TOTAL ALLOWANCE | 47.87- |
| TOTAL CUBE ADJ | 1,993.30 | TOTAL CHARGES | 0.00 |

06/10/2009 15:24  5592646040   JR FARMS

# BILL OF LADING

ATTN: MASTER BL NO. MUST SHOW ON FREIGHT BILL

MASTER BL: QQ06396080   SCAC: JRFM   SHIP DATE: 04/06/09
**DUPLICATE**   VEHICLE NO: 4206   SEAL NO: 0361249
PAGE 1 OF 1   NAME: J.& R FARMS   FREIGHT TERMS: PREPAID

FROM 875640000 KRAFT FOODS GLOBAL, INC. STOCKTON CA

TO STOP 1: 874940000 ZANOLINI   707-528-7614
210738   334 CHAIR CT   SANTA ROSA   CA  954__
TO STOP 2: 871758000 HUMBOLDT CREAMERY ASSOC   000-000-0000
503078   572 HWY 1   FERNBRIDGE   CA   955__

TO STOP 3:

MATRICS SHIPMENT # 038-379476

28 DEGREES
SEAL #0361249

| DESCRIPTION OF ARTICLE / STCC NO. | STOP 1 PKGS | GROSS WEIGHT | STOP 2 PKGS | GROSS WEIGHT | STOP 3 PKGS | GROSS WEIGHT |
|---|---|---|---|---|---|---|
| IF SHIPMENT DELAYED OR REFUSED CALL DISPATCHER | | | | | | |
| 0010004 CHEP (BLUE) PALLET WEIGHT | 1 | 70.0 | 1 | 70.0 | | |
| 2022030 KRAFT REFRIGERATED PRODUCTS | 14 | 90.0 | 25 | 160.0 | | |
| 2022033 NATIONAL DAIRY PRODUCT CORP. | 189 | 1506.0 | 134 | 1702.0 | | |
| TOTALS FOR EACH STOP | 123 | 1666.0 | 159 | 1932.0 | | |
| TOTAL WGT FOR ALL STOPS | | 3598.0 | | | | |

Zanolini Dist.
1 Pallet

DELIVERY TIMES: 04/07/09 APPT   04/07/09 APPT
IF UNABLE TO ARRIVE ON TIME, PHONE THE CONSIGNEE
REPORT DISCREPANCIES/REFUSED TO NATIONAL CLAIMS CENTER AT: 1-800-838-6374

SEQ 1 COMMENTS    SEQ COMMENTS    SEQ COMMENTS
PO # 040709kn     PO # 41188

***DRIVER PLEASE NOTE, RECORDED TURNAROUND TIME REQUIRED***
TIME IN:  AM/PM   TIME OUT:  AM/PM

*SCHEDULED DELIVERY APPOINTMENT* DATE: / /  TIME:  AM/PM

MAIL PREPAID KFC FREIGHT BILLS TO: MAIL CODE SA-2741
SAN ANTONIO

KRAFT FOODS GLOBAL, INC.
PERMANENT POST-OFFICE ADDRESS OF SHIPPER
3795 IMPERIAL WAY, STOCKTON CA 95215

Carrier's Copy



Case: 09-11078   Doc# 288   Filed: 10/30/09   Entered: 11/03/09 15:27:32   Page 16 of 16



## KRAFT FOODS

CARRIER COPY

PAGE 2

| INVOICE NUMBER | 2487577 |
| --- | --- |
| DATE | 04/06/09 |
| DUE | |
| AMOUNT | |
| TERMS | |

**SHIPPING MANIFEST**

CUST # 503075

HUMBOLDT CREAMERY ASSOC
572 HWY 1
FERNBRIDGE   CA 954400000

HUMBOLDT CREAMERY ASSOC
572 HWY 1
FERNBRIDGE   CA 954400000

SHIP DATE 04/06/09
REQ DEL DATE 04/07/09
B/L NUMBER 0004398080
STOP 002
SCAC JRFM  4206
FREIGHT TERMS
MATRICS SHIP # 058374476

| SHIP QTY | UNIT | UPC CODE | DESCRIPTION | NET WEIGHT | ALLOWANCE OR CHARGE |
| --- | --- | --- | --- | --- | --- |
| | | | KGF ORDR NBR 70073623KGF Carrie Hollister | | |
| | | | ORDER DATE 03/30/09   PO 41183 | | |
| | BX | 18002 | 1# KNUD LT SR CRM | 96.00 | |
| | BX | 18254 | 24z KNUD HAMP SR CRM | 162.00 | |
| | BX | 18275 | 1# KNUD HAMP SR CRM | 524.00 | |
| | BX | 18291 | 8z KNUD HAMP SR CRM | 150.00 | |
| | BX | 18295 | 1# KNUD FR SR CRM | 48.00 | |
| | BX | 34270 | 1# KNUD COT CHS SMALL CUR | 312.00 | |
| | BX | 34506 | 1# KNUD LF COT CHS | 312.00 | |
| | | | TOTAL WEIGHT FILLED | 1,704.00 | |
| | | | TOTAL CHEP PALLETS | | |
| | | | TOTAL CAW | 1,993 | |

REPORT DISCREPANCIES/REFUSED TO NATIONAL CLAIMS CENTER AT: 1-800-238-6374