BSI FORM 10 (Offical Form 10)
(Rev. 7/96)

# United States Bankruptcy Court
## Southern District of New York

**Administrative Expense Claim Request**

**FILED**
OCT 30 2009
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

| | |
|---|---|
| In re (Name of Debtor)<br>**Humboldt Creamery LLC** | Case Number<br>**09-11078** |

Name of Creditor *(The person or other entity to whom the debtor owes money or property)*
**The Travelers Indemnity Company & Its Affiliates**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and Address Where Notices Should be Sent
**The Travelers Indemnity Company & Its Affiliates**
**One Tower Square 5MN**
**Hartford, CT 06183**
**Attn: Stacy Baral**

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone No. **(860) 277- 9755**

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR
7534T1069

Check here if this claim ☐ replaces ☐ amends a previously filed
Check here if this claim ☐ is the result of a transfer.

**1. BASIS FOR CLAIM**
☐ Goods sold
☑ Services performed — Commercial Insurance
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
 Your social security number _____
 Unpaid compensation for services performed
 from _____ to _____
 (date)                  (date)

**2. DATE DEBT WAS INCURRED**
**4/21/2009-1/1/2010**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM
 Attach evidence of perfection of security interest
 Brief Description of Collateral:
 ☐ Real Estate ☐ Motor Vehicle ☐ Other (Cash)
 Amount of arrearage and other charges at time case filed included in secured claim above, if any _____

☐ UNSECURED NONPRIORITY CLAIM
 A claim is unsecured and there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim

☑ UNSECURED PRIORITY CLAIM

Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier-11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan-11 U.S.C § 507(a)(5)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use-11 U.S.C. § (507)(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child- 11 U.S.C. § 507 (a)(7)
☐ Taxes or penalties of governmental units-11 U.S.C. § 507 (a)(8)
☑ Other-Specify applicable paragraph of 11 U.S.C. § 507 (a)(2)___

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** (Unsecured) _____ (Secured) _____ (Priority) **$79,801**

**$79,801 Total**
*please see attached

☐ Check this box if claim includes charges in addition to the principle amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. *please see attached

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| **10/29/2009** | *[signature]* **Scot Freeman, Case Manager** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Attachment to Administrative Expense Claim of The Travelers Indemnity Company and Affiliates in the Chapter 11 Case of Humboldt Creamery LLC ("<u>Debtor</u>"), Case No. 09-11078.**

The Travelers Indemnity Company and Its Affiliates provided certain boiler and machine, umbrella, package and automobile liability insurance coverage as described below for the periods April 21, 2009 through January 1, 2010. Please note that these policies were in effect pre-petition and post-petition. The amount due accrued post-petition. A copy of these policies can be provided upon request. Premium for this insured was billed in installments. Copies of the installment bills and deductible billings can be provided upon request.

## <u>Insurance Coverage</u>

Travelers issued certain boiler and machine, umbrella, package and automobile liability policies providing coverage for the Debtor, Humboldt Creamery LLC, in various states. Travelers investigates, administers, defends, litigates, settles, and pays all claims for covered occurrences. The policies in the insurance program are guaranteed cost, that is, premium installments are subject to audit. Actual premiums due are then determined by annual audit of the insured. Travelers continues to administer and pay auto liability claims. Travelers also has the right to recoup and setoff any monies to be returned to Debtors against any obligations owed by the Debtors to Travelers.

## <u>Claim Amount</u>

As discussed above, the Debtor's Obligations to Travelers are subject to adjustment because, among other things, certain Obligations are affected by the Debtors

annual audit. Further, and as authorized, the Debtor continues to perform, in part, under the program. Therefore, it is premature to calculate the amount of Travelers claim. <u>Travelers reserves its right to amend its claim</u>.

# TRAVELERS

## Bankrupt Premium Breakdown

| Policy Number | Total Premium | Policy Inception Date | End of Coverage Date | Bankrupty Filing Date | Rate/Day | Unsecured Pre-Petition Days | Unsecured Pre-Petition Amount | Post Petition Days | Post Petition Amount | Amount Paid | Net Pre-Petition Exposure | Net Post-Petition Exposure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 433D9318-BM210 | $ 15,936.00 | 1/1/2009 | 1/1/2010 | 4/21/2009 | 43.66 | 110 | $ 4,802.63 | 255 | $ 11,133.37 | $7,967.58 | $ - | $7,968.42 |
| 733X2328-CUP | $ 31,041.00 | 1/1/2009 | 1/1/2010 | 4/21/2009 | 85.04 | 110 | $ 9,354.82 | 255 | $ 21,686.18 | $12,418.00 | $ - | $18,623.00 |
| 733X2328-630 | $ 54,444.00 | 1/1/2009 | 1/1/2010 | 4/21/2009 | 149.16 | 110 | $ 16,407.78 | 255 | $ 38,036.22 | $29,965.00 | $ - | $24,479.00 |
| 733X2328-810 | $ 47,885.00 | 1/1/2009 | 1/1/2010 | 4/21/2009 | 131.19 | 110 | $ 14,431.10 | 255 | $ 33,453.90 | $19,154.00 | $ - | $28,731.00 |
| 733X2328-810 | $ 50,360.00 | 1/1/2008 | 1/1/2009 | 4/21/2009 | 137.60 | 366 | $ 50,360.00 | 0 | $ - | $49,150.00 | $ 1,210.00 | $0.00 |
| 733X2328-630 | $ 84,991.00 | 1/1/2008 | 1/1/2009 | 4/21/2009 | 232.22 | 366 | $ 84,991.00 | 0 | $ - | $75,396.00 | $ 9,595.00 | $0.00 |
| | | | | | | | | | | Subtotal | $ 10,805.00 | $ 79,801.42 |

| Debtor Name | Humboldt Creamery LLC | Account Number | 5876D5062 |
|---|---|---|---|
| Case Number: | 09-11078, Northern District of CA | Account Name | Humboldt Creamery LLC |

Comment(s):

Case: 09-11078  Doc# 289  Filed: 10/30/09  Entered: 11/03/09 15:31:38  Page 4 of 4