**Entered on Docket**
**November 13, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 13, 2009

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

| | |
|---|---|
| John D. Fiero (CA Bar No. 136557)<br>Maxim B. Litvak (CA Bar No. 215852)<br>Gail S. Greenwood (CA Bar No. 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500<br>Telephone: 415/263-7000<br>Facsimile: 415/263-7010<br><br>Attorneys for Official Committee<br>of Unsecured Creditors | Michael H. Ahrens (CA Bar ...)<br>... (CA Bar N...)<br>Ori Katz (CA Bar No. 2095...)<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Four Emb... Floor<br>San Franc...<br>Telephone: ...<br>Facsimile: ...<br><br>Attorneys for Humboldt Creamery, LLC |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>**HUMBOLDT CREAMERY, LLC,**<br>a Delaware limited liability company,<br><br>Debtor. | Case No.: 09-11078<br><br>Chapter 11<br><br>**ORDER: (1) APPROVING DISCLOSURE STATEMENT IN SUPPORT OF JOINT PLAN OF LIQUIDATION; AND (2) ESTABLISHING TRANSMITTAL AND VOTING PROCEDURES FOR CONFIRMATION OF THE PLAN**<br><br><u>Disclosure Statement Hearing</u><br>Date: November 13, 2009<br>Time: 10:00 a.m.<br>Place: 99 South E. Street<br>       Santa Rosa, CA 95404<br>Judge: Hon. Alan Jaroslavsky |

A hearing (the "Hearing") was held before this Court on November 13, 2009, at 10:00 a.m., pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3017 of the Federal Rules of Bankruptcy Procedure. Counsel for Humboldt Creamery, LLC, the above-captioned debtor and debtor in possession (the "Debtor"), and counsel for the Official Unsecured Creditors' Committee (the "Committee") appointed in the Debtor's chapter 11 case, appeared at the Hearing. The Debtor and the Committee are together referred to herein as the "Proponents." The purpose of the Hearing was to:

(1) consider approval of the *Disclosure Statement in Support of Joint Plan of Liquidation Proposed by the Debtor and Official Committee of Unsecured Creditors*, filed on October 9, 2009, as amended or supplemented (the "Disclosure Statement"); and

(2) establish transmittal, voting and confirmation procedures for the *Joint Plan of Liquidation Proposed by the Debtor and Official Committee of Unsecured Creditors*, filed on October 9, 2009, as amended or supplemented (the "Plan").

At the Hearing, the Proponents advised the Court of certain amendments that will be made to the Disclosure Statement and the Plan, and the Proponents requested that the Court, among other matters: (i) approve the Disclosure Statement as containing adequate information for purposes of section 1125 of the Bankruptcy Code; (ii) authorize the solicitation of votes to accept or reject the Plan and fix a date by which such solicitation shall take place (including a deadline for ballots to be submitted), (iii) fix a date for the hearing to consider confirmation of the Plan and approve the scope and format of the notice to be provided regarding such hearing, and (iv) address any other procedural or administrative matters relating to approval of the Disclosure Statement or solicitation of the Plan. The Proponents also requested at the Hearing, pursuant to Rule 3017(d) of the Federal Rules of Bankruptcy Procedure, that the Court exempt the Proponents from transmitting the Plan and Disclosure Statement to unimpaired classes of creditors.

Based upon the amendments that will be made to the Disclosure Statement and the Plan prior to solicitation, there was no opposition to the Proponents' requests at the Hearing.

It appears that due and sufficient notice of the Hearing has been provided under the circumstances. It further appears that the relief requested at the Hearing is reasonable and will further the expeditious and economical resolution of these cases. After due deliberation and sufficient cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Disclosure Statement is approved as containing adequate information for purposes of section 1125 of the Bankruptcy Code and the Proponents are authorized to distribute the Disclosure Statement to creditors in conjunction with confirmation of the Plan.

2.  By no later than November 16, 2009, copies of the Disclosure Statement, the Plan, notice of the hearing to consider confirmation of the Plan (the "Confirmation Notice"), and ballots generally conforming to Official Form No. 14 shall be mailed to all creditors, the United States Trustee, and other parties in interest as provided in Fed. R. Bankr. Proc. 3017(d), except that unimpaired classes of creditors under the Plan shall only be mailed the Confirmation Notice as provided in Fed. R. Bankr. Proc. 2002(d). The Proponents shall also include a letter from the Committee in the mailing to creditors if one is provided by the Committee.

3.  December 11, 2009, is fixed as the last day for submitting written acceptances or rejections of the Plan. All ballots shall be mailed or delivered to the balloting agent designated on the ballots so that they are actually received on or before the voting deadline. The Proponents shall tabulate all acceptances and rejections of the Plan and shall report the results of such tabulation to the Court at least three (3) business days prior to the confirmation hearing.

4.  December 11, 2009, is fixed as the last day for filing and serving, pursuant to Fed. R. Bankr. Proc. 3020(b)(1), written objections to confirmation of the Plan. Objections that are not timely filed and served in the manner set forth herein will not be considered and will be overruled. The Proponents may file and serve a reply brief to any objections at least two (2) business days prior to the confirmation hearing.

5.  December 18, 2009, at 10:00 a.m., is fixed as the date and time of the hearing to consider confirmation of the Plan. The Court may continue the hearing from time to time without further notice other than an announcement of the adjourned date or dates at the hearing.

**END OF ORDER**