SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER, Cal. Bar No. 246048
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947

Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,<br><br>　　　　　　　Debtor.<br><br>Tax ID: 87-0736033 | Case No. 09-11078<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL M. LAUTER IN SUPPORT OF OBJECTION TO CLAIM OF THE INTERNAL REVENUE SERVICE (CLAIM NO. 7)**<br><br>*[No Hearing Required Unless Requested]* |

W02-WEST:5MML1\402327562.1                                                                LAUTER DECLARATION

I, Michael M. Lauter, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted before this Court. I am an associate with the law firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), bankruptcy reorganization and general insolvency counsel for Humboldt Creamery, LLC (the "Debtor"), the debtor in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case"). I make this declaration in that capacity. Except for those statements made upon information and belief, the following facts are based upon my personal knowledge and if called to testify, I could and would competently testify to such facts. As to those statements made upon information and belief, I believe them to be true.

2. This declaration is submitted in support of the *Objection to Claim of the Internal Revenue Service (Claim No. 7)* (the "Objection"), filed contemporaneously with this declaration. Capitalized terms not defined in this declaration shall have the meanings ascribed to them in the Objection.

3. A true and correct copy of the most recently amended proof of claim evidencing Claim No. 7, as it is filed on the claims register in the above-captioned case, is attached hereto as <u>Exhibit A</u>.

4. On or about October 5, 2009, I had a telephone conversation with Dave Lagos of the IRS, who is the person identified in the signature line of Claim No. 7. Mr. Lagos informed me that while Claim No. 7 reflects $7,255.05 in FICA taxes outstanding from the first quarter of 2009, the Debtor has a credit of $8,242 from its payment of FICA taxes for the second quarter of 2009. Mr. Lagos stated that if the Debtor wrote him a letter authorizing the application of the credit from the second quarter of 2009 to satisfy the amount outstanding from the first quarter of 2009, he would do so. I sent such a letter to Mr. Lagos on November 23, 2009. A true and correct copy of that letter is attached to this declaration as <u>Exhibit B</u>.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States of America |
| 2 | that the foregoing is true and correct. Executed on November 24, 2009, at San Francisco, |
| 3 | California. |
| 4 | */s/ Michael M. Lauter*<br>MICHAEL M. LAUTER |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# EXHIBIT A

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

Name of Debtor: HUMBOLDT CREAMERY, LLC
Case Number: 09-11078

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Department of the Treasury - Internal Revenue Service

Name and address where notices should be sent:
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Telephone number: 1-800-913-9358    Creditor Number: 9915672

■ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 7
*(If known)*

Filed on: 05/07/2009

Name and address where payments should be sent (if different from above):
Internal Revenue Service
Insolvency Group 2
1301 Clay St, M/S 1400S
Oakland, CA 94612

Telephone Number: (707) 535-3842

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 40,329.45

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

■ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Taxes
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** See Attachment

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ 7,255.05

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 10/16/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ DAVE LAGOS,
REVENUE OFFICER ADVISOR
(707) 535-3842

Internal Revenue Service
Insolvency Group 2
1301 Clay St, M/S 1400S
Oakland, CA 94612

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

**Department of the Treasury/Internal Revenue Service**

**Form 10 Attachment**

**In the Matter of:** HUMBOLDT CREAMERY, LLC
572 HIGHWAY 1
FORTUNA, CA 95540

Case Number: 09-11078

Type of Bankruptcy Case: CHAPTER 11

Date of Petition: 04/21/2009

Amendment No. 3 to Proof of Claim dated 05/07/2009.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX6033 | WT-FICA | 03/31/2009 | 07/13/2009 | $7,196.46 | $58.59 |

**Total Amount of Unsecured Priority Claims:** $7,255.05

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX6033 | MISC PEN | 12/31/2006 | 1 IRC 6707 | $0.00 | $0.00 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $32,074.40
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $1,000.00

**Total Amount of Unsecured General Claims:** $33,074.40

---

1 PENALTY ASSESSED UNDER IRC 6707.

# EXHIBIT B



ATTORNEYS AT LAW

Four Embarcadero Center | 17th Floor | San Francisco, CA 94111-4109
415-434-9100 office | 415-434-3947 fax | www.sheppardmullin.com

November 23, 2009

Writer's Direct Line: 415-774-2978
mlauter@sheppardmullin.com

Our File Number: 21GL-147206

**VIA FEDERAL EXPRESS**

Internal Revenue Service
Attn: Dave Lagos
Bankruptcy Advisor
777 Sonoma Avenue, Room 112
Santa Rosa, CA 95404

Re: <u>In re Humboldt Creamery, LLC, Case No. 09-11078</u>
<u>Application of Credit from Q2 2009 to Satisfy Obligation from Q1 2009</u>

Dear Mr. Lagos:

This letter is a follow up to our telephone discussion regarding the claim filed by the Internal Revenue Service (the "IRS") in the above-referenced bankruptcy case. I attach a copy of the IRS' most recently amended claim as <u>Exhibit A</u> for reference.

The IRS's proof of claim asserts a priority claim under Bankruptcy Code section 507(a)(8) for taxes owing from the first quarter of 2009 in the amount of $7,255.05. As we discussed, there is a $8,242 credit in Humboldt Creamery, LLC's account from payments on taxes for the second quarter of 2009. You suggested that we might authorize you to apply that credit to the amount owing from the first quarter of 2009. Humboldt Creamery, LLC agrees with your suggestion and hereby authorizes you to apply that credit from the second quarter of 2009 to satisfy the obligation remaining for the first quarter of 2009.

Since application of the aforementioned credit would satisfy the priority claim, Humboldt Creamery, LLC will object to the $7,255.05 priority claim asserted by the IRS. Humboldt reserves it right to object to the remainder of the claim, but does not do so at this time. We will send a further letter to you as to whether the rest of the claim, which is based on $33,074.40 in penalties and interest assessed for late payment, should be abated on the basis that Humboldt had reasonable cause to make the payment late.

Please let me know if you have any questions or concerns.

Very truly yours,

Michael M. Lauter

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:5MML1\402285356.2

Enclosures

cc: Len Mayer (via email, w/ attachments)
Ori Katz, Esq. (via email, w/ attachments)

# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: HUMBOLDT CREAMERY, LLC | Case Number: 09-11078 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): Department of the Treasury - Internal Revenue Service | ■ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | Court Claim Number: 7 *(If known)* |
| Telephone number: 1-800-913-9358    Creditor Number: 9915672 | Filed on: 05/07/2009 |
| Name and address where payments should be sent (if different from above): Internal Revenue Service Insolvency Group 2 1301 Clay St, M/S 1400S Oakland, CA 94612 Telephone Number: (707) 535-3842 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 40,329.45

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

■ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Taxes
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** See Attachment

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**
**Value of Property:** $_____  **Annual Interest Rate** ___ %

Amount of arrearage and other charges as of time case filed included in secured claim.

if any: $_____  **Basis for perfection:** _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ 7,255.05

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 10/16/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

/s/ DAVE LAGOS,
REVENUE OFFICER ADVISOR
(707) 535-3842

Internal Revenue Service
Insolvency Group 2
1301 Clay St, M/S 1400S
Oakland, CA 94612

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form 10 Attachment

**In the Matter of:** HUMBOLDT CREAMERY, LLC
572 HIGHWAY 1
FORTUNA, CA 95540

| Case Number |
|---|
| 09-11078 |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 04/21/2009 |

Amendment No. 3 to Proof of Claim dated 05/07/2009.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX6033 | WT-FICA | 03/31/2009 | 07/13/2009 | $7,196.46 | $58.59 |

**Total Amount of Unsecured Priority Claims:** $7,255.05

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX6033 | MISC PEN | 12/31/2006 | *1* IRC 6707 | $0.00 | $0.00 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $32,074.40
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $1,000.00

**Total Amount of Unsecured General Claims:** $33,074.40

1 PENALTY ASSESSED UNDER IRC 6707.