# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Humboldt Creamery, LLC | Case Number: 09-11078 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
CCOF-Certification Services, LLC

Name and address where notices should be sent:
CCOF-Certification Services, LLC
Attn: Angela Farren, Accounting Supervisor
2155 Delaware Street, #150 Santa Cruz, CA 95060
Telephone number:
(831) 423-2263

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 17,311.84

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** NOP Certification Fees
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** r330

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$ 17,311.84

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 6/22/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Jake Lewin, Chief Certification Officer | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Case: 09-11078 Doc# 138-1 Filed: 06/26/09 Entered: 12/08/09 18:32:07 Page 2 of 8

U.S. Bankruptcy Court, Northern District of California
Case No. 09-11078
In re: Humboldt Creamery, LLC

## Attachment "A" to Proof of Claim

The current outstanding balance as of the filing date is $15,811.84 plus the amount of the Debtor's inspection fee for 2009 that is required in order for the Debtor to maintain certification for regulatory purposes under the U.S. Dept. of Agriculture National Organic Program section 205.406(a). Based upon the inspection fee for 2008, the Claimant has estimated the cost for 2009 at $1,500 and is therefore filing this claim for $17,311.84. Claimant reserves the right to amend this claim once the inspection has been conducted. The filing of this Proof of Claim is without prejudice to Claimant's right to file a motion for payment and treatment of the Claim as a priority administrative claim.




# CCOF APPLICATION FORM

APR 15 2003

Send the completed Application Form and Organic System Plan to the address below, with a $250 application fee.

We can only process complete applications accompanied by a complete Organic System Plan and the application fee. General certification fees are listed and explained on the enclosed fee schedule. CCOF will begin processing your application as soon as it is complete, but you should begin the application process at least four months prior to when you need certification to allow time for required inspections and reviews. You may withdraw your application at any time by notifying CCOF in writing of your intention.

1. Business name: __HUMBOLDT CREAMERY ASSOCIATION__

2. Type of business: ○ Sole Proprietor  ○ Partnership  ○ Corporation  ○ LLC  ☑ Other (describe):
   __COOPERATIVE__

3. If the business is a sole proprietorship or partnership, name the owner(s):
   _____

4. If the business is a corporation, name the person authorized to act on the corporation's behalf:
   __RICH GHILARDUCCI - PRESIDENT/CEO__

5. Mailing address: __572 HIGHWAY 1, FORTUNA, CA 95540__

6. Business phone: __707-725-6182__  2nd phone: _____  Fax: __707-725-6186__

7. Email: __mcallihan@humboldtcreamery.com__  Web site: __humboldtcreamery.com__

8. When do you anticipate you will need organic certification: __CURRENTLY QAI CERTIFIED__

9. Name of person completing this application: __MIKE CALLIHAN__  Date: __4/9/03__

PAGE 1 OF 2

FOR OFFICE USE ONLY

Data Entry Completed: __4/24/03__  Date Sent to RSR: _____  Operation Code: __PV 330__
Data Entered: __Ø__  Date Fee Received: __APR 15 2003__  Reviewer: __GT 4/24/30__  Action: _____

CALIFORNIA CERTIFIED ORGANIC FARMERS • 1115 MISSION STREET • SANTA CRUZ, CALIFORNIA 95060-3526
PH 831-423-2263 • FAX 831-423-4528 • TOLL FREE 888-423-2263 • WWW.CCOF.ORG

CS-A-03, REV.12/20/01 G:\CERTIFICATION SERVICES2001\QUALITY SYSTEM USDA 1-1-02\QS-03 ADMINISTRATIVE MANUAL\A APPLICATION PACKET\CS-A-03 APPLICATION FORM

Case: 09-11078  Case: Doc# 1378-1  Doc #: Filed 12/06/09  Filed: 12/09  Entered: 12/09 18:37:07  Page 4 of 8

The information below must be completed by all applicants

10. Have you previously applied to any other organic certifying agency?
    ○ No
    ☑ Yes. List all agencies to which you have applied for organic certification and the year you applied:
    QAI   2002

11. Have you ever been decertified or had your certification revoked?   ☑ No   ○ Yes (List years and agencies)

    a) If yes, attach a copy of the letter(s) denying certification and a description of what you have done to correct the problems that led to decertification.   ○ Attached

12. Have you ever voluntarily quit a certification agency that certified you?   ☑ No   ○ Yes (List years and agencies)

    a) If yes, were you given conditions or noncompliances that were not cleared prior to leaving?   ○ No   ○ Yes
    (List years and agencies) _____

    Attach a copy of the letter(s) and a description of what you have done to correct the problems.   ○ Attached

13. Have you ever voluntarily quit a certification agency *before* your operation was certified?   ☑ No   ○ Yes
    (List years and agencies) _____

    a) If yes, were you given conditions or noncompliances that were not cleared prior to leaving?   ○ No   ○ Yes
    (List years and agencies) _____

    Attach a copy of the letter(s) and a description of what you have done to correct the problems.   ○ Attached

The information on this application is complete and accurate to the best of my knowledge.

RICH GHILARDUCCI
Print Name

*[signature]*   4-9-03
Signature   date

Print Name

Signature   date

PAGE 2 OF 2

CALIFORNIA CERTIFIED ORGANIC FARMERS • 1115 MISSION STREET • SANTA CRUZ, CALIFORNIA 95060-3526
PH 831-423-2263 • FAX 831-423-4528 • TOLL FREE 888-423-2263 • WWW.CCOF.ORG

Case 5:09-11023SE-D9cFR3053, ID:ocFiled:1ed/26/30/03, 09/Entsrd:Adt/Rage-Man05/A/Applica-DtCS-A-03 APPLICATION FORM.doc of 8



# ORGANIC CERTIFICATION AFFIDAVIT

*The following must be signed by the owner(s) of the business seeking certification, or the person authorized to act in t corporation's behalf.*

By signing this document:

1. I (we) agree to comply with all State and applicable organic production and handling regulations as described in the final rule issued by the United States Department of Agriculture Agricultural Marketing Service (regulations 7 CFR Part 205).
2. I (we) also agree to establish, implement, and update annually an Organic System Plan that will be submitted to CCOF.
3. I (we) will permit on-site inspections with complete access to the production or handling aspects of the operatic including non-certified production areas, structures, or offices by CCOF. These inspections may be announced o unannounced at the discretion of CCOF or as required by the Administrator for the Agricultural Marketing Servic United States Department of Agriculture, or the state organic program's governing state official.
4. I (we) will maintain all records applicable to the organic operation for not less than five (5) years beyond their creation.
5. I (we) will allow authorized representatives of CCOF, or of the Secretary of Agriculture, or of the state organic program's governing state official access to these records under normal business hours for review and copying t determine compliance with the Act and regulations.
6. I (we) will submit to CCOF any applicable fees as described on the most current fee schedule.
7. I (we) will immediately notify CCOF concerning any application, including drift, of a prohibited substance to any field, production unit, site, facility, livestock, or product that is part of an operation.
8. I (we) will immediately notify CCOF of any change in our certified operation or portion of it that may affect its compliance with the Act or regulations.
9. I (we) agree to use the CCOF name and seal(s) only in accordance with CCOF standards and will cease all use of CCOF's name and seal upon notice by CCOF. Any use of CCOF's names or marks, without the express consent of CCOF, is strictly prohibited and constitutes an infringement of CCOF's rights. CCOF shall be entitled to its reasonable attorney's fees and costs incurred in bringing any civil action, arbitration or mediation to enforce its rights in its names or marks.
10. I (we) have been supplied and have read and fully understand the CCOF Certification Handbook and agree to strictly adhere to all applicable standards and procedures.
11. I (we) agree to destroy or return to CCOF all packaging and certificate(s) upon notice from CCOF.

I (we), __RICH GHILARDUCCI__ on behalf of __HUMBOLDT CREAMERY__ on (date) __4/9/03__
*acknowledge the above General Requirements for CCOF Certification and understand that any willful misrepresentation may be cause for denial of an application and sanctioning of certification.*

__RICH GHILARDUCCI__
Print Name

__[signature]__  __4-9-03__
Signature         date

_____
Print Name

_____
Signature         date

PAGE 1 OF

**FOR OFFICE USE ONLY**

Data Entry Completed: __4/24/03__    Date Sent to RSR: _____    Operation Code: __PY 330__

Data Entered: __DD__    Date Fee Received: __APR 1 5 2003__    Reviewer __GT 4/24/D__    Action _____

CALIFORNIA CERTIFIED ORGANIC FARMERS • 1115 MISSION STREET • SANTA CRUZ, CALIFORNIA 95060-3526
PH 831-423-2263 • FAX 831-423-4528 • TOLL FREE 888-423-2263 • WWW.CCOF.ORG

Case: 09-11078   Doc#11078-1  Filed 11/20/09   Entered 11/20/09 15:08:07   Page 6 of 8
ORGANIC CERTIFICATION AFFADAVIT 12-01.DOC



# CCOF

Organic Certification  Trade Association  Education & Outreach - Political Advocacy



RECEIVED MAR 2 3 2009

## Annual Certification Contract/Renewal

Complete all blanks and steps below and return with payment by mail, fax to 831-423-4528.
Visit www.ccof.org/renewal.php to renew online.

**Operation Name:** HUMBOLDT CREAMERY  **Client Code:** pr330
**Your Name:** Mike Callihan

**Step 1:** Pay all applicable annual annual/inspection fees. Submit with completed contract or contact CCOF accounting at 831-423-2263 ext. 15, or accounting@ccof.org to receive a current statement. Your current annual fee is based on CCOF's fee structure available at www.ccof.org/fees.php.

**Step 2: CHECK ONE (must be checked for renewal to be processed):**
- [x] The Organic System Plan (OSP) for my operation is accurate at this time and to the best of my ability to anticipate changes for the coming year. My OSP does not need to be updated at this time.
- [ ] The OSP for my operation needs to be updated. Attached are the updated sections.

If checked, please list updated OSP sections attached:
OSP/Operation update description:   Please do not wait to submit changes to your OSP at the inspection. Blank copies of all OSP sections are available at www.ccof.org/osp.php, or by contacting CCOF at 831-423-2263.

**Step 3: CCOF Global Market Access (GMA) Program Status- CHECK ONE**
- [x] Please do not change my current GMA enrollment status.
- [ ] Please enroll me in CCOF's Global Market Access Program.
- [ ] Please withdraw me from CCOF's Global Market Access Program. (Fee is $150 annually)

If you are enrolled in the Global Market Access program, CCOF will inspect and review your operation to international standards including IFOAM, Quebec, Europe EEC 2092/91, etc. This is required if you or your buyer sells your products internationally. If **no change** to your enrollment status is requested, then no action is needed.

**Step 4: Sign the Continuation of Certification Agreement:**
- I have read the above information and attest that it is true to the best of my knowledge. I affirm that I fully understand and agree to the standards and procedures, fees, assessments, obligations, and requirements of the CCOF Manuals.
- I understand that I may only use the CCOF name and seal in accordance with the CCOF standards, as stated in Manual 1. In the event that my operation withdraws, is suspended or certification is revoked, I agree to immediately cease all claims of CCOF certification associated with this operation, and destroy or return all certificates, labeling and marketing material containing references to CCOF.
- I understand CCOF is responsible for decisions related to granting, maintaining, extending, suspending and withdrawing of certification, and reserves the right to use subcontractors for inspection, testing and other technical services as necessary.
- I agree to hold CCOF harmless against any claims, suits and damages that result from the sale of product including (without limitations) organic labeling claims.

This form is a contract between you and CCOF Certification Services. By signing this form, you are stating that you will continue to operate in accordance with National Organic Program standards.

**Signature/Name:** [signature]
**Comments/Questions (optional):**                                                    **Date:** 3/19/09

The National Organic Program (NOP) section 205.406(a) requires that a certified operation must pay certification fees annually, submit any changes, amendments, additions or deletions as applicable to the Organic System Plan, and submit an update on the correction of minor non-compliances. Your OSP must be updated to reflect any additions or deletions to your organic production practices for the coming year. If this contract is signed and no updates are indicated CCOF will assume that no changes have occurred to your production practices and your OSP remains accurate.

If you no longer require CCOF certification, complete the following and fax to 831-423-4528:
Withdrawals received 45 days past the renewal date are be subject to all accrued certification fees.
- [ ] I wish to withdraw from the CCOF certification program. I understand that I will no longer be allowed to market CCOF organic products or represent myself as CCOF certified. Reason for withdrawal:

For Office Use Only: Check # _____ PM Plan _____ Invoice# _____ Amount $ _____ OMS _____
CS-H-00-F-Renewal Contract Online Blank Form, V1, R2 04/15/08

CCOF-CERTIFICATION SERVICES, LLC
2155 Delaware Avenue, Suite 150
Santa Cruz, CA 95060
(831) 423-2263
www.ccof.org    Fax: (831) 423-4528

# Statement

Date
5/21/2009

To:

HUMBOLDT CREAMERY pr330
ATTN: Len Mayer
572 HIGHWAY 1
FORTUNA, CA 95540

| | Account # |
|---|---|
| | pr330 |
| Amount Due | Amount Enc. |
| $15,811.84 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/12/2009 | INV #31498QTR2. Due 04/01/2009. Orig. Amount $5,562.28. --- Payment Plan Other $5,562.28 | 4,687.28 | 4,687.28 |
| 03/12/2009 | INV #31498QTR3. Due 07/01/2009. Orig. Amount $5,562.28. --- Payment Plan Other $5,562.28 | 5,562.28 | 10,249.56 |
| 03/12/2009 | INV #31498QTR4. Due 10/01/2009. Orig. Amount $5,562.28. --- Payment Plan Other $5,562.28 | 5,562.28 | 15,811.84 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 11,124.56 | 0.00 | 4,687.28 | 0.00 | 0.00 | $15,811.84 |

** NEW! PAY ON-LINE **
www.ccof.org/payment.php

For credit card payments please complete the information below and fax to 831-423-4528 or mail to 2155 Delaware St., Ste. 150, Santa Cruz, CA 95060

Credit Card Payment Information: O Visa   O Master Card   O Amex   | Amount $

Name on Card:   | Phone Number:

Please make checks payable to CCOF Certification Services, LLC. Note your business name and invoice number(s). Thank you.

Card Holder's Address:

Credit Card Number:   | Expiration Date (mm/yy):   /

Security Number (The three digit code on the back of your card. For Amex, this is the four digits on the front):   | Signature:

Finance Charges have been applied to all invoices that are more than 30 days past due and accrue 1.5% monthly finance charges (18% annual rate). Minimum monthly finance fee: $1. Default payments are liable for all collection costs.