UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF CALIFORNIA
-----------------------------------------------------------x
In re                                          : Chapter 11
                                               :
HUMBOLDT CREAMERY LLC                          : Case No. 09-11078
                                               :
                                   Debtors. :
-----------------------------------------------------------x

FILED
NOV 30 2009
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

## WITHDRAWAL OF

## NOTICE OF APPEARANCE

I, Stacy Baral, withdraw my previously filed Notice of Appearance and Request for Service of Documents as Case Manager for The Travelers Indemnity Company and Its Affiliates. Pursuant to this withdrawal, the undersigned case manager requests that she be removed from the Court's mail notifications regarding the above described bankruptcy case.

Dated: Hartford, CT
       November 20, 2009                    Stacy Baral

                                       By:  /s/ Stacy Baral
                                            Stacy Baral
                                            Case Manager
                                            1 Tower Square
                                            Hartford, CT
                                            Tel: (860) 277-9755