RECEIVABLE MANAGEMENT SERVICES
307 International Circle, Suite 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

via OVERNIGHT

R·M·S

Phyllis A. Hayes
Paralegal – Bankruptcy Services

December 10, 2009

**FILED**

DEC 11 2009

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

Clerk
U.S. Bankruptcy Court
Northern District of California
99 South "E" St.
Santa Rosa, CA 95404

    Response to Objection to Claim of United Parcel Service (Claim No. 299)
    In re: Humboldt Creamery, LLC, a Delaware limited liability company ("Debtor")
                            Case No. 09-11078 (Chapter 11)

Dear Clerk:

    As agent for the creditor, United Parcel Service. ("UPS"), we disagree with the Debtor's allowance determination of the priority portion of UPS' general unsecured claim.

    We offer the attached copy of invoice no. 0000852508189, dated May 2, 2009 in the amount of $250.31. Please note that charges for shipping services were incurred by the Debtor on April 28, 2009. Since the charges for these services were incurred after the voluntary petition date (April 21, 2009), we classified them as priority on the proof of claim.

    In that regard, we ask that the priority portion of UPS' claim be evaluated on its merits in the amount of $250.31 (administrative priority) on the basis of 11 U.S.C. §507(a)(1). The claim as filed totaled $310.46, with the remainder classified as general non-priority unsecured.

                            Sincerely,

                            Phyllis A. Hayes
                            Receivable Management Services
                            Agent for United Parcel Service

Enclosures
cc:

Sheppard, Mullin, Richter & Hampton LLP
Attn: Michael H. Ahrens, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

*Counsel for the Debtor*



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | May 2, 2009 |
| Invoice number | 0000852508189 |
| Shipper number | 852508 |
| Page | 1 of 5 |

#BWNCWNG#
#0386A00008525083#

HUMBOLDT CREAMERY
572 STATE HWY 1
FORTUNA, CA 95540-9711

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or visit ups.com

or write:
UPS
P.O. Box 650580
Dallas, TX 75265-0580

## Account Status Summary
### Monthly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 250.31 |
| Amount Outstanding (prior invoices) | $ 24.40 |
| Total Amount Outstanding | $ 274.71 |

Please include the **Return Portion** of each outstanding invoice with your payment. **See Account Status for details.**

### One-stop shop for document services
Everybody knows The UPS Store® for its packing and shipping expertise. But did you know it is a one-stop shop for all your document service needs, too? Whether you need digital printing and copying, document finishing, or custom printing service, stop by one of the nearly 4,400 locations of The UPS Store. Visit **theupsstore.com** today.

## Thank you for using UPS.
### Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 3 | UPS Internet Shipping | $ 0.00 |
| | Inbound | |
| 3 | Collect | $ 205.31 |
| 4 | Adjustments & Other Charges | $ 45.00 |
| **Amount due this period** | | **$ 250.31** |

UPS payment terms require payment of this invoice by May 13, 2009.

Payments not received by May 29, 2009 are subject to a late fee of 6% of the Amount Due This Period. (Details in UPS Tariff, available at ups.com)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 2.5% for UPS Ground Services and 0.0% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*

---

Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips.

**Return Portion**

HUMBOLDT CREAMERY
572 STATE HWY 1
FORTUNA, CA 95540-9711

| | |
|---|---|
| Invoice Date | May 2, 2009 |
| Invoice Number | 0000852508189 |
| Shipper Number | 852508 |
| Amount due this period | $ 250.31 |
| Amount enclosed | |

☐ If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

852508 5 050209 0386 1 00000250310 2

Case: 09-11078   Doc# 371   Filed: 12/11/09   Entered: 12/14/09 10:46:26   Page 2 of 6



## Delivery Service Invoice
Invoice date **May 2, 2009**
Invoice number 0000852508189
Shipper number 852508
Page 2 of 5

**Account Status**
**Monthly Payment Plan**

**Amount Outstanding (prior invoices):**

Please include the **Return Portion** of each outstanding invoice with your payment.

| Invoice Number | Invoice Date | Balance Due |
|---|---|---|
| 0000852508149 | 04/04/2009 | $ 24.40 |
| **Total** | | **$ 24.40** |

Outstanding balances reflect any payments received as of 05/01/2009. Please ignore this message if a recent payment has been made for any outstanding invoices.



# Delivery Service Invoice

Invoice date **May 2, 2009**
Invoice number 0000852508189
Shipper number 852508

Page 3 of 5

## Outbound

### UPS Internet Shipping

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Billed Charge |
|---|---|---|---|---|---|---|
| 04/06 | 1Z8525080196480789 | Next Day Air Residential Collect | 94560 | 103 | 20 | 0.00 |
| | **UserID**: shiphca | | | | | |
| | **Sender**: Trina Medina<br>HUMBOLDT CREAMERY<br>572 HWY 1<br>FORTUNA CA 95540 | | **Receiver**: FRANK LIU<br>FRANK LIU<br>36152 CRYSTAL SPRINGS DRIVE<br>NEWARK CA 94560 | | | |
| | 1Z8525080296981772 | 2nd Day Air Residential Collect | 94560 | 203 | 2 | 0.00 |
| | **UserID**: shiphca | | | | | |
| | **Sender**: Trina Medina<br>HUMBOLDT CREAMERY<br>572 HWY 1<br>FORTUNA CA 95540 | | **Receiver**: MR. FRANK LIU<br>FRANK LIU<br>36152 CRYSTAL SPRINGS DRIVE<br>NEWARK CA 94560 | | | |
| 04/07 | 1Z8525080399593792 | Ground Commercial Collect<br>Customer entered weight | 90023 | 4 | 90<br>5 | 0.00 |
| | **UserID**: shiphca | | | | | |
| | **Sender**: Trina Medina<br>HUMBOLDT CREAMERY<br>572 HWY 1<br>FORTUNA CA 95540 | | **Receiver**: CHERYL COLBY<br>CHERYL COLBY<br>4209 NOAKES STREET<br>LOS ANGELES CA 90023 | | | |
| 04/08 | 1Z8525080195061813 | Next Day Air Commercial Collect | 02451 | 108 | 1 | 0.00 |
| | **UserID**: shiphca | | | | | |
| | **Sender**: Trina Medina<br>HUMBOLDT CREAMERY<br>572 HWY 1<br>FORTUNA CA 95540 | | **Receiver**: LAUREN ANGELICO<br>INTERFOOD INC.<br>60 HICKORY DRIVE<br>WALTHAM MA 02451 | | | |
| | 1Z8525080195920804 | Next Day Air Residential Collect | 94560 | 103 | 4 | 0.00 |
| | **UserID**: shiphca | | | | | |
| | **Sender**: Trina Medina<br>HUMBOLDT CREAMERY<br>572 HWY 1<br>FORTUNA CA 95540 | | **Receiver**: FRANK LIU<br>FRANK LIU<br>36152 CRYSTAL SPRINGS DRIVE<br>NEWARK CA 94560 | | | |
| **Total for Internet-ID: shiphca** | | | | | | 0.00 |
| **Total UPS Internet Shipping** | | | | | 5 Package(s) | 0.00 |
| **Total Outbound** | | | | | 5 Package(s) | 0.00 |

## Inbound

### Collect

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 04/28 | 6204384690 | 189 | 1Z6297320376554819 | Ground Commercial Collect | 95540 | 8 | 44 | 34.85 |
| | | | | Fuel Surcharge | | | | 0.87 |
| | | | | Total | | | | 35.72 |
| | | | **1st ref**: 21859 | | | | | |
| | | | **Sender**:<br>SPRAYING SYSTEMS CO<br>200 W NORTH AVE<br>GLENDALE HEIGHTS IL 60139 3408 | | **Receiver**: MIKE CALLIHAN, OPERA<br>HUMBOLDT CREAMERY<br>572 HIGHWAY 1<br>FORTUNA CA 95540 | | | | |
| | | 190 | 1Z6297320376844023 | Ground Commercial Collect | 95540 | 8 | 42 | 33.70 |
| | | | | Fuel Surcharge | | | | 0.84 |
| | | | | Total | | | | 34.54 |
| | | | **Sender**:<br>SPRAYING SYSTEMS CO<br>200 W NORTH AVE<br>GLENDALE HEIGHTS IL 60139 3408 | | **Receiver**: MIKE CALLIHAN, OPERA<br>HUMBOLDT CREAMERY<br>572 HIGHWAY 1<br>FORTUNA CA 95540 | | | | |

Case: 09-11078   Doc# 371   Filed: 12/11/09   Entered: 12/14/09 10:46:26   Page 4 of 6



**Delivery Service Invoice**
Invoice date  May 2, 2009
Invoice number  0000852508189
Shipper number  852508
Page 4 of 5

## Inbound
### Collect (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|
| 04/28 | 6204384690 | 191 | 1Z6297320376485831 | Ground Commercial Collect | 95540 | 8 | 44 | | 34.85 |
| | | | | Fuel Surcharge | | | | | 0.87 |
| | | | | Total | | | | | 35.72 |
| | | | Sender: SPRAYING SYSTEMS CO 200 W NORTH AVE GLENDALE HEIGHTS IL 60139 3408 | | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY 572 HIGHWAY 1 FORTUNA CA 95540 | |
| | | 192 | 1Z6297320378636245 | Ground Commercial Collect | 95540 | 8 | 44 | | 34.85 |
| | | | | Fuel Surcharge | | | | | 0.87 |
| | | | | Total | | | | | 35.72 |
| | | | Sender: SPRAYING SYSTEMS CO 200 W NORTH AVE GLENDALE HEIGHTS IL 60139 3408 | | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY 572 HIGHWAY 1 FORTUNA CA 95540 | |
| | | 193 | 1Z6297320377811253 | Ground Commercial Collect | 95540 | 8 | 35 | | 29.52 |
| | | | | Fuel Surcharge | | | | | 0.74 |
| | | | | Total | | | | | 30.26 |
| | | | Sender: SPRAYING SYSTEMS CO 200 W NORTH AVE GLENDALE HEIGHTS IL 60139 3408 | | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY 572 HIGHWAY 1 FORTUNA CA 95540 | |
| | | 194 | 1Z6297320378486863 | Ground Commercial Collect | 95540 | 8 | 40 | | 32.54 |
| | | | | Fuel Surcharge | | | | | 0.81 |
| | | | | Total | | | | | 33.35 |
| | | | Sender: SPRAYING SYSTEMS CO 200 W NORTH AVE GLENDALE HEIGHTS IL 60139 3408 | | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY 572 HIGHWAY 1 FORTUNA CA 95540 | |
| **Total for Shipper: 0000629732** | | | | | | | | | 205.31 |
| **Total Collect** | | | | | | | 6 Package(s) | | 205.31 |
| **Total Inbound** | | | | | | | 6 Package(s) | | 205.31 |

## Adjustments & Other Charges
**Shipping Charge Corrections**   Learn how to avoid future shipping charge corrections. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|
| 04/28 | 1Z6297320376485831 | Ground Additional Handling - Not encased in cardboard | 95540 | 8 | | | 7.50 | 7.50 |
| | | Sender: SPRAYING SYSTEMS CO GLENDALE HEIGHTS IL 60139 | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY FORTUNA CA 95540 | | |
| | 1Z6297320376554819 | Ground Additional Handling - Not encased in cardboard | 95540 | 8 | | | 7.50 | 7.50 |
| | | 1st ref: 21859 | | | | | | |
| | | Sender: SPRAYING SYSTEMS CO GLENDALE HEIGHTS IL 60139 | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY FORTUNA CA 95540 | | |
| | 1Z6297320376844023 | Ground Additional Handling - Not encased in cardboard | 95540 | 8 | | | 7.50 | 7.50 |
| | | Sender: SPRAYING SYSTEMS CO GLENDALE HEIGHTS IL 60139 | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY FORTUNA CA 95540 | | |



## Delivery Service Invoice

Invoice date **May 2, 2009**
Invoice number 0000852508189
Shipper number 852508
Page 5 of 5

## Adjustments & Other Charges

**Shipping Charge Corrections (continued)** Learn how to avoid future shipping charge corrections. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|
| 04/28 | 1Z6297320377811253 | Ground | 95540 | 8 | | | 7.50 | 7.50 |
| | | Additional Handling - Not encased in cardboard | | | | | | |
| | | Sender : SPRAYING SYSTEMS CO GLENDALE HEIGHTS IL 60139 | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY FORTUNA CA 95540 | | |
| | 1Z6297320378486863 | Ground | 95540 | 8 | | | 7.50 | 7.50 |
| | | Additional Handling - Not encased in cardboard | | | | | | |
| | | Sender : SPRAYING SYSTEMS CO GLENDALE HEIGHTS IL 60139 | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY FORTUNA CA 95540 | | |
| | 1Z6297320378636245 | Ground | 95540 | 8 | | | 7.50 | 7.50 |
| | | Additional Handling - Not encased in cardboard | | | | | | |
| | | Sender : SPRAYING SYSTEMS CO GLENDALE HEIGHTS IL 60139 | | | | Receiver: MIKE CALLIHAN, OPERA HUMBOLDT CREAMERY FORTUNA CA 95540 | | |
| **Total Shipping Charge Corrections** | | | | | | 6 Package(s) | | 45.00 |
| **Total Adjustments & Other Charges** | | | | | | | | 45.00 |