John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
mlitvak@pszjlaw.com
ggreenwood@pszjlaw.com

Attorneys for Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>**HUMBOLDT CREAMERY, LLC,**<br>a Delaware limited liability company,<br><br>Debtor. | Case No.: 09-11078<br><br>Chapter 11<br><br>**DECLARATION OF MAXIM B. LITVAK IN SUPPORT OF CONFIRMATION OF FIRST AMENDED JOINT PLAN OF LIQUIDATION PROPOSED BY THE DEBTOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br><u>Plan Confirmation Hearing</u>:<br>Date: December 18, 2009<br>Time: 10:00 a.m.<br>Place: 99 South E. Street<br>Santa Rosa, CA 95404<br>Judge: Honorable Alan Jaroslovsky |

I, Maxim B. Litvak, declare and state as follows:

1.   I am over the age of eighteen (18) years and am a partner with the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors (the "Committee") of Humboldt Creamery, LLC, the above-captioned debtor and debtor in possession (the "Debtor"). I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

2. I submit this declaration in support of the *First Amended Joint Plan of Liquidation Proposed by the Debtor and Official Committee of Unsecured Creditors*, dated November 13, 2009 (the "Plan").[1] The hearing to consider confirmation of the Plan took place earlier today. Following the hearing and pursuant to the Court's direction, I contacted two creditors who were not served with notice of the hearing on the Plan at the precise addresses set forth in their respective requests for notice filed of record with the Court. As set forth below, both creditors received actual notice of the hearing and have no objection to confirmation of the Plan.

3. <u>All Star Dairy Association, Inc</u>. On September 18, 2009, attorneys for All Star Dairy Association, Inc. ("All Star Dairy") filed a notice of appearance and request for notice in the case. This filing requested notice through Chrisandrea L. Turner of the law firm of Wyatt, Tarrant & Combs, LLP in Lexington, KY. Preceding the filing of the notice of appearance, on or about August 14, 2009, All Star Dairy filed a proof of claim in the case requesting that notices be sent to John Brice of the Wyatt Tarrant firm. The Committee effectuated service of the solicitation package on Mr. Brice, but not Ms. Turner. In the late morning or early afternoon of December 18, 2009, I spoke to Mr. Brice, who is supervising attorney over Ms. Turner. I learned from Mr. Brice that his firm received the Plan solicitation package and that All Star Dairy has no objection to confirmation of the Plan.

4. <u>Creditors Bureau USA</u>. On June 4, 2009, Valerie Ezell filed a request for notice on behalf of Creditors Bureau USA ("Creditors Bureau") requesting service of papers at a physical address in Fresno, CA. On the same day, Ms. Ezell filed a proof of claim in the amount of $1,578.06 on behalf of Credtiors Bureau requesting service of notice through a post office box in Fresno. The Committee effectuated service of the solicitation package through the physical property address, but not the post office box. In the late morning or early afternoon of December 18, 2009, I spoke to Ms. Ezell who referred me to Ms. Jean Fadness, who apparently handles bankruptcy mailings for Creditors Bureau. I spoke to Ms. Fadness and learned that Creditors Bureau receives all mailings to either the physical address or the post office box in Fresno and that Creditors Bureau has no objection to confirmation of the Plan.

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Plan.

6. Based on the foregoing and the record in connection with the Plan, I request on behalf of the Committee that the Court confirm the Plan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of December 2009, at San Francisco, California.

*/s/ Maxim B. Litvak*
Maxim B. Litvak