UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

HUMBOLDT CREAMERY, LLC,                                        No. 09-11078

                                 Debtor(s).
_____/

ORDER CONFIRMING PLAN
_____

      The First Amended Joint Plan of Reorganization Proposed by the Debtor and Official Committee of Unsecured Creditors, dated November 13, 2009, came on regularly for hearing before the undersigned this date after proper notice. Appearances were noted on the record. There appearing to be no objections, and all of the requirements of § 1129(a) of the Bankruptcy Code having been met,

      IT IS ORDERED that the plan is confirmed.

Dated: December 18, 2009

                                                        Alan Jaroslovsky
                                                        U.S. Bankruptcy Judge