Entered on Docket
December 18, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 18, 2009



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
STEVEN B. SACKS,
Cal. Bar No. 98875
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for HUMBOLDT CREAMERY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>HUMBOLDT CREAMERY, LLC, a Delaware limited liability company,<br><br>               Debtor.<br><br>Tax ID: 87-0736033 | Case No. 09-11078<br><br>Chapter 11<br><br>**ORDER SUSTAINING OBJECTION TO CLAIM OF CCOF-CERTIFICATION SERVICES, LLC (CLAIM NO. 196)** |

Having considered the *Objection to Claim of CCOF-Certification Services, LLC (Claim No. 196)* (the "Objection") filed by the above-captioned debtor, Humboldt Creamery, LLC (the "Debtor") on November 24, 2009, no response having been filed thereto, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The priority status asserted by CCOF-Certification Services, LLC in the proof of claim filed on the claims register in the above-captioned case as Claim No. 196 is disallowed.

**\*\* END OF ORDER \*\***