John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
mlitvak@pszjlaw.com
ggreenwood@pszjlaw.com

Attorneys for Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

In re:

**HUMBOLDT CREAMERY, LLC,**
a Delaware limited liability company,

Debtor.

Case No.: 09-11078
Chapter 11

**NOTICE OF (1) ENTRY OF ORDER CONFIRMING FIRST AMENDED JOINT PLAN OF LIQUIDATION, (2) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (3) APPLICABLE DEADLINES UNDER PLAN**

**Plan Confirmation Hearing:**
Date: December 18, 2009
Time: 10:00 a.m.
Place: 99 South E. Street
Santa Rosa, CA 95404
Judge: Honorable Alan Jaroslovsky

**TO ALL CREDITORS AND EQUITY SECURITY HOLDERS OF HUMBOLDT CREAMERY, LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING NOTICE IN THE ABOVE-CAPTIONED CASE:**

**PLEASE TAKE NOTICE** that, on December 18, 2009, the Bankruptcy Court entered its order confirming the *First Amended Joint Plan of Liquidation Proposed by the Debtor and the Official Committee of Unsecured Creditors* filed on November 13, 2009 (the "Plan").[1]

**Effective Date of Plan**

The Effective Date of the Plan is 5:00 p.m. Pacific time on December 22, 2009.

**Administrative Claims Bar Date**

Pursuant to section 2.2 of the Plan, any Person asserting any Administrative Claims incurred from and after August 28, 2009 (except with respect to Professional Fees, which instead shall be

---
[1] Capitalized terms not defined herein shall have the meanings set forth in the Plan.

subject to the Professional Fees Bar Date addressed below) must be filed by on or before **January 21, 2010**, or be forever barred from asserting such Claim against the Debtor and/or from sharing in any distribution under the Plan.

### Rejection Claims Bar Date

Pursuant to sections 7.1 and 7.2 of the Plan, any Person asserting any Claim for damages arising from the rejection of an executory contract or unexpired lease of the Debtor under the Plan shall file such Claim on or before **January 21, 2010**, or be forever barred from asserting such Claim against the Debtor and/or from sharing in any distribution under the Plan.

### Professional Fees Bar Date

Pursuant to section 2.4 of the Plan, any Professional asserting a claim for compensation for services rendered and reimbursement for expenses incurred in accordance with sections 330, 331 or 503(b) of the Bankruptcy Code must file its application for allowance of compensation for services rendered and reimbursement of expenses incurred through the Effective Date of the Plan on or before **February 22, 2010**, or be forever barred from asserting such Claim against the Debtor and/or from sharing in any distribution under the Plan..

### Post-Effective Date Notices

Following the Effective Date, notices will only be served on the Office of the United States Trustee and those Persons who file with the Court and serve upon the Liquidating Trust a request, which includes such Person's name, contact person, address, telephone number and facsimile number, that such Person receive notice of post-Effective Date matters. Persons who had previously filed with the Court requests for special notice of the proceedings and other filings in the Chapter 11 Case will not receive notice of post-Effective Date matters unless such Persons file a new request in accordance with Section 12.8.2 of the Plan.

Dated: December 22, 2009     PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Maxim B. Litvak*
    Maxim B. Litvak
    Attorneys for Liquidating Trust