In re:  HUMBOLDT CREAMERY, LLC     Case No.:  09-11078
                                    Chapter    11

Debtor(s)

# REQUEST FOR NOTICE
# AND INCLUSION ON MAILING LIST

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that **CREDITORS BUREAU USA**, a Creditor of the above-captioned Debtor(s), request special notice of all matters which must be noticed to Creditors, the Trustee, the Debtor(s), or other parties in interest, and further requests that for all purposes, the following address should be used: **757 "L" Street, Fresno, CA 93721.**

This request includes the type of notice referred to in Bankruptcy Rules 2002 (g) and 3017(a) and also includes without limitation, all schedules, notices of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, or otherwise.

The Creditor, by filing this request does not hereby consent to the jurisdiction of this court for any matter or proceedings.

Creditors Bureau USA

By: *[signature]*
Valerie L. Ezell

**Certificate of Service**

This Request for Notice was sent via first class mail to the following individuals on 01/15/2010:

Michael H. Ahrens, Esq.  
Sheppard, Mullin, Richter & Hampton  
4 Embarcadero Center, 17th Floor  
San Francisco, CA 94111

Office of the U.S. Trustee  
Bankruptcy Trustee  
235 Pine Street, Suite 700  
San Francisco, CA 94104

470043