# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ___HUMBOLDT CREAMERY LLC_____,          Case No. ____09-11078_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

___Citibank, N.A._____          ___Citibank, SD, N.A._____
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): ___209_____
should be sent:                                    Amount of Claim: _____1546.85_____
                                                   Date Claim Filed: _____07/15/2009____
         Citibank, N.A.
         701 East 60th Street North
         Sioux Falls, SD 57117
Phone: ____1-800-846-8444_____           Phone: ___1-800-846-8444_____
Last Four Digits of Acct #: ___0445_____  Last Four Digits of Acct. #: _0445_____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____/s/ Kristi Marshall_____          Date:_____7/25/2011_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

July 5, 2011

Mr. Brian D. Christiansen
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Re:     Application to merge Citibank (South Dakota), National Association, Sioux Falls,
        South Dakota, into Citibank, N.A., Las Vegas, Nevada
        Application Control Number:  2011-ML-02-0004

Dear Mr. Christiansen:

This letter is the official certification from the Office of the Comptroller of the Currency of the
merger of Citibank (South Dakota), National Association, Sioux Falls, South Dakota, into
Citibank, N.A., Las Vegas, Nevada, effective July 1, 2011.

At consummation, Citibank NA's head office location became 701 East 60th Street North,
Sioux Falls, South Dakota.

Sincerely,

David Reilly
Large Bank Licensing Lead Expert



Memorandum

**To:** **U.S. Bankruptcy Courts**

**From:** **Citigroup NAO&T Legal Department**

**Date:** **June 15, 2011**

**Re:** **Merger of Citibank (South Dakota), N.A. into Citibank, N.A.**

On July 1, 2011, **Citibank (South Dakota), N.A.** will merge into **Citibank, N.A.** All claims held by Citibank (South Dakota), N.A. will be transferred to Citibank, N.A.